UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,

   Plaintiff,

vs.                                                                            Case No: 8:23-CV-01535-TPB-AAS

WP COMPANY LLC d/b/a The
Washington Post,

   Defendant.

_____/

## **CORRECTED NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant WP Company LLC d/b/a The Washington Post (the "Post") respectfully submits this Corrected Notice of Removal ("Corrected Notice") to correct an error in Paragraph 13 of its original Notice of Removal (Doc. No. 1, July 10, 2023), which inadvertently included an insertion of Delaware as one of the Post's states of citizenship.

The original Notice fully disclosed the basis for diversity jurisdiction. The error in Paragraph 13, however, may have caused confusion. Counsel apologize for the error and submit this Corrected Notice, which identifies the State of Washington as the sole state of which the Post is a citizen. (Doc. No. 1, ¶ 12).[1]

---

[1] The only substantive change within the numbered paragraphs of this Corrected Notice from the original Notice of Removal (Doc. No. 1) is in Paragraph 13 where the Post corrects the error.

As such, removal of the above-referenced action from the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida (the "State Court Action") remains proper because there is diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of interests and costs.

## BACKGROUND

1. On or about May 20, 2023, plaintiff Trump Media & Technology Group Corp. ("TMTG") filed the removed case, *Trump Media & Technology Group Corp. v. WP Company LLC*, Case No. 2023-CA-004552, in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida. Plaintiff served the Complaint on June 9, 2023.

2. In its Complaint, Plaintiff asserts a claim for defamation and a claim for conspiracy to defame against the Post. Compl. at ¶¶ 21-32. Plaintiff operates a social media platform called "Truth Social." *Id.* at ¶ 1. Plaintiff alleges that on May 13, 2023, the Post published an article allegedly reporting that plaintiff arranged an $8 million loan from a Caribbean bank associated with servicing the adult entertainment industry. *Id.* at ¶¶ 11-12. Plaintiff asserts causes of action for defamation and conspiracy. Plaintiff alleges compensatory damages of at least $2,780,000,000.00 and punitive damages of at least $1,000,000,000.00. *Id.* at ¶¶ 1, 27, 32 & p.18-19.

3. In accordance with Local Rule 1.06(b) and 28 U.S.C. §1446(a), true

and legible copies of all papers on file with the state court are attached hereto as Exhibit 1.² These papers include Plaintiff's Complaint, as well as service documents, case management order and hearing notice. The Post has not yet filed a responsive pleading or motion in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida. The Post is not aware of any other pending motions or briefs in state court.

4. Pursuant to 28 U.S.C. §1446(d), the Post served written notice of the removal of this case on Plaintiff's counsel and a copy was promptly filed with the Clerk of the Twelfth Judicial Circuit in and for Sarasota County, Florida. A true and correct copy of the Notice of Filing Notice of Removal filed in the Twelfth Judicial Circuit is attached within Exhibit 1.

5. Nothing in this notice shall constitute a waiver of the Post's right to assert any defense, including a motion to dismiss, as the case progresses. The Post further reserves all defenses and objections to the Complaint, including but not limited to: lack of personal jurisdiction, improper venue, *forum non conveniens*, insufficiency of process, insufficiency of service of process, failure to join necessary parties, lack of standing, and failure to state a claim.

## VENUE

6. Venue is proper under 28 U.S.C. § 1441(a) because this Court is the

---

² For clarity of the record, the Complaint has been isolated into a separate PDF for the docket.

United States District Court for the district and division embracing the place where the State Court Action is pending.

## REMOVAL IS TIMELY

7.  The removal is timely under 28 U.S.C. §1446(b). Plaintiff filed its Complaint on May 20, 2023 and served the Post on June 9, 2023. A true and correct copy of Plaintiff's proof of service is attached within Exhibit 1. The Post filed the Notice of Removal within thirty (30) days of service, as required by law. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999) ("[A] named defendant's time to remove is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, 'through service or otherwise,' after and apart from service of the summons."). Accordingly, removal is timely as it falls within this thirty-day period.

## JURISDICTION

8.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

9.  United States District Courts are vested with original jurisdiction where "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States." 28 U.S.C. § 1332(a)(1).

### A. The Diversity Requirement.

10. The diversity requirement is met in this case.

11. <u>Citizenship of Plaintiff.</u> TMTG is a Delaware corporation headquartered in Sarasota, Florida. Compl. ¶ 3. For diversity purposes, a corporation is a citizen of both the state where it is incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Thus, TMTG is a citizen of Delaware and Florida.

12. <u>Citizenship of Defendant.</u> The Post is a Delaware limited liability company organized under the laws of Delaware. "For the purpose of determining diversity jurisdiction, 'a limited liability company is a citizen of any state of which a member of the company is a citizen.'" *Flintlock Const. Services, LLC v. Well-Come Holdings, LLC*, 710 F.3d 1221, 1224 (11th Cir. 2013) (quoting *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004)). The Post's sole member is Nash Holdings LLC, a limited liability company organized under the laws of Delaware. Nash Holdings LLC's two members are Nash Parallel Investment LLC, organized under the laws of Delaware, and Explore Holdings LLC, organized under the laws of the State of Washington. Explore Holdings LLC is the sole member of Nash Parallel Investment LLC. Explore Holdings LLC's sole member is Jeff Bezos, who is a citizen of the State of Washington.

13. Thus, complete diversity exists between TMTG, a citizen of Delaware and Florida, and the Post, a citizen of the State of Washington.

### B. Value of the Matter in Controversy.

14. The amount in controversy requirement is satisfied because TMTG's alleged claims exceed the sum or value of $75,000, exclusive of interests and costs. TMTG alleges that it seeks "compensatory damages and punitive damages in the sum of $3,780,000,000.00." Compl. at p.1 (emphasis omitted); *see also id.* at ¶¶ 27, 32 & p.18-19. Based on the face of the Complaint, the amount in controversy exceeds the jurisdictional minimum, and diversity jurisdiction is satisfied.

### CONCLUSION

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the Post removes the above-captioned action from the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

Dated: July 18, 2023                              Respectfully submitted,

THOMAS & LoCICERO PL                              WILLIAMS & CONNOLLY LLP


/s/ Carol J. LoCicero                             /s/ Thomas G. Hentoff
Carol Jean LoCicero (FBN 603030)                  Thomas G. Hentoff (Lead Counsel)
Linda R. Norbut (FBN 1011401)                     (*pro hac vice*)
601 South Boulevard                               Nicholas G. Gamse (*pro hac vice*)
Tampa, FL  33606                                  680 Maine Avenue S.W.
Telephone: (813) 984-3060                         Washington, DC  20024
Facsimile:  (813) 984-3070                        Telephone: (202) 434-5000
clocicero@tlolawfirm.com                          thentoff@wc.com
lnorbut@tlolawfirm.com                            ngamse@wc.com

*Counsel for Defendant*                           *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF and via Electronic Mail on July 18, 2023, to:

Jason R. Kobal, Esquire
KOBAL LAW, P.A.
12169 W. Linebaugh Ave.
Tampa, FL  33626
koballaw@yahoo.com

*Counsel for the Plaintiff*

Steven S. Biss, Esquire
300 West Main Street, Ste. 102
Charlottesville, VA  22903
stevenbiss@earthlink.net

*Counsel for the Plaintiff*

/s/ Carol J. LoCicero
Attorney