UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,

    Plaintiff,

v.

WP COMPANY, LLC,

    Defendants.

Case No. 8:23-cv-01535

**NOTICE OF SUPPLEMENTAL AUTHORITY TO
MOTION FOR REMAND**

In reviewing the filings in this matter, new counsel discovered that an issue regarding the sufficiency of the removal notice in this matter was not fully briefed by prior counsel. Since proper removal could affect this Court's subject matter jurisdiction, an ongoing defect that could affect this case at any stage of the proceeding, Plaintiff Trump Media & Technology Group Corp ("TMTG") files this notice of supplemental authority pursuant to Local Rule 3.01(i). Should the Court so desire, TMTG will promptly file any supplemental brief necessary or move to amend its motion, and will not oppose any response by Defendant WP Company, LLC.

Pursuant to 28 U.S.C. § 1446(b):

> The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service

or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

28 U.S.C. § 1446(b). This action was initiated on May 20, 2023, and Defendant's "corrected" notice of removal was not filed until July 18, 2023—38 days after service on Defendant.

Thus, TMTG respectfully submits that this Court should consider the foregoing timeline when evaluating Plaintiff's pending Motion to Remand and whether Defendant's attempted removal complies with § 1446(b). "[S]tatutes authorizing removal of actions to federal courts are to be strictly construed against removal." *Diebel v. S.B. Trucking Co.*, 262 F. Supp. 2d 1319, 1326 (M.D. Fla. 2003). "Deficiencies in the notice of removal can be corrected within the thirty day time period; however, once the thirty day period has elapsed the notice of removal may be amended only to set out more specially grounds of removal that already have been stated, albeit, imperfectly in the original petition." *Bradwell v. Silk Greenhouse, Inc.*, 828 F. Supp. 940, 943 (M.D. Fla. 1993) (citations omitted).

Dated: October 6, 2023                    Respectfully submitted,

                                                                                      /s/ Jared Roberts
                                                                                      Jared J. Roberts, Fla Bar No 1036550

3

BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jared@binnall.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on October 6, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jared Roberts
Jared J. Roberts

*Attorney for Plaintiff*