# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,

      Plaintiff,

v.                                         Case No.: 8:23-cv-1535-TPB-AAS

WP COMPANY LLC
d/b/a The Washington Post

      Defendant.
_____/

## JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER WITH INCORPORATED MEMORANDUM OF LAW

    Plaintiff, Trump Media & Technology Group Corp. ("TMTG"), and Defendant, WP Company LLC d/b/a The Washington Post ("The Post") (collectively, the "Parties"), by and through their counsel, hereby respectfully request that the Court modify the Case Management and Scheduling Order, Doc. 45 (the "Order"). This is the Parties' first request for a modification of the Order.

## MEMORANDUM OF LAW

  The grounds for the requested modification are as follows:

    1.    On or about December 28, 2023, this Court issued the Order.

    2.    On or about March 8, 2024, this Court entered an Order Granting in Part and Denying in Part Defendant's Motion to Dismiss.

3. Subsequently, TMTG filed its Amended Complaint and The Post filed its Motion to Dismiss the Amended Complaint. Both parties filed briefs pertaining to the Motion to Dismiss the Amended Complaint which remains pending.

4. The Parties exchanged initial written discovery in the form of interrogatories and requests for production on or about July 15, 2024.

5. This matter is scheduled for a Case Management Conference on September 25, 2024.

6. Counsel for TMTG and The Post conferred in good faith and agreed to jointly request that the Order be modified to reflect the current status of the case.

7. Accordingly, the Parties request the following modifications to the Order:

(a) the Parties will exchange responses and objections to the pending discovery requests on or before September 17, 2024;

(b) the Parties will continue to cooperate to prepare and submit an proposed Protective Order to facilitate discovery in this matter;

(c) the Parties will commence document production to each other on or before October 17, 2024;

(d) all other deadlines and activities set forth under the Order are stayed; and

(e) the Parties will prepare and submit a replacement Case Management and Scheduling Order after consultation with the Court at the Case Management Conference.

8.     The Federal Rules permit modification of a case Management and scheduling Order upon a showing of "good cause." Fed. R. Civ. P. 16(b)(4); *see also* Fed. R. Civ. P. 6(b) (permitting extensions for good cause when motion is made prior to original deadline).

9.     Good cause exists here because the parties have commenced and are cooperating with discovery and have jointly concluded that it would help preserve party and Court resources and promote the ultimate efficient resolution of this case if they have additional time to respond to existing discovery requests and the ability to recalibrate the remaining case schedule after receiving guidance from the Court on The Post's pending motion to dismiss.

WHEREFORE, TMTG and The Post respectfully request this Court to enter an order approving the modifications to the Order set forth above.

Dated: August 22, 2024                          Respectfully submitted,

*/s/   Stephen B. French*                      */s/   Thomas G. Hentoff*
Stephen B. French (FBN 0078761)      Thomas G. Hentoff (*pro hac vice*)
Jesse R. Binnall *(pro hac vice)*         Nicholas G. Gamse (*pro hac vice*)
Shawn Flynn (FBN 1040911)             WILLIAMS & CONNOLLY LLP
Jared J. Roberts (FBN 1036550)        680 Maine Avenue, S.W.

3

<div style="display: flex;">

BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
stephen@binnall.com
jesse@binnall.com
shawn@binnall.com
jared@binnall.com

*Counsel for Plaintiff*

Washington, DC  20024
Telephone: (202) 434-5000
Facsimile: (202) 480-8371
thentoff@wc.com
ngamse@wc.com


Carol Jean LoCicero (FBN 603030)
Linda R. Norbut (FBN 1011401)
THOMAS & LOCICERO PL
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

*Counsel for Defendant*

</div>

4

## CERTIFICATE OF SERVICE

I certify that on August 22, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/   *Stephen B. French*
Stephen B. French
Fla. Bar No. 0078761

*Attorney for Plaintiff*