**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:23-cv-1535-TPB-AAS | **DATE:** January 23, 2025 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **TRUMP MEDIA & TECHNOLOGY GROUP CORP**<br><br>v.<br><br>**WP COMPANY LLC** | **PLAINTIFF COUNSEL:**<br>Jared Roberts<br><br>**DEFENDANT COUNSEL:**<br>Thomas Hentoff & Carol Locicero | |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn | |
| **TIME:** 2:02 – 2:09 p.m.<br>**TOTAL:** 7 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:** CASE MANAGEMENT CONFERENCE

Amended complaint has been filed and Defendant anticipates filing an additional motion to dismiss by 1/27/2025.

Next Case Management Conference: June 18, 2025, at 1:30 p.m. Notice to follow.