# EXHIBIT B
# (TMTG Retraction Demand)



*Sarasota, FL 34232*

May 14, 2023

Sally Buzbee
Executive Editor
*The Washington Post*
1301 K St NW
Washington, DC 20071
**Via Electronic Mail**

**RE: Demand for Immediate Retraction of False and Defamatory Article**

Dear Ms. Buzbee:

As the *Washington Post* is well aware, on April 3, 2023, Trump Media & Technology Group Corp. (TMTG) Chief Executive Officer Devin Nunes initiated legal action against former TMTG employee Will Wilkerson, among others, in connection with defamatory articles published by the *Guardian* on March 15 and 17, 2023.

Disregarding the assertions and denials contained in Nunes' pleadings, the *Washington Post* relied on purported leaks from Mr. Wilkerson to publish and republish defamatory statements regarding TMTG, with the deliberate goal of damaging the company's profitability and reputation—and the reputations of TMTG's executives.

The May 13, 2023, article by Drew Harwell, Matt Bernardini, and Matei Rosca, titled, "Trust linked to porn-friendly bank could gain a stake in Trump's Truth Social" includes the following false and defamatory assertions and implications:

- Trump Media paid a $240,000 "finder's fee" to a third party for helping to arrange an $8 million loan from ES Family Trust.
- The recipient of the finder's fee was a brokerage associated with former Digital World Acquisition Corp. (DWAC) CEO Patrick Orlando.
- TMTG improperly failed to disclose, or caused DWAC to improperly fail to disclose, the payment of the finder's fee to the SEC, DWAC shareholders , and the investing public.
- TMTG improperly failed to disclose, or caused DWAC to improperly fail to disclose, that ES Family Trust would gain a sizeable stake in TMTG if TMTG consummates a merger with DWAC.
- TMTG has a relationship with Paxum Bank.

1

The article also knowingly or recklessly omits material information contained in DWAC's publicly-available registration statement dated May 16, 2022, and documents provided to the *Washington Post* by Mr. Wilkerson.

The false, defamatory statements and omissions are so numerous that nothing of the article's central thrust would remain without them. Therefore, we insist that the *Washington Post* completely retract all versions of this story whether online or in print, remove all versions of these stories from its website, and delete all posts related to the story from its social media accounts. Furthermore, we demand that the *Washington Post* publish a mutually agreeable apology—in the paper's print edition, on its website, and on all its social media accounts— acknowledging that the story was false and has been retracted.

Unless these steps are taken immediately, TMTG and/or its executives will take swift legal action to uphold their rights and reputation.

Sincerely,

**TRUMP MEDIA & TECHNOLOGY GROUP CORP.**


Cc:   Drew Harwell