UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,

      Plaintiff,

v.                                    Case No.: 8:23-cv-1535-TPB-AAS

WP COMPANY, LLC,
d/b/a The Washington Post

      Defendant.
_____/

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Pursuant to Local Rule 2.02(c), Shawn M. Flynn respectfully moves for leave of Court to withdraw his appearance as counsel for Plaintiff Trump Media & Technology Group Corp. ("TMTG").

After May 4, 2025, undersigned counsel will be leaving the Binnall Law Group to take another position. TMTG will continue to be represented by Jesse R. Binnall, Stephen French, and Jared Roberts of Binnall Law Group.

Undersign counsel certifies that he has TMTG's consent for his withdrawal as counsel in this matter.

WHEREFORE, the undersigned counsel asks that this Court grant him leave to withdraw as counsel for Plaintiff TMTG in this matter.

Dated: May 2, 2025	Respectfully submitted,

*/s/   Shawn Flynn*
Shawn Flynn, Fla. Bar No. 104091
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
shawn@binnall.com

## CERTIFICATE OF SERVICE

I certify that on May 2, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Shawn Flynn*
Shawn Flynn, Fla. Bar No. 104091