UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,

    Plaintiff,

v.

WP COMPANY LLC,

    Defendants.

Case No. 8:23-cv-01535

## Uniform Case Management Report

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

   > The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

   The parties conducted the planning conference on 6/12/2025. Jared Roberts and Stephen French attended the conference for Plaintiff Trump Media & Technology Group Corp., and Thomas Hentoff, Nicholas Gamse, and Linda Norbut attended the conference for Defendant WP Company LLC.

2. **Deadlines and Dates**

   The parties request the following deadlines and dates. The parties note that in its June 6, 2025 Order, the Court directed that they set a schedule with a close of fact discovery by December 31, 2025, and have provided such a schedule below. However, the parties respectfully submit that this discovery period would be extremely challenging to accomplish, for reasons including the party, non-party, and expert discovery that remains outstanding. The parties therefore jointly request a 10-month discovery schedule, which is still one month faster than the Court

ordered in its prior case management Order (before it granted The Post's motion to dismiss the original Complaint). The discovery period ordered by that schedule extended from November 20, 2023, to October 23, 2024. The parties will be prepared to discuss this joint proposal at the June 18, 2025 case management conference.

| Action or Event | Schedule Per Court's June 6, 2025 Order | Parties' Jointly Requested Schedule |
|---|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 11/20/2023 (completed) | 11/20/2023 (completed) |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 12/23/2023 (completed) | 12/23/2023 (completed) |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B).   Plaintiff | 10/6/2025 | 1/26/2026 |
| Defendant | 11/3/2025 | 2/23/2026 |
| Rebuttal | 12/1/2025 | 3/23/2026 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 12/31/2025 | 4/20/2026 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | N/A | N/A |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 1/31/2026 | 5/18/2026 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.  Enter mediator's name, address, and phone number. | 12/31/2025 | 4/20/2026 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 6/1/2026 | 9/14/2026 |

| Action or Event | Schedule Per Court's June 6, 2025 Order | Parties' Jointly Requested Schedule |
|---|---|---|
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 6/8/2026 | 9/21/2026 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 6/15/2026 | 9/28/2026 |
| Month and year of the trial term. | July 2026 | October 2026 |

The trial will last approximately eight (8) days and be

☒ jury.

☐ non-jury.

3. **Description of the Action**

This is an action brought by Trump Media & Technology Group Corp. seeking recovery for alleged defamatory statements published by Defendant WP Company LLC.

4. **Disclosure Statement**

☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

Plaintiff will simultaneously file a Notice of a Related Action.

6. **Consent to a Magistrate Judge**

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

☐ Yes.
☒ No; instead, the parties agree to these changes: contained in the table above.

B. Discovery may be needed on these subjects: truth or falsity of the article; fault; damages and reputation of the plaintiff.

C. Discovery should be conducted in phases:

☒ No.
☐ Yes; describe the suggested phases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

☒ No.
☐ Yes; describe the issue(s).

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒ No.
☐ Yes; describe the stipulation.

**10. Request for Special Handling**

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

/s/ *Stephen B. French*
Stephen B. French, Fla Bar No 0078761
Jared J. Roberts, Fla Bar No 1036550
Binnall Law Group, PLLC
Counsel for
Trump Media & Technology Group Corp.
6/13/2025

/s/ *Thomas G. Hentoff*
Thomas G. Hentoff
Nicholas G. Gamse
Williams & Connolly LLP
Counsel for WP Company, LLC
6/13/2025

/s/ *Carol J. LoCicero*
Carol J. LoCicero
Linda R. Norbut
Thomas & LoCicero, PL
Counsel for WP Company, LLC
6/13/2025