**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:23-cv-1535-TPB-AAS | **DATE:** June 18, 2025 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **TRUMP MEDIA & TECHNOLOGY GROUP CORP**<br><br>v.<br><br>**WP COMPANY LLC** | **PLAINTIFF COUNSEL:**<br>Stephen French & Jared Roberts<br><br>**DEFENDANT COUNSEL:**<br>Carol Locicero, Thomas Hentoff & Nicholas Gamse | |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 1:53 – 1:58 p.m.<br>**TOTAL:** 5 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:**    CASE MANAGEMENT CONFERENCE

Parties advise status of case.  Scheduling order to follow.

Next Case Management Conference: November 19, 2025, at 1:30 p.m. Notice to follow.