# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TRUMP MEDIA & TECHNOLOGY GROUP CORP.,

    Plaintiff,

vs.

WP COMPANY LLC d/b/a The Washington Post,

    Defendant.

_____/

Case No: 8:23-cv-01535-TPB-AAS

### DEFENDANT WP COMPANY LLC'S OPPOSED MOTION FOR LEAVE TO FILE A SHORT REPLY BRIEF

Defendant WP Company LLC ("The Post") hereby moves pursuant to Local Rule 3.01(d) for leave to file a four-page reply brief in support of its Motion to Compel Discovery (the "Motion") (Doc. No. 93). In support of this Motion, The Post states:

1. On August 7, 2025, The Post filed the Motion. On August 21, 2025, Plaintiff Trump Media & Technology Group Corp. ("TMTG") filed its Opposition to The Post's Motion (the "Opposition" or "Opp.") (Doc. No. 94). In its Opposition, TMTG makes new arguments about its failure to provide damages discovery, including by citing new case law for the first time, and contradicting its counsel's prior concessions during meet-and-confer discussions. In addition, the Opposition raises a new argument as to an Interrogatory that mischaracterizes the parties' conferral process. A short reply brief by The Post would allow it to identify and address these issues. Good cause therefore exists to allow a reply.

2. First, TMTG argues in the Opposition that an updated damages disclosure is not warranted following the narrowing of this case, after having agreed to provide such an update during the meet-and-confer process. Opp. 2-5. It then newly cites inapposite case law in support of this new argument. A short reply brief will allow the Post to provide necessary context on the parties' discussions of the damages calculation and clarify the law, which "will benefit the Court's resolution of the pending motion." *Weiss v. AT&T Inc.*, 2023 WL 3092631, at *1 (M.D. Fla. Apr. 26, 2023); *see United States v. 8 Luxury Vehicles*, 2015 WL 13793108, at *1 (M.D. Fla. May 7, 2015).

3. Second, the Opposition argues that The Post failed to meet and confer on TMTG's Interrogatory Response 3. Opp. at 6-7. The Post should be permitted to address this new argument and new characterization of the parties' discussions raised in the first instance in TMTG's Opposition. *8 Luxury Vehicles*, 2015 WL 13793108, at *1 (granting leave to file a reply where "new facts, law and argument," including "arguments related to the settlement discussions between the parties" were raised in the plaintiff's opposition); *Pk Studios, Inc. v. R.L.R. Invs., LLC*, 2015 WL 12843877, at *1 (M.D. Fla. Dec. 8, 2015) ("The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." (citation omitted)).

4. The Post requests to file a reply brief of four pages within one week after the Court rules on this Motion.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel conferred with Plaintiff's counsel by email on August 25, 2025 and via teleconference on August 26, 2025 with respect to the relief sought herein. Plaintiff's counsel opposes the relief requested.

Dated: August 27, 2025

THOMAS & LoCICERO PL

/s/Carol Jean LoCicero
Carol Jean LoCicero (FBN 603030)
Linda R. Norbut (FBN 1011401)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

*Counsel for Defendant*

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

/s/ Thomas G. Hentoff
Thomas G. Hentoff (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC  20024
Telephone: (202) 434-5000
Facsimile: (202) 480-8371
thentoff@wc.com
ngamse@wc.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2025, I electronically filed a true and correct copy of the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the email address of all counsel of record.

*/s/ Thomas G. Hentoff*
Thomas G. Hentoff (*pro hac vice*)
Counsel for Defendant
