UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: | 8:23-cv-1535-TPB-AAS | DATE: | October 24, 2025 |
|---|---|---|---|
| **HONORABLE AMANDA A. SANSONE** | | INTERPRETER: | N/A |
| TRUMP MEDIA & TECHNOLOGY GROUP CORP.<br><br>v.<br><br>WP COMPANY LLC | | LANGUAGE: | N/A |
| | | **PLAINTIFF COUNSEL**<br>Stephen French<br>Alejandro Brito<br>Jared Roberts | |
| | | **DEFENSE COUNSEL**<br>Nicholas Gamse<br>Carol Locicero | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME** | 10:01 AM – 11:34 AM | **TOTAL:** 1 Hour 33 Minutes | **PRETRIAL:** | N/A |
| | | **COURTROOM:** | 10B |

**PROCEEDINGS: DISCOVERY HEARING**

Court in session and counsel identified for the record.

The court held a discovery conference to address joint status discovery updates.

**Rulings:**

Defendant's oral motion to compel Plaintiff to provide the documents it intends to rely on for its damages claim and documents previously compelled — Granted.

Defendant's oral motion for further information about witness repository collections efforts — Granted.

Defendant's oral motion to compel Plaintiff to provide documents responsive to Interrogatory No. 14 — Granted.

Joint oral motion for another discovery hearing — Granted. The court scheduled a follow-up discovery hearing for November 19, 2025, at 10:00 a.m. via Zoom.

Court adjourned.