# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,

      Plaintiff,

v.                                                                   Case No.: 8:23-cv-1535-TPB-AAS

WP COMPANY, LLC,
d/b/a The Washington Post

      Defendant.
_____/

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Pursuant to Local Rule 2.02(c), undersigned counsel, Stephen B. French, Jesse R. Binnall, and Jared J. Roberts, respectfully move for leave of Court to withdraw their appearance as counsel for Plaintiff, Trump Media & Technology Group Corp. ("TMTG"), and state as follows:

1.    The undersigned counsel appeared as counsel for TMTG upon commencement of this action.

2.    On or about October 23, 2025, the firm of Brito, PLLC made an appearance and undertook representation on behalf of TMTG for all pending and future activities in this action.

3.    Undersigned counsel certifies that TMTG consents for their withdrawal.

4. Alejandro Brito, Jalaine Garcia, and Ian M. Corp of Brito, PLLC remain as counsel for TMTG.

5. On or about January 9, 2026, the undersigned notified counsel for Defendant, WP Company, LLC, of this Motion to Withdraw and said counsel has no objection to same.

WHEREFORE, the undersigned counsel asks that this Court grant them leave to withdraw as counsel for Plaintiff, Trump Media & Technology Group Corp., in this matter and to have no further or continuing obligations in this matter.

## LOCAL RULE 3.01(g) CERTIFICATION

Movants certify that Defendant consents to their withdrawal after meeting and conferring.

Dated: January 12, 2026

Respectfully submitted,

*/s/   Jared J. Roberts*
Stephen B. French
Fla. Bar No. 0078761
Jesse R. Binnall
(*pro hac vice*)
Jared J. Roberts
Fla. Bar No. 1036550
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943

Fax: (703) 888-1930
stephen@binnall.com
jesse@binnall.com
jared@binnall.com

## CERTIFICATE OF SERVICE

I certify that on January 12, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/    Jared J. Roberts*
Jared J. Roberts
Fla. Bar No. 1036550
