UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,

       CASE NO.: 8:23-cv-1535-TPB-AAS

    Plaintiff,

v.

WP COMPANY, LLC
d/b/a The Washington Post,

    Defendant.
_____/

## MEDIATOR'S REPORT

Mediation occurred in the above-captioned case on February 10, 2026. All parties and their counsel agreed to the appointment of the undersigned as the Mediator for this matter.

1. The parties, authorized corporate representatives of the parties, and counsel for the parties attended and participated in the mediation conference.

2. The outcome of the mediation conference was:

   [ ] The parties settled all disputes.

   [ ] The mediation conference resulted in an impasse.

   [ **X** ] The mediation conference was adjourned.

                                  Respectfully submitted,

                                  s/ *Brett D. Divers*
                                  BRETT D. DIVERS, ESQUIRE
                                  Florida Bar No. 0973246
                                  Mediator No. 42311 R
                                  bdivers@pdtlegal.com

PASKERT DIVERS THOMPSON  
100 N. Tampa Street, Suite 2010  
Tampa, Florida 33602  
(813) 229-3500 – Telephone  
(813) 229-3502 –  Facsimile  
*Mediator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2026, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF system, which will send a copy to all counsel of record

                                              s/ *Brett D. Divers*  
                                              Mediator

## **CERTICFICATE OF SERVICE**

I hereby certify that on February 10, 2026, a copy of this Report has been electronically filed with the Court and furnished by e-mail and U.S. Mail to:

| | |
|---|---|
| Alejandro Brito, Esq.<br>Jalaine Garcia, Esq.<br>Ian M. Corp, Esq.<br>BRITO, PLLC<br>2121 Ponce de Leon Blvd.<br>Suite 650<br>Coral Gables, FL 33134<br>abrito@britopllc.com<br>JGarcia@britopllc.com<br>icorp@britopllc.com<br>*Attorneys for Plaintiff* | Carol Jean LoCicero, Esq.<br>Linda R. Norbut, Esq.<br>THOMAS & LoCICERO PL<br>601 South Boulevard<br>Tampa, FL 33606<br>clocicero@tlolawfirm.com<br>lnorbut@tlolawfirm.com<br><br>*and*<br><br>Thomas G. Hentoff, Esq.<br>Nicholas G. Gamse, Esq.<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>thentoff@wc.com<br>ngamse@wc.com<br>*Attorneys for Defendant* |

<u>*s/ Brett D. Divers*</u><br>Mediator