# EXHIBIT C

**From:** Reid, Cat <creid@wc.com>
**Sent:** Monday, February 9, 2026 8:53 AM
**To:** Ian Corp <icorp@britopllc.com>; Gamse, Nicholas <NGamse@wc.com>; Hentoff, Tom <THentoff@wc.com>; Beaton, Izzy <IBeaton@wc.com>; Linda Norbut <lnorbut@tlolawfirm.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>
**Cc:** Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Subject:** RE: TMTG v. WaPo; TMTG's Third Set of Revised 30(b)(6) Topics

Dear Counsel,

We received your revised 30(b)(6) topics Thursday evening, which now include 26 topics, and 39 topics including subparts. We note that your notice added seven new topics 13 days before the deposition, notwithstanding Local Rule 3.04. Your letter noted that The Post should raise its concerns promptly and in writing so that we can participate in a meaningful conferral process.

Although we appreciate TMTG reducing the number of subjects, The Post continues to stand on its previously shared objections to Topics 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21 as overly burdensome and disproportionate to the needs of the case. *See* Jan. 24 Ltr. from N.Gamse to A. Brito at 6. The Post also objects to TMTG's new Topics 9, 10, and 11.

Topics 9–11, 12, 14, 16, 18, and 20 are objectionable because they lack reasonable subject-matter and timeframe limitations. Topics 9–11 cover "[a]ny communications or documents had or exchanged between" Matei Rosca, Matthew Bernardini, or Will Wilkerson and The Post "concerning" TMTG, Wilkerson, DWAC, Patrick Orlando, ES Family Trust, or the Article. . Topics 12, 14, 16, 18, and 20 require preparation on The Post's "investigation" of Wilkerson, DWAC, ES Family Trust, and Patrick Orlando "before publishing the WaPo Article." Preparing a 30(b)(6) witness on these unbounded topics is unworkable and appears to be "an effort to probe into prior articles and statements that are not at issue in the case." Jan. 24 Ltr. at 6. The Post will reasonably prepare a witness on "communications or documents had or exchanged" between Rosca, Bernardini, or Wilkerson and The Post as specifically related to the *statements at issue* in this litigation.

Similarly, Topics 13, 15, 17, 19, and 21 are also impermissibly broad to the extent that they go beyond the statements at issue and cover The Post's investigation of TMTG, Wilkerson, DWAC, ES Family Trust, and Patrick Orlando "related to its research to author and publish the WaPo Article." TMTG itself objected that a proposed 30(b)(6) topic relating to "The Article" was overly broad and should be limited "to discover specific information related to the statements at issue." Jan. 4 Ltr. Resp. to WaPo 30(b)(6) Notice from A. Brito to N. Gamse at 3. Going beyond the statements at issue would be a wasteful, burdensome exercise in violation of the proportionality restraints of Federal Rule of Civil Procedure 26. The Post will reasonably prepare a witness to discuss its research to author and publish the statements at issue and is willing to confer if TMTG thinks its needs more, mindful of its own objections.

In sum, we are willing to confer further on Topics 9–21. However, absent agreement or resolution by the court, The Post will not prepare the witness on those topics as framed. Because

of the approaching date of the deposition, we should promptly determine whether the parties will need to bring their dispute to the court and resolve it ahead of the deposition.

Regards,


**Cat A. Reid**
**Associate*| Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5743 | creid@wc.com | www.wc.com
*Admitted only in Illinois; practice supervised by D.C. Bar members

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Thursday, February 5, 2026 6:43 PM
**To:** Gamse, Nicholas <NGamse@wc.com>; Hentoff, Tom <THentoff@wc.com>; Beaton, Izzy <IBeaton@wc.com>; Reid, Cat <creid@wc.com>; Linda Norbut <lnorbut@tlolawfirm.com>; Carol Jean LoCicero <clocicero@tlolawfirm.com>
**Cc:** Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Subject:** TMTG v. WaPo; TMTG's Third Set of Revised 30(b)(6) Topics

Counsel,

Please see attached.

Best regards,

**Ian Michael Corp**
Associate Attorney

ng

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

[INFO] -- Content Manager:

This message contains information which may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com), and delete the message. Thank you very much.