**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TRUMP MEDIA & TECHNOLOGY GROUP CORP.,

    Plaintiff,

vs.

WP COMPANY LLC d/b/a The Washington Post,

    Defendant.
_____/

Case No: 8:23-cv-01535-TPB-AAS

**PARTIES' JOINT UNOPPOSED MOTION FOR LEAVE**
**TO ENLARGE PAGE LIMIT FOR JOINT DISCOVERY**
**MOTION & SUPPORTING MEMORANDUM**

Pursuant to Middle District of Florida Local Rule 3.01(b), Plaintiff, Trump Media & Technology Group Corp. ("TMTG"), and Defendant, WP Company LLC d/b/a The Washington Post ("The Post") (collectively, the "Parties"), jointly move for leave to exceed the twenty-five (25) page limit applicable to their forthcoming Partially Contested Joint Motion for Limited Extension to Complete Discovery (the "Joint Motion"). The Parties request permission to file a Joint Motion not exceeding thirty-two (32) pages. Grounds for this motion are set forth in the memorandum below.

**SUPPORTING MEMORANDUM**

Middle District of Florida Local Rule 3.01(b) limits motions to twenty-five (25) pages. The Parties seek leave to enlarge the page limit for their forthcoming Joint Motion by seven (7) pages.

1

The need for this modest enlargement arises from the structure of the underlying filing. Although styled as a single joint motion, the Joint Motion consolidates what otherwise would have been two separately filed motions. Each party seeks affirmative relief under Federal Rule of Civil Procedure 16(b)(4) to modify the Case Management Order and opposes discrete portions of the other party's requested relief.

Absent consolidation, each side would have been entitled to file a separate motion of up to twenty-five (25) pages under Local Rule 3.01(b), resulting in duplicative briefing that could have totaled up to fifty (50) pages, exclusive of responsive briefing. In addition, because the Parties' respective requests overlap and are partially opposed, each motion would have required a separate response. Instead, in the interest of judicial economy, the Parties agreed to present their respective requests and arguments—including their responses to one another's positions—in a single consolidated filing. This approach eliminates repetitive procedural histories, overlapping factual background, redundant recitations of governing standards, and the need for separate responsive briefing.

The requested enlargement—from twenty-five (25) to thirty-two (32) pages—is limited and proportional to the consolidation of two cross-motions into one document. Granting leave will streamline the briefing and permit the Court to resolve discovery-scheduling issues in a single order rather than through piecemeal filings.

For these reasons, the Parties respectfully request leave to file their Joint

Motion not exceeding thirty (32) pages.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Middle District of Florida Local Rule 3.01(g), undersigned counsel certify that the Parties conferred on February 26, 2026, regarding the relief requested in this motion. The Parties agree to the requested enlargement of the page limit and jointly submit this motion.

Dated: February 26, 2026                                Respectfully submitted,

**BRITO, PLLC**
*Counsel for Plaintiff*
2121 Ponce De Leon Boulevard
Suite 650
Miami, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: */s/ Alejandro Brito*
    **ALEJANDRO BRITO**
    Florida Bar No. 09842
    Primary: abrito@britopllc.com
    Secondary: apiriou@britopllc.com
    **JALAINE GARCIA**
    Florida Bar No. 58632
    Primary: jgarcia@britopllc.com
    **IAN MICHAEL CORP**
    Florida Bar No. 1010943
    Primary: icorp@britopllc.com

THOMAS & LoCICERO PL

*/s/ Carol J. LoCicero*
Carol Jean LoCicero (FBN 603030)
Linda R. Norbut (FBN 1011401)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com
*Counsel for Defendant*

WILLIAMS & CONNOLLY LLP

*/s/ Thomas G. Hentoff*
Thomas G. Hentoff (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
Isabelle J. Beaton (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC  20024
Telephone: (202) 434-5000
thentoff@wc.com
ngamse@wc.com
*Counsel for Defendant*