# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### Tampa Division

| | |
|---|---|
| TRUMP MEDIA & TECHNOLOGY GROUP CORP., <br><br> Plaintiff, <br> v. <br><br> WP COMPANY, LLC, <br> d/b/a The Washington Post, <br><br> Defendant. | Case No. 8:23-cv-1535-TPB-AAS |

## NOTICE OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), notice is hereby given that Alejandro Brito, Esq. of the law firm of Brito, PLLC will serve as Lead Counsel for Plaintiff Trump Media & Technology Group Corp.

Dated: March 11, 2026

Respectfully submitted,

**BRITO, PLLC**
*Counsel for Plaintiff*
2121 Ponce de Leon Boulevard
Suite 650
Miami, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
    **ALEJANDRO BRITO**
    Florida Bar No. 098442
    Primary: abrito@britopllc.com
    Secondary: apiriou@britopllc.com

**JALAINE GARCIA**
Florida Bar No. 58632
Primary: jgarcia@britopllc.com
**IAN MICHAEL CORP**
Florida Bar No. 1010943
Primary: icorp@britopllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on March 11, 2026 through the Court's CM/ECF electronic filing system upon:

Carol J. Locicero, Esq.
Linda Riedemann Norbut, Esq.
Thomas & LoCicero, PL
601 South Blvd
Tampa, FL 33606-2629
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

Thomas G. Hentoff, Esq.
Nicholas G. Gamse, Esq.
Williams & Connolly
680 Maine Avenue S.W.
Washington, DC 20024
thentoff@wc.com
ngamse@wc.com
*Counsel for Defendant*

By: /s/ *Alejandro Brito*