**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| CASE NO.: | 8:23-cv-1535-TPB-AAS | DATE: | April 1, 2026 |
|---|---|---|---|
| **HONORABLE: AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| TRUMP MEDIA & TECHNOLOGY GROUP CORP.<br><br>v.<br><br>WP COMPANY LLC | | **LANGUAGE:** | N/A |
| | | **PLAINTIFF COUNSEL**<br>Alejandro Brito<br>Ian Corp<br>Jalaine Garcia | |
| | | **DEFENSE COUNSEL**<br>Thomas Hentoff<br>Nicholas Gamse<br>Samuel Lazerwitz<br>Carol J Locicero | |
| **COURT REPORTER:**   DIGITAL | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** | 11:32 AM – 12:45 PM<br>1:00 PM – 3:12 PM<br>3:18 AM – 3:35 AM | **TOTAL:** 3 Hours<br>42 Minutes | **U.S. PRETRIAL:** | N/A |
| | | | **COURTROOM:** | 10B |

**PROCEEDINGS:**

Court in session. Counsel identified for the record.

The Court addressed the motions filed at Documents 145, 146, 147, 180, and 181. The Court heard argument from the parties.

The parties made a joint oral motion for an extension of the deadline to take the deposition of Phillip Juhan. The Court granted the motion and extended the deadline to complete the deposition of Phillip Juhan to April 10, 2026.

The Court granted in part and denied in part the motion at Document 145, Motion to Compel.

The Court took under advisement the motions at Documents 146, 147, 180, and 181, Motions to Compel.

The Court will enter a written order.

Court adjourned.