UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,

     Plaintiff,

v.                              Case No. 8:23-cv-1535-TPB-AAS

WP COMPANY, LLC,
d/b/a The Washington Post,

     Defendant.

_____/

## ORDER

The court held a discovery hearing and took Trump Media & Technology Group Corp.'s (TMTG) motions to overrule privilege designations (S-Docs. 146, 147; S-Docs. 180, 181) under advisement pending an *in camera* review. (Doc. 193, pp. 1–2). The court has reviewed *in camera* the 100 documents selected by TMTG and submitted by Defendant WP Company, LLC, d/b/a The Washington Post (The Post).

After a thorough review of these 100 documents, the court concludes that all 100 were properly withheld. Accordingly, the motions to overrule privilege designations (S-Docs. 146, 147; S-Docs. 180, 181) are **DENIED**.

1

To preserve the record of what was received, the court will provide the reviewed documents to the Clerk, as well as the transmittal correspondence from Attorney Thomas G. Hentoff for filing under seal.

**ORDERED** in Tampa, Florida, on April 8, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge