**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,**

     **Plaintiff,**

**v.**                                                      **Case No. 8:23-cv-1535-TPB-AAS**

**WP COMPANY, LLC,
d/b/a The Washington Post,**

     **Defendant.**

_____/

**ORDER**

The court held a discovery hearing on April 1, 2026. (Doc. 194). At the hearing, the court granted Defendant WP Company, LLC, d/b/a The Washington Post's (The Post) motion to compel as to The Post's request for Trump Media & Technology Group Corp. (TMTG) to supplement its privilege log with information substantiating its privilege claims. (Doc. 193, p. 5).

The court also directed The Post to provide TMTG with a list of documents withheld on its privilege log for which The Post challenges the claim of privilege and ordered that TMTG provide the listed documents or update the privilege log to substantiate its privilege claim. (*Id.*). To the extent that The Post still claimed that TMTG is withholding non-privileged documents, The

1

Post was directed to notify TMTG of which documents it continues to challenge so they could be submitted for *in camera* review. (*Id.*).

Consequently, TMTG provided these 15 documents to the court for *in camera* review:

- No Bates – Langer Text 1
- No Bates – Langer Text 2
- No Bates – Langer Text 3
- No Bates – Langer Text 9
- No Bates – Langer Text 10
- No Bates – Langer Text 11
- No Bates – Langer Text 20
- TMTG082985
- TMTG083211
- TMTG083212
- TMTG086465
- TMTG086466
- TMTG086467
- TMTG097935
- TMTG106498

The court reviewed these documents and concludes TMTG properly withheld all as privileged because either the document itself is an attorney-client privileged communication[1] or (when not authored or received by in-house

---

[1] The following documents are privileged direct communications with counsel, in which counsel is either giving legal advice or being asked to give legal advice (or attachments to those communications): TMTG082985, TMTG083211, TMTG083212, TMTG086465, TMTG086466, TMTG086467, TMTG097935, and TMTG106498.

counsel for TMTG) the content of the communication otherwise relays legal advice or forms part of the process of implementing legal advice.[2]

To preserve the record of what was received, the court will provide the reviewed documents to the Clerk, as well as the transmittal correspondence from Attorneys Thomas G. Hentoff and Alejandro Brito for filing under seal.

**ORDERED** in Tampa, Florida, on April 17, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[2] The following documents are protected by the attorney-client privilege because the content of the communication either relays legal advice or forms part of the process of implementing legal advice: No Bates – Langer Text 1, No Bates – Langer Text 2, No Bates – Langer Text 3, No Bates – Langer Text 9, No Bates – Langer Text 10, No Bates – Langer Text 11, and No Bates – Langer Text 20.