IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,

    *Plaintiff*,

                                Case No: 8:23-cv-01535-TPB-AAS

v.

WP COMPANY LLC d/b/a The
Washington Post,

    *Defendant*.

_____

## **UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Claire R. Cahill, Esquire, moves for special admission to represent Defendant WP Company LLC d/b/a The Washington Post.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the U.S. District Court for the District of Colorado, and the U.S. District Court for the Northern District of Illinois.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in the last thirty-six months in any case in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States.  I will bear true faith and allegiance to the government of the United States.  I will maintain the respect due to the courts of justice and all judicial officers.  I will well and faithfully discharge my duties as an attorney and officer of this Court.  I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

WILLIAMS & CONNOLLY LLP

/s/ *Claire R. Cahill*
Claire R. Cahill
680 Maine Avenue S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
ccahill@wc.com

2

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.

/s/ *Claire R. Cahill*
Claire R. Cahill


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of **April 2026**, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a copy to all counsel of record.

THOMAS & LoCICERO PL

/s/ *Carol Jean LoCicero*
Carol Jean LoCicero (FBN 603030)
Linda R. Norbut (FBN 1011401)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

*Counsel for Defendant*

3