# Exhibit 7

On Dec 2, 2021, at 2:35 PM, Andy Tucker <andy.tucker@nelsonmullins.com> wrote:


Patrick,


We need to have this resolve itself now.  IT is very clear you are just negotiating for yourself against the interest of TMTG.   We must get out and get this priced.  DJT has been briefed on the delay, and he is not happy.


I have suggested to TMTG that we make the PIPE subject to a condition that the Charter be amended to delete the provision entirely.  It would just become one of the many approvals required of the stockholders.   This would spare you having to track down any of the people you say need to be tracked down.


Calls
*221007 call with Phil and Patrick*
Story is not complete.

Productive to talk.

2 components to it that haven't been told yet.

We are sitting on the documents and audio recordings that are pretty extensive, many photos of what happened in MaL and Bedminter.

2 components – audio recording of a Liwsky and Moss – contestants on the Apprentice. Original founders of Trump media. La-chin-sky. Pitched to Trump. And Moss didi it together

Recording with Patrick Orlando discussing the transaction.

SPACs – strict rule – not allowed to pretarget a company for a merger prior to SPAC going public.

Reported issue re DWAC and Trump Media.

Recording of that discussion.


We also have on top of that a timeline that discusses the entire transaction from start to finish involving Trump Media and SPAC.

Timeline includes president himself, recollections between Moss and Trump, around time of questionably discussions taking place with DWAC taking over.


Controversial aspect of the transaction – Lichinsky, extorted by the preisdnet, regarding his shares in the company. President asked Lichinsky to give his shares to Melania. Written recollection by Lichinsky of his deep anger.


Timeline – includes direct discussions with president in advance of merger plan with DWAC.

Discussing – Plan B. Current merger partners.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Very substantial questions regarding president's conduct.

Will Wilkerson. There for this entire process. Documents, video recordings. Will's recollection of everything that occurred. Confirmation in July that DWAC would be the target.


Patrick Mincey –

Nothing to add.

Investigation led by SEC and DOJ. Concretely, we're in a position to provide small set of documents. Client has a vast amt of documents. Only remaining and existing employee. Been there from start to the present.

As a starting point, ready to go subset of documents. Will speak for themselves. Include documents.


Wilkerson's availability –


Moss, Lichinsky and Wilkerson – you don't get this kind of information. Taking directly to the president. Briefing the president on Plan B. In advance of DWAC.

The email that Lichinsky regarding Trump squeezing him for his shares.

Fascinating stuff.

Questions of authenticity –

Highly vetted on multiple fronts.


Photos – probably 100. Gone thru and figured out each person. Unusual investors who have the potential for money laundering. At least one very suspicious investment, working it up from an AML perspective. Not what we walked into with this project. Patrick and I and Stephen – our antenna very sensitive to an AML issue.


Lichinsky spreadsheet

Cell numbers –

Rosetta stone of the transaction

Moss and Lichinsky knew theyd have to write the history of the deal

Contemporaneous recording of what theyre doing

Day by day blow by blow whats going on at the company, who theyre talking to

*221007 call with Phil*


orlandos got multiple spacs in his pocket. he tells them BENE deal is off and he's got another deal. will was in car outside. they thought orlando was wearing a wire. they told will. they called their counsel. then they went back and made that recording. recording is right after lunch.

in trying to clean up the mess, they skewered themselves.

cell number - shared with me - president

wes talks to DJT jr - to talk potential Plan B - talking to president about Bene - we know in April that's dead - DWAC not public - it's pretargeting -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

very detailed

sheet 2 was Litinsky comment; journal of his mindset; contemporaneous notes - flavor

see on the 30th - personal notes -

brad cohen, moss, litisnky - our guy - events of jan 6 occur - our guy is a couple weeks later working with litinsky

moss and litinsky, we dont have dealings with them - theyve been contacted but they didnt respond -

will have litinskys notes -

litinsky would copy will on his emails - will's role at the company, he was there from the beginning

litinsky would copy will on everything - that voice recording, he just sent it to him

he still works at the company , waiting to see what shakes out

hes being impeached at certain pts - after everything thats happened - its fascinating to see all of this

847-386-6514 Brewster

312-771-8470 cell

*221008 email from Phil*
Drew:

First, we hope you are having a good weekend. If you have any questions regarding the larger set of documents, please let us know. We are around this weekend working.

Second, on our end, we are thinking through how we could work with Wapo and gaging Will's interest in do so.

In the meanwhile, there is a financial crime aspect to our investigation (money laundering/illicit finance). Patrick, Stephen and I have particular expertise in this area. We have a highly suspicious investment and set of transactions involving an investment into Trump Media. We have the documents and have completed our initial investigation. Trump Media looks to have accepted very suspicious foreign money. It really requires someone with money laundering and illicit finance experience. Does Wapo have some like that — money laundering, illicit finance and crypto (some like this person — https://www.washingtonpost.com/people/shayna-jacobs). We defer to you.

Best, Phil

Phil Brewster
Brewster Law Firm LLC
560 Green Bay Road, Suite 402
Winnetka, Illinois 60093
www.brewsteradvisory.com [brewsteradvisory.com]
(847) 386-6514

*221010 email from Phil*
Drew:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    POST_23-cv-1535_0009271

We will check with Will. But, it should be fine. Tentatively, could we schedule an interview for 3:30 pm ET tomorrow?

The financing documents are coming over now. The fintech firm involved is Paxum: https://us.paxum.com [us.paxum.com] Paxum's bank in Dominica: https://www.paxumbank.com [paxumbank.com]

Here is some very revealing reporting on Paxum and its CEO (good links to read too): https://reporter.london/?p=124 [reporter.london]

Best, Phil

Phil Brewster
Brewster Law Firm LLC
560 Green Bay Road, Suite 402
Winnetka, Illinois 60093
www.brewsteradvisory.com [brewsteradvisory.com]
(847) 386-6514

*221010 call*
When Trump Media in Dec 2021 was out looking for bridge financing, and they accepted from a bank in a country called Domenica, a bank notorious for money laundering.

That money came from a bank in Domenica that's controlled by a fintech crypto company in Canada

Reserve Trust

only fintech company to have a federal reserve master account. had it and lost it. they used that acct to wire the money to Trump Media. Through a trust. I have the wire transfers to prove this. Came thru a company, ES Family Trust, doesn't have an address. Angel Pacheco. Trustee. He works for Paxom, fintech company. Sent $8M. We traced back this trust to an RIA in California. One guy, couple billions in assets. Classic layering associated with money laundering. Trump got $8M from Domenica. This transaction.

From an AML perpsecitve. Every red flag you could flash is on this transaction. Who signs a document for an $8M loan in investment in a company and doesn't leave an address?

The stress is happening to the company, insider trading? Have this unknown investment that came through. Whole transaction. Worked with Ian Talley on Illicit Finance in WSJ. Broke story on money laundering in Australia. Speciality is Iran.

Someone could only get to the reputational level of Domenica.

They use crypto fund as trustee. Someone doesn't want anybody to know they made this investment.

Databases to peel this back.

Govt is very interested in this. SEC very interested in this.

Who invests in Trump this way? Everyone else puts their name down. Everyone who invested had a pictur eof Trump. Their photo, proud to do it.

Filed on it.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transaction no one would talk about at the company.

Will was told - told by Moss and Litinsky that it was a family that wants to be very private. See the wires coming in.

Money laundering - layering - just zings around, a pinball machine.

Gray payments. Paxom is a crypto player to the porn industry.

Paxum. In Canada. With this Romanian guy who founded it. Gray payment system.

Security firm in Houston. Trump Media payed quarte rof a million to this trust, Antoro Securities. Could call and ask. Who is ES Family Trust? RIA has the same address as ES Famuly Trust. Cross referenced thru . we know who banked the deal. where money came from. trust. address of trust. tied that address to RIA who also invests in equine investments. a foreigner, someone high level, who didnt want their name out there. foreign  investor. either trump wanted to hide the transaction or the investor did. trump was like we dont want anyone to know about it. had the investor structure the investment.

Plan B - then doing the deal with DWAC

audio - which guys are these - he's kinda jokey about it, kinda cute. while this is happening, he's getting impeached. hes jsut come out of the presidency.

hes been kicked off of twitter.

CNBC reported

Guy at Trump Media, still employed, talking to Washington Post

will tweeted the first message from trump on truth social.

hes not former apprentice guy.

Paxum generally pays sex workers, payment model

they own a bank in Domenica. bank that can engage in intl monetary system

ES Family Trust syncs up with Oak Root LLC

first wire came in from Paxum / Domenica on order of the bank

money from Domenica Bank, thru reserve trust, ended up with Trump

trustee: Angel Pacheco. only name on that document

addresses very precise.

trump didnt like it. he doesnt like his birthday. well known that trump doesnt like his birthday. doesnt like anybody taking time off. when that letter was received, trump has idiosyncratic things. taking some time off.

*221011 call*

Litinsky, a conservative radio host better known as Andy Dean, and a fellow Apprentice competitor, Wes Moss, had

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

\*\*\*


Project Ghost?


\*\*\*


Will Wilkerson

Phil

Steven

Patrick Mincey


Patrick: Not doing it with strings attached.

Any mention of Will will include ID of his 3 attys. Public needs to know hes represented.

Quotes from the lawyers that are important.


I feel there are major problems not only within the company but with the transaction itself. Large issue that needs to be addressed and no one is speaking up oabout it.

I lived and breathed all of this. from inception til this past week. when TMTG suspended me from employment in retaliatory.

Ive seen everything progress from an idea to a great idea to it becoming a reality. Prospect of it becoming a multilbillion dollar company

Timeline - Wes, Andy and myself, recollections - spreadsheet compiled a tthe time to do the S4 chronology. Nov 21 after merger announcement. A lot of that was crafted from Andy and Wes. I provided info as well. Basically recollections. Comprehensive spreadsheet. Not the final transactional nature spreadsheet.

Looking at RE. Doing diff things. Wasnt meant to be so granular.

Sheet 1 is combo of the three of us. Sheet 2 is Litinsky. Notes from his phone. Daily update on his phone.

Entries - sheet 1. You can see theres overlap between the two.

This idea was presented ot me after Trump lost. I'd met with Andy in Atlanta. Speaking with Wes on a separate biz idea. He'd brought this idea to me. Flash of genius in the middle of the night.

How do you monetize the following of someone who has 40 yrs of brand loyalty and also is a rpesident?

Best option was to do a SPAC. it went from that

cant pitch the president until hes left office. from nov thru dec andy and wes were working to find a strategic biz partner, someone they thought trump would respect - mark burnett was approached

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

after jan 6 - went from being a good idea to an absolute imperative

biz kicked in from that perspective, became crystal clear

youre attracting millions of people who were followers and would give him money, political contributions

people who would follow him

how do you get 10s of millions on a social media network

build out a big tent - public square of discourtse - you cant just have it be an echo chamber

big tent - it was originally part of the idea, became more reality

taking it to publci market. not only supporters to invest. allows for competing interests.

youve seen how media has dissected over history

newspapers - mid1800s, ideological lines - radio - addressing markterplaces underserved

andy wes and brad cohen were all contestants on season 2 - all had known trump for 16 yrs - brad cohen was serving at presidents personal atty - andy had worked as president of trump productions - wes had done some financial transax for trump org - all involved. never involved during time when he was in office. done for specific reasons. they shrewdly waited for the opportune moments.

at premiere - i was exec prodc of andy's mass syndicated radio show, working several yrs on that program - knew wes bc he was a guest on the program - wasnt as close with wes as i was with andy

based on relationship, we worked well together

approached me in mid 2020, had this idea, biz ideas in ensuring years

for me, it always seemed like a fantastic business case. i could see it being a multibillion dolla rcompany. dwac 20x valuation. the market at the time had proven the thesis that this was a sound biz decision. there was something here.

it's been perverted into somethng that could hinder tha financial opportunity

wasnt part of that meeting

formulated the pitch - in photos, large whiteboards, way it went down - andy wes and brad cohen went to mar a lago, brad cohen had 2 of his clients, parted and commuted, lil wayne and kodak black, he was in close comms with the WH thruout last part of trump's tenure. he got the entree and that mtg so soon after he left office. they went there. had cheeseburgers and diet cokes

president say hey whats next. the pitch happened. original bullet point of the pitch was that trump puts no money in. trump leaned in and got interested. they walked away without a no.

that sent them to the next step. bizs have to be formulated

what is the equity structure.

i came down to FL.

granular - walk through the basic timeline

once we went back, started formulating service agreement, trump signing over name and likeness and social media rights to Trump Media Group

start raising money, have to have that asset in the portfolio

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

sent that on Feb. 2. off the races.

our job was to demonstrate progress. building the team. when i officially came on fulltime. i would come down, help andy with the pitch. we viewed ourselves at the time as the avengers. everybody had their superpower and combined together we were an unstoppable force

we're creating something amazing and that people can invest in and feel happy to be part of.

very very postivie omood and sentiment

not a family affair. we didnt really want it to be a family affair. its more of the standpoint. you have to build a business, unfettered, and we were trying to have as much autonomy as possible

andy was the point person for trump. after services agreement was signed, i was timed to research SPACs thru feb and ensuing months.

BENE - was one of the ones we evaluated.

in middle of Feb - we were trying to figure out how do we approach SPACs

trump was still toxic after jan. 6. investment banks were rejecting our offers of having them help us. how the heck do we do this. at one point, brad cohen calls andy, says hey, don jr and eric are gonna try to torpedo this deal. i dont think they knew what exactly we were doing

he wasnt telling them what was happening

they terminated our servies agreement. that put the fire under our butts. we have to make progress or this thing was gonna tank.

andy and wes startef coldcalling SPACs. every S1 has a phone number

i would pull all the publicly traded SPACs. whos on the BoD. are they donors to winred or trump? finding people who would at least take the call and be receptive to the pitch. BENE. Orlando been a donor. he was in miami. he and other board members had done prior transax. was a cold call.

after the initial calls that andy had with patrick, the idea was to bring patrick to MAL to meet the president. done for 2 reasons. first was orlando to realize hes not being punked. secondly to show the president we're making progress. multiple attendees for that meeting. done to show strength. we had diff individuals - dan bongino, meant to show hey were making progress, we have heavy hitters. was a positive response. great for america. great

negotiate finer points in the tea room. orlando ordered some rum. TMTG and Bene.

feb 24 at MAL. room there, a board room with tapestires on the wall, long table. was a very surreal experience. every time i went to MAL it was surreal. almost like youre living in a dream, very ornate home. a piano from the 1920s you cant touch. trump had his air force one 747 with the new colors in the lobby there. when people would be eatin inner and hed walk out, hed get a standing ovation

at that time, was right after jan 6 - for us to be there was almost unthinkable. no one really else was there. kevin mccarthy.

after that meeting at MAL - negotiations between BENE and TMTG. we realize quickly that patrick was hot and cold. he would disappear for 4 or 5 days. wouldnt answer his phone. we didnt realize exactly why at the time. of this hot and cold nature. believe he didnt have the votes to do the deal.

also evaluating other SPACs. thruout march april and may, were talking with other SPACs. patrick would go, hed be hot, line would get cold again.

howard letnick. one of these SPAC sponsors and CEOs never really questioned the valuation. understood the biz

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

issue was always the reputation. it took a special person to wanna say yes to a deal like this. orlando was treated in the media, they said he was working out of an office in wuhan. that was the kind of scrutiny, a lot of people backed away, from that perspective.

reputaitonal issue. some of these folks still wanna go the country club.

we knew BENE had in their coffers. 100M. it was more of finding a willing SPAC partner.

115M was less solutionary for everybody. we came to realize that having more capital was a good thing. someone has a 500M SPAC, more at risk, why we were looking at the smaller players

i was as granlar, our thesis was, if theyre closer to the end of their timeline, wanna say yes, a lot of potential upside.

i became litinsky's roommate in ft lauderdale. i would fly in on monday, fly out on friday. my travel schedule. never took any vacations. i felt like if i was missing a day, i was missing a month of work

how do you build a biz? setting up emails? finding a CEO. external auditors, building a biz. come may

moss litinsky and cohen put in seed money. april and may, we started looking for other investment capital from people who wanted to put in money.

convertible money - seed coming from litinsky moss and cohen. putting in initial capital into this biz. all this was on their horsepower and their financnes.

andy wes and me drive down to miami - we look at real estate - were looking for office space, fll, ther ewas one, lauriel, had an office space in miami - was vacant for 2-3 yrs - that kind of stuff - sposed to be a mtg in coconut grove, rodrigo - patrick orlando and rodrigo, i took andy's car to grab a burrito, waited for them to come out, when they came out they looked shellshocked. they were freaked out. they thought patrick was wearing a wire. they were scared this was entrapment. that orlando was an informant, elaborate govt takedown

orlando was speaking to them. they went in under the pretense of furthering that transax. hey i have another option thats no tpublic yet. after that meeting, we called counsel. had a mtg with orlando at a coffee shop or a pizza place. after they had left that apt. recording that andy and wes made clandestinely, they wanted to demonstrate. orlando's talking about nonpublic option. our lawyer said we cant talk about that.

didnt understand at the time, he didnt have the votes. was trying to find another thing to keep us on the hook. for orlando, theres a lot of benefit. if youre the one who lands trump in a spac deal, the fundraising opportunities could become enormous.

after LOI was signed with BENE, over drinks, fundraising for 2 or 3 other spacs. based upon him presenting LOI to people, saying look what i have.

it was probably within 15 or 20 mins after leaving apt in coronut grove, called him back, said can we meet, patrick was at coffee shop or pizza place, we pulled around, stayed in the car, they walked up

andy and wes had - person in foreground, primary overture to orlando is litinsky. basically, we talked to our guy. this is what he said. cant talk about anything thats public.

DJT had moods. depending on which day it was, he'd call up and be in a happy mood or hed be yelling. feature of who he was. in terms of our sentiments, as a company and the 3 of us working together, we thought we were doing somethign great and kep tpushing th eball down the field

after that mtg in april, still evaluating other SPACS, we had gone thru a couple other conversations with potential SPACs, heavily focued on finding our first round of seed capital from outside investors - time in may. MAL with One. signing and photos. bedminster later in may.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

patrick came back to table and wante dto do LOI with Bene. negotiation. from what litnsky said, hard fought negotiation, late into night, got terms down - one term was that orlando had a $1M breakup fee included in LOI, that was agreement signed in bedminster in June.

if you have that guarantee, it puts you in conflict.

patrick - flighty. it was more of keeping hi feet to the table, holding him accountable for wanting to do this transax. if he was to terminate, we're gonna take his house. it was that kind of thing. he kept playing footsie with us. hot and cold. didnt understand the ramifications from his perspective. as a ceo, dont believe that $1M was disclosed to shareholders. potential issue there. BENE was potentially used as a placeholder for us with DWAC. shareholders dont know. conflict of interest with orlandos perspective.

ran in parallel tracks. part of what we were doing, evaluating diff vendors. people that came to us. meetings at MAL with vendors who were referred to us. we can build a social media to us.

either we acquire a competitor, parler or gab, or we build it ourselves. as we went along and talked with diff individuals, we came to realize that building it ourselves was going to be the cheapest option. we had ultimately settled on mastodon.

june - beta site started getting built in earnest. djt, don jr and eric at trump tower at end of june. when we unveiled initial beta, demonstrated what its gonna look lije. went with diff logo ideas, first time that don jr and eric saw what we were doing and saw the product. in terms of trump mtgs, we were there for 1hr30 1hr45

the king walks in, sits down, talks about his SM followers, then the meat and potatoes of the convo happens

lot of back and forth, which we found to be very positive and constructive

andy was in contact with scavino and will russell. russell was acting as trumo's bodyman, guy on golf course with him. way to gauge his temperature. good time to call or not. inside info into that world. call at the wrong time, could be probelamtic.

in terms of the development, they werent really involved. scavino referred us to potential vendors.

met with pavloski at the breakers. he plays interestign component.

we were making hires out of necessity. had to find a CFO> formerly publicly traded company. he came to the signing of the LOI in bedminster. that was his reality check to make sure this is real. when he was told this idea, is this a real thing? should i leave my current job

office space in atlanta and ft lauderdale. building a real business. we took it extremely seriously. it was not a joke or laughing matter. wasnt a grift. trying to make a $20B company. say about 5 or 6. those numbers grew signifciantly. a lot of devleopment talents.

TMTG had the rights to trump thru the services agreement, to his name and likeness.

jason miller got recruited by miles guo to be ceo of gettr. i believe he was receruited solely for purpose to get trump onto that platform

chinese billionaire who wa sbankrolling this. they were doing what they could to recruit him. tipped off by scavino that this was happening. they offered him $5M and 2.5% equity. overtures . we retained legal counsel to send a demand letter. cease and desist. not right to negotiate. overarching frame - from that pt to signing of merger agreement, that was all set.

as much as they say this was pretargeting, there was never a guarantee he was going to sign anything, an LOI. night of merger agreement, he harrangued andy and don jr for 45 minute,s im gonna call jason miller, hes offering me 9 figures to go to gettr, dont mess this up, i have other options. there was never a guarantee from our perspective. he copuld wlak at any point.

patrick letter - he was probably intoxicated with that world. by thr same token, he wante dot show he had that influence

by the same token he was sending off that letter, which was ill advised by us

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

POST_23-cv-1535_0009278

trump hates his birthday and when his employees take vacation. he was asking for presidential cufflinks. hounding us for several weeks. had to be given to us. he came to our office in july to pick them up.

end of july - trump org had nullified our services agreement. trump couldnt sign that agreement. perilous position. they gutted away any ability for us to use the name and fundraise and build the thing. power play. from there, eric and don jr, ask for large amts of equity. they ask for employment pool to use.

they wante dto defer the taxes.

it neutered us from being an existing company. can we survive this? i realized a tthat pt. we hav eto get it done. they began to negotiate a license agreement. exlusiciity was in license agreement. the license agreement was more robust and specific. don jr signed for anothe rentity that had trademarks and the name.

a, flex their muscle, do things correctly, said djt couldnt sign in their personal capacity. they needed to add more provisions. current license agreement. rump can walk if we dont close on a spac.

orlando was still signing extensions for BENE>

started hearing about this Plan B. was what i came to realize DWAC.

Plan B was in early august. i actually searched for it. SEC Edgar - orlando seeing other SPACs. DWAC had filed in july, gotten registration statement. then i confirmed it with andy. dont tell anybody. way i believe it was being conveyed. being backchanneled to our atty thru orlando.

no disccusions between orlando and litinsky.

it made sense - bene's shelf life is expiring at the end of the year, DWAC coming on the market. didnt realize how much beneficial to orlando at the time. the way it was set up, he had better shares.

one glaring example was this, orlando was pushing us to do a PIPE after we made announcement. he was hounding us to do this. we didnt realize why. PIPE not a bad thing. hemming and hawing about how to do it. if you announce PIPE, bringing other investors, people get diluted. orlando had preferred shares that were nondilutionary. how could this be? he said you shouldve read the merger agreements. he was trying to selfdeal in getting more favorable terms of yoruself.

ptiched to DJT - more money. longer runway. also its the same group as bene. i asked, is it patrick and the same guys.

very immediate kind of shift - i say that from the perspecive, recollections

night and day diff - bene had some due diligence, DWAC, multiple calls with attys, timelines, doc requests, financial requests. didnt have the same figure as BENE transaction. when youre in the middle of all this, hindsight is 20/20, at the time im just doing my job.

trying to get on, while all this financial negotiation happening, build landing page, sustain millions of people , lot of tech components.

tech side - going well. we had a CTO who ended up resigning in september. interim CEO, josh adams. had a company called gerring bit assembly. he and billy boozer came into our office in early august. they were a perfect fit. understood the mission. ideologically aligned. fantastic at what they did. great team into the fold. individuals would be CTOs at any company. everythign was progressing very well. extremely happy. i truly enjoyed going into work eveyr day. never had such a wonderful experience as those times. unfortunately. working out of that wework in atlanta. office in ft lauderdale, less frequent, more for andy. primary work was being done out of that wework in atlanta. flying monday, leaving friday. home base is in NC.

a lot of fun. technical perspectivre, great minds working on it. problems got solved quickly. no bureaucracy. figured out those problems. standing up a SM platform in just a few months to take on millions of individuals. we were on that track to do it. some things that derailed them. wework office - a dozen or so.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

had merger announcement on oct. 20. being bombarded by traffic. one of our vendors at 2am - fastly. concern we had - we didnt wanna have the same fate as parler with AWS. trying to build out redundancy in every way shape and form. for us to have that kind of resilience. things tooklonger.

day after we announced on the 21st, litinsky and i are grabbing coffee, trump calls him, is in a great mood, stock went up to 45, in a great mood. give a percent of your equity to melania. thats when that refrain began. day after the announcement. andy brushed it off. we'll talk later.

andy was the primary point of contact. trump kept wanting more and more for him to do this. 1% of his equity. a $60M tax bill which he cant pay. turmp didnt care, do whatever you need to do. he was trying to extort andy. all the work and progress we had made soured the relationship between those individuals. what gave devin nunes entree.

by far majority shareholder, wouldnt give 1% to his wife. he wanted a piece from a minority shareholder. belioeve he had less than 5%. that 10% was split between andy wes and brad. for him to get 1% of his equity taken out. thats a significant tax bill. not like he can gift 1% and give severe consequence.

puts him in ahorrible position. that left that relationship to be strained.

andy shrugged it off as trump being trump, kind of a joke. he was in a good mood, trying to see what he can get. it bcame much more serious. lawyers from our side got involved. something the company got involved with. our corporate counsel having to have . not some flippant comment.

frustration - they had no bearing in this company. they came in when we were at the finish line, and they were taking equity away from hardworking individuals.

getting those requests, takes us away from the priorities

theyre coming in and asking for a handout

we werent trying to be the turmp org 2.0. we always saw turmp as the rocket fuel to send this thing to outer space. it has to go beyond that. only way to build a viable business. as a founder, it has to grow beyond tha tmindset and that perspective.

anybodywho feels theyre not being heard. not one side of an echo chamber. one example - at the truth social page, dan of axios wrote scathing article - said hi dan, you may not love us but we love you. we were trying to make it fun. for somebody who doesnt like us, were trying to extend an olive branch.

def picking up, it bcame real, a computed value on this company

market - there are people interested in this. there is a real value. a validation of everything we had wanted to do

orlando then quickly afterward, he said i had some guy call, he wants to do a $300M PIPE, constantly berating us about doing this PIPE, theres potential problems. its a lot of money. depends

devils in the details in these transax. EF Hutton. their pound of flesh. marathon round of calls. diff groups. 5-6 in a day. doing the pitch of the vision. investment presentation on our IR site. shows what were projecting to do in terms of revenue. what the vision was. presented to these PIPE investors.

way he was thinking. believed it was gonna be $10-$20M he was getting personally. speaks to the nature of potnetial self-dealing.

if you look at SPAC transax, PIPEs are done with merger. doing after the fact, PIPEs. comparable option we had in the marketplace at that time, Lucid. we were concerned that was going to put pressure . we were needing to obtain addt operating capital. PIPE exercise was taking away from us raising addt capital. we were running on fumes. orlando came in, investment from a firm we had no idea who they were.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

we had 2 diff convertible notes. brought in $5M in operating capitl in may. by time of december, we'd exhausted that pperating capital. PIPE exercise was taking away time. contacted orlando, he said he could get money, knows some way to get money. then they send us $2M from ES Family Trust. up tot aht pt, every other investor we'd spoken with, we knew personally, face to face meetings. when we asked orlando, who is this ES Family Trust, he said ive vetted them, can vouch them. he wouldnt give us the identity of this individual. checking the bank acct. see $6M in the bank acct that got transferred in. were we expecting more? $6M. he was surprised. in the agreement, they had the right to fund up to $8M.

orlando found thi group, individual or entity.

every other investos thats put money into this. weve known the mission. come to realize. theres potential issues with the funding source. didnt know waht paxum bank was until recently. it always rubbed me the wrong way. andy and wes in the same way. biggest issue was are these funds legitimate.

3% beneficiary. could be split between Entoro Securities. he helped secure this funding and then gets a finders fee.

ultimately, even upt the pt of beginning of 22, we were emboldend by the ideas of creating a parallel ecosystem, one people feel confident investing in

look at financial projections. real driver of the business wasnt social media, it was subscription video on demand service, a netflix competitor. we were looking at diff ways to potentially grow. diff branches. predicated upon. things began to significantly change.

after the announcement, it was an open beta - they found the url, it was for internal puproses. defecating pig. in terms of the actual launch day, different set of circumstances.

Nunes came into orbit in Nov 2021.

andy and wes didnt wanna be ceo. we needed a face. someone who could taje the heat so to speak. point person for scrutiny, criticism. media well. referred to us from pavloski. ceo of rumble. chris and nunes had close relationshop. nunes was first major polticial figure on rumble. he was referred to us. dinner in november. delicate thing. member sof congress cant solicit for private positions in congress. interesting balancing act. broach him as ceo.

negotiations with atty in december. announcement that hed come on in jan 2022. first week in the office, he was given this happy warrior speech, come in early, stay late. berating josh adams and billy boozer. we dont have a product.

completely changing the entire corporat eculture. people were extremely happy to be there. once andy and wes got ousted in march, employees crying in the office. thats how big of a shit it was

he doesnt understand th ebiz. trying to contextualize our operations to a family winery. basically andy and wes told him hey you suck at these things. focus on fundraising, media, do those things. day to day ops, weve done this before, weve done this from day 1. hes bringing in all these people to fill key positions. coo position. director comms. hes bringing in a camp of people who ar enunes loyalists. it became very fractious. hampering our ability to be productive. josh adams, billy boozer, myself, we had a sitdown meetign with current COO, josh northwall. led josh adams and billy boozer. TMTG was in

boozer took 2wk vacation.

dinner - andy, wes, myself, nunes, his atty, john haley. in atlanta. philip juhan. more of a geeting to know you kind of thing. feeling you out. hearing how he got into congress. who he was. i came away more agnositc. if hes helpful in some way. by all means. i realize its become problematic. besmirched his name.

our hq in sarasota, half the office is rumble. basically rumble is now operating out of our office in sarasota. rumble is our tech provider, runs our ad network. we have ceded so much opprorunity and so much to them. we cant stand up that third pillar of infrastrucutre. fate of our revneue rests in rumble's ad network. where i became dismayed. rumble was responsible for them

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY