# Exhibit 8

**From:**     Patrick Mincey [pmincey@cshlaw.com]
**Sent:**     10/7/2022 3:24:01 PM
**To:**       Stephen Bell [sbell@cshlaw.com]; Harwell, Drew [drew.harwell@washpost.com];
              philip.brewster@brewsteradvisory.com
**Subject:**  Patrick Mincey shared the folder "Wilkerson Hot Docs" with you.

**CAUTION: EXTERNAL SENDER**



# Patrick Mincey shared a folder with you

Drew:  Please see link to initial document disclosures.  Please confirm when you have received.

Thank you,
Patrick

    Wilkerson Hot Docs

[cshlaw-my.sharepoint.com]

 This link only works for the direct recipients of this message.

Open [cshlaw-my.sharepoint.com]

 Microsoft                                      Privacy Statement [eastusr-notifyp.svc.ms]

**Patrick Mincey**
*Attorney at Law*

[cshlaw.com]

**P +1 9107776017 | F +1 9107776107**

**101 N. 3rd Street, Suite 400, Wilmington, NC 28401**
**Post Office Box 1950, Wilmington, NC 28402**

[cshlaw.com]          [linkedin.com]          [twitter.com]          [facebook.com]

WWW.CSHLAW.COM [cshlaw.com]

**Confidentiality Notice:** **If you are not the intended recipient of this message, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication, including any attachments. This communication may contain information that is proprietary, attorney/client privileged, attorney work product, confidential or otherwise legally exempt from disclosure. If you have received this message in error, please notify the sender immediately either by phone at +18008494444 or by return e-mail and destroy all copies of this message (electronic, paper, or otherwise).**

CONFIDENTIAL                                                                                          POST_23-cv-1535_0005760