# Exhibit 9

**From:** Phil Brewster [philip.brewster@brewsteradvisory.com]
**Sent:** 10/10/2022 2:09:36 PM
**To:** Harwell, Drew [drew.harwell@washpost.com]
**CC:** Patrick Mincey [pmincey@cshlaw.com]; Stephen Bell [sbell@cshlaw.com]
**Subject:** TMTG Financing - ES Family Trust
**Attachments:** Wilkerson Referral_Convert Note 2022_02_18 ES Trust $6M Addl Tranche.pdf; Wilkerson Referral_ES Family Trust Wire_$6MM_21722.pdf; Wilkerson Referral_ES Family Trust Wire_$2MM_122321.pdf; Wilkerson Referral_Entoro Referral Fee.pdf; Wilkerson Referral_ES Family Trust Info_9.27.22.pdf; Wilkerson Referral_Oak Root LLC_ADV Part 2B.pdf; Wilkerson Referral_Oak Root LLC_ADV Part 2A.pdf; Wilkerson Referral_Oak Root LLC_ADV_3.19.22.pdf

**CAUTION: EXTERNAL SENDER**

Drew:

As we discussed, please see the attached.

Best, Phil



Phil Brewster
Brewster Law Firm LLC
560 Green Bay Road, Suite 402
Winnetka, Illinois 60093
www.brewsteradvisory.com [brewsteradvisory.com]
(847) 386-6514

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

CONFIDENTIAL