# Exhibit 11

CONFIDENTIAL

| Date | Description | | Amount |
|---|---|---|---|
| Dec 23, 2021 | FEDWIRE CREDIT VIA: THE RESERVE TRUST CO/102007558 B/O: PAXUM BANK LIMITED ROSEAU, 050, DM REF: CHASE NYC/CTR/BNF=TRUMP MEDIA GROUP CORP. FORT LAUDERDALE FL 33316-111 0 US/AC-000000007152 RFB=O/B THE RE SERVE IMAD: 1223MMQFMPQX001802 TRN: 1074680357FF | Incoming wire transfer | $2,000,000.00 |

POST_23-cv-1535_0009375