# Exhibit 12

| 02/17 | Fedwire Credit Via: The Reserve Trust CO/102007558 B/O: Es Family Trust US Ref: Chase Nyc/Ctr/Bnf=Trump Media & Technology Group Fort Lauderdale FL 33 316-1110 US/Ac-000000007152 Rfb=O/B The Reserve Obi=Convertible Promis Sory Note 12/23/2 1 Bbi=/Ocmt/USD60 00000,/ Imad: 0217Mmqfmpqx000589 Trn: 0608500048Ff | 6,000,000.00 |

POST_23-cv-1535_0009374