# Exhibit 13



Entoro Securities, LLC

333 West Loop North, Suite 333

Houston, TX 77024 US

713.823.2900

# INVOICE

BILL TO

Trump media and Technology Group (T Media Tech. LLC)

| ACTIVITY | AMOUNT |
| --- | --- |
| Referral Fee Agreement: 3% of $8,000,000 | $240,000 |

Entoro Securities, LLC                    **BALANCE DUE:   $240,000**

Wells Fargo Bank, N.A.

c/o James C. Row

Account #9822502408

ABA Routing # 121000248

SWIFT: WFBIUS6S

CONFIDENTIAL