# Exhibit 15

| | |
|---|---|
| **From:** | Phil Brewster [philip.brewster@brewsteradvisory.com] |
| **Sent:** | 1/6/2023 5:31:52 PM |
| **To:** | Harwell, Drew [drew.harwell@washpost.com] |
| **CC:** | Patrick Mincey [pmincey@cshlaw.com]; Stephen Bell [sbell@cshlaw.com] |
| **Subject:** | Fwd: Wilkerson Referral - Trump Media - Suspicious $8MM Investment |
| **Attachments:** | Ex A_Wilkerson Referral_TMTG_ES Family Trust_Convert Note_122321.pdf; Ex B.1_Wilkerson Referral_Paxum Wire_$2MM_122321.pdf; Ex B.2_Wilkerson Referral_ES Family Trust Wire_$6MM_21722.pdf; Ex C_Wilkerson Referral_Entoro Referral Fee.pdf; Ex D_Wilkerson Referral_Angel Pacheco Web Bio.pdf; Ex E.1_Wilkerson Referral_Dek-Co (UK) Limited_Ownership_Source-Sayar.pdf; Ex E.2_Wilkerson Referral_Dek-Co (UK) Limited_ UK FS_2022.pdf; Ex E.3_Wilkerson Referral_Dek-Co (UK) Anton P_Paxum Ownership_UK Filing 2022.pdf; Ex F_Wilkerson Referral_Rocket One Capital_Name Changes.pdf; Ex G.1_Wilkerson Referral_Foundation Card Services_FL SOS 2019.pdf; Ex G.2_Wilkerson Referral_Foundation Card Services_FL SOS 2020.pdf |

**CAUTION: EXTERNAL SENDER**

Drew:

See below.

Phil

Begin forwarded message:

**From:** Phil Brewster <philip.brewster@brewsteradvisory.com>
**Subject: Wilkerson Referral - Trump Media - Suspicious $8MM Investment**
**Date:** October 26, 2022 at 5:31:46 PM CDT
**To:** "Wolf, Zena (Warren)" <Zena_Wolf@warren.senate.gov>, "Cohen, Brian (Warren)" <Brian_Cohen@warren.senate.gov>, "Cheng, Luyi (Warren)" <Luyi_Cheng@warren.senate.gov>
**Cc:** Patrick Mincey <pmincey@cshlaw.com>, Stephen Bell <sbell@cshlaw.com>

Dear Zena, Brian and Luyi:

In advance of our call, we wanted to inform Senator Warren's Office of a highly suspicious $8MM investment in Trump Media and Technology Group (TMTG) by ES Family Trust. Exhibit A. Conspicuously absent from that exhibit, there is no address or information for the ES Family Trust detailed in the TMTG convertible note, only the name of its trustee, Angel Pacheco. We have attached the wires for the ES Family Trust payments to TMTG. The first wire was sent to TMTG for the ES Family Trust investment through the US-based Reserve Trust on 12/23/21. Exhibit B.1. Paxum Bank, located on the small Caribbean Island of Dominica, is listed as the beneficial owner. See id. The second wire was sent to TMTG for the ES Family Trust investment through the Reserve Trust on 2/17/22. Exhibit B.2. The ES Family Trust is listed as the beneficial owner. See id. The Reserve Trust is a fintech company that had— for a short period of time—a master account with the Federal Reserve that was ultimately terminated in June 2022. The master account allowed it to participate in the Federal Reserve's wire system and make the transfers in question. The deal was facilitated by Entoro Securities with which Patrick Orlando (DWAC/BENE CEO) is affiliated as a broker per FINRA Broker Check. TMTG paid a $240,000 referral fee to Entoro for the $8MM ES Family Trust investment. Exhibit C.

Paxum, the first wire's beneficial owner, and its affiliated company Paydek, have a well-established history for providing banking and payment processing to the global pornography/sex worker trade, which is high risk for money laundering and related illicit finance. See https://reporter.london/?p=124

[reporter.london]; *see also* https://www.vice.com/en/article/v7dq4x/ukrainian-sex-workers-are-rallying-to-help-those-stranded-in-the-conflict-zone [vice.com]. The trustee of ES Family Trust is Angel Pacheco who is affiliated with Paxum and Paydek. Exhibit D. Paydek is owned by Dek-Co (UK) Limited, which is controlled, in part, by Anton Postolnikov, a Russian national with dual US citizenship who lives in Miami. Exhibit E.1; Exhibit E.2. Postolnikov is also an owner in Paxum. Exhibit E.2; Exhibit E.3. Paxum and Paydek have an integrated business relationship. Exhibit E.3. Public reporting suggests Postolnikov is possibly the nephew of a high-level Russian PEP—Alexander Smirnov—and Postolnikov possibly had a close personal relationship with him. Currently, Smirnov is First Deputy Director of Rosmorport, which is the port and maritime agency of the Russian Federation (https://www.rosmorport.com [rosmorport.com]). Smirnov has previously served in the Russian President's Executive Office, as First Deputy Minister of Justice of the Russian Federation, and as Deputy Director of the Federal Penitentiary Service. These factors dramatically increase the risks associated with the ES Family Trust/Paxum investment for possible illicit finance connections. In spite of these red flags, TMTG accepted the funding from ES Family Trust and Paxum. Wilkerson can speak further as to how these alleged high-risk transactions were not properly vetted by TMTG leadership.

Separately, there is public reporting about insider trading involving DWAC and Rocket One Capital LLC ("Rocket"), which is controlled by Michael Shvartsman. We have connected Angel Pacheco affiliated with Paxum/Paydek to Rocket. Rocket was previously called Foundation Capital LLC. Exhibit F. Shvartsman also owns Foundation Card Services LLC ("Foundation Card"). During the 2019-2020 filing periods, Angel Pacheco was also a manager of Foundation Card with Shvartsman. Exhibit G.1; Exhibit G.2. Pacheco, and by extension Paxum, Paydek and ES Family Trust, have a connection to Shvartsman and Rocket. We believe this is potentially material.

Patrick, Stephen and I would like to discuss these and other issues further with you on Friday. Please kindly confirm receipt of this email and the 11 attachments.

Best, Phil

Phil Brewster
Brewster Law Firm LLC
560 Green Bay Road, Suite 402
Winnetka, Illinois 60093
www.brewsteradvisory.com [brewsteradvisory.com]
(847) 386-6514

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.