# Exhibit 18

Document Produced in Native Format

CONFIDENTIAL

POST_23-cv-1535_0009936