# Exhibit 19

# Document Produced in Native Format

CONFIDENTIAL

POST_23-cv-1535_0010042