# Exhibit 20

| | |
|---|---|
| **From**: | Phil Brewster [philip.brewster@brewsteradvisory.com] |
| **Sent**: | 4/24/2023 4:50:43 PM |
| **To**: | Harwell, Drew [drew.harwell@washpost.com] |
| **CC**: | Patrick Mincey [pmincey@cshlaw.com]; Stephen Bell [sbell@cshlaw.com] |
| **Subject**: | OFF THE RECORD/NOT FOR PUBLICATION |
| **Attachments**: | Referral Fee Agreement Entoro Template 2022.01.06 (2).docx |

**CAUTION: EXTERNAL SENDER**

Phil Brewster
Brewster Law Firm LLC
560 Green Bay Road, Suite 402
Winnetka, Illinois 60093
www.brewsteradvisory.com [brewsteradvisory.com]
(847) 386-6514

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

CONFIDENTIAL