# Exhibit 23

i know and can show material - they never say to us theyre investigating something. do have correspondence one would have and share with a fact witness

havent been told not to stop

Hugo said SDNY confirmed there's an investigation.

whats th edeal

credentials to the sec trusted secure email system VICS

nick roose just emailed me within couple weeks

db to comb thru all will's stuff - .dat files

figure out who anton is, ███████

orlando gonna have to do something

platformed at rumble

serving coffee at the harris-teeter

what may happen - green light -


Stories
*211029: Trump's $300 Million SPAC Deal May Have Skirted Securities Laws - The New York Times (archive.ph)*
*211206: Trump's Media Company Investigated Over SPAC Deal - The New York Times (archive.ph)*
Attorneys
*Phil Brewster*
philip.brewster@brewsteradvisory.com

(847) 386-6514


Drew:


Hello, thanks for your note. Would you be available in 15 minutes at 3pm ET at the number below?


Best, Phil


CC #: 312-667-4792

Code: 149962


Phil Brewster
Brewster Law Firm LLC
560 Green Bay Road, Suite 402
Winnetka, Illinois 60093
www.brewsteradvisory.com [brewsteradvisory.com]
(847) 386-6514

230425 call

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TMTG agreed to pay 3% for certain investors

story is about Will

document may be helpful for due diligence and standards review. not a signed document. was prepared to be signed.

handed documents over to SDFL, SEC, SDNY

dont publish it. agreement calls for TMTG to pay Antoro a cash referral fee

antoro, where orlando works, subscribed to by Antoro introduced partneters. someone Antoro in

cash referral fee equal to 3% of the gross proceeds or equivalent to transactions for investors on schedule b.

anton pastolnikov #1. no #2. shows a high degree of knwoledge they knew who anton was.

trump media and nunes said we dont have who they are. dont publish it.


*Patrick Mincey*
https://www.cshlaw.com/attorneys/patrick-mincey/

pmincey@cshlaw.com


*Stephen Bell*
https://www.cshlaw.com/attorneys/stephen-bell/

sbell@cshlaw.com

# 220812 Attack on FBI

Notes


Truth Social is a minor internet player on the internet with fewer than 4 million users -- a small fraction of the 88 million Twitter followers Trump had before his ban.

Since Jan. 6, Trump's online audience has fractured between a number of right-wing sites competing for the same limited following, including Gab, Gettr and Parler.

But David Thiel, a researcher at the Stanford Internet Observatory who has studied the site, said Truth Social has specialized itself as a full-time online Trump rally that functions almost like a fan message board, full of people eager to reaffirm other members of Trump's base.

"It's incredibly dull in most respects. It's not where content producers are putting their efforts. They're just syndicating content from right-wing news outlets and other places," Thiel said. "But it is a place where you would expect to see this kind of single person presenting signs that they're potentially going to act on something more radicalized."


Trump has repeatedly attacked the FBI and Justice Department officials in public messages; on his Truth Social account, where he has more than 3 million followers, he posted Thursday that the Mar-a-Lago search was "a surprise attack, POLITICS, and all the while our Country is going to HELL!"

People familiar with the investigation told The Washington Post that the FBI had searched the home while seeking classified documents relating to nuclear weapons that could pose a grave harm to national security.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY