# Exhibit 24

Lawyers

221026 email

**From:** Phil Brewster <philip.brewster@brewsteradvisory.com>

**Subject: Wilkerson Referral - Trump Media - Suspicious $8MM Investment**

**Date:** October 26, 2022 at 5:31:46 PM CDT

**To:** "Wolf, Zena (Warren)" <Zena_Wolf@warren.senate.gov>, "Cohen, Brian (Warren)"
<Brian_Cohen@warren.senate.gov>, "Cheng, Luyi (Warren)" <Luyi_Cheng@warren.senate.gov>

**Cc:** Patrick Mincey <pmincey@cshlaw.com>, Stephen Bell <sbell@cshlaw.com>

Dear Zena, Brian and Luyi:

In advance of our call, we wanted to inform Senator Warren's Office of a highly suspicious $8MM investment in Trump Media and Technology Group (TMTG) by ES Family Trust. Exhibit A. Conspicuously absent from that exhibit, there is no address or information for the ES Family Trust detailed in the TMTG convertible note, only the name of its trustee, Angel Pacheco. We have attached the wires for the ES Family Trust payments to TMTG. The first wire was sent to TMTG for the ES Family Trust investment through the US-based Reserve Trust on 12/23/21. Exhibit B.1. Paxum Bank, located on the small Caribbean Island of Dominica, is listed as the beneficial owner. *See id.* The second wire was sent to TMTG for the ES Family Trust investment through the Reserve Trust on 2/17/22. Exhibit B.2. The ES Family Trust is listed as the beneficial owner. *See id.* The Reserve Trust is a fintech company that had— for a short period of time—a master account with the Federal Reserve that was ultimately terminated in June 2022. The master account allowed it to participate in the Federal Reserve's wire system and make the transfers in question. The deal was facilitated by Entoro Securities with which Patrick Orlando (DWAC/BENE CEO) is affiliated as a broker per FINRA Broker Check. TMTG paid a $240,000 referral fee to Entoro for the $8MM ES Family Trust investment. Exhibit C.

Paxum, the first wire's beneficial owner, and its affiliated company Paydek, have a well-established history for providing banking and payment processing to the global pornography/sex worker trade, which is high risk for money laundering and related illicit finance. *See* https://reporter.london/?p=124 [reporter.london]; *see also* https://www.vice.com/en/article/v7dq4x/ukrainian-sex-workers-are-rallying-to-help-those-stranded-in-the-conflict-zone [vice.com]. The trustee of ES Family Trust is Angel Pacheco who is affiliated with Paxum and Paydek. Exhibit D. Paydek is owned by Dek-Co (UK) Limited, which is controlled, in part, by Anton Postolnikov, a Russian national with dual US citizenship who lives in Miami. Exhibit E.1; Exhibit E.2. Postolnikov is also an owner in Paxum. Exhibit E.2; Exhibit E.3. Paxum and Paydek have an integrated business relationship. Exhibit E.3. Public reporting suggests Postolnikov is possibly the nephew of a high-level Russian PEP—Alexander Smirnov—and Postolnikov possibly had a close personal relationship with him. Currently, Smirnov is First Deputy Director of Rosmorport, which is the port and maritime agency of the Russian Federation (https://www.rosmorport.com [rosmorport.com]). Smirnov has previously served in the Russian President's Executive Office, as First Deputy Minister of Justice of the Russian Federation, and as Deputy Director of the Federal Penitentiary Service. These factors dramatically increase the risks associated with the ES Family Trust/Paxum investment for possible illicit finance connections. In spite of these red flags, TMTG accepted the funding from ES Family Trust and Paxum. Wilkerson can speak further as to how these alleged high-risk transactions were not properly vetted by TMTG leadership.

Separately, there is public reporting about insider trading involving DWAC and Rocket One Capital LLC ("Rocket"), which is controlled by Michael Shvartsman. We have connected Angel Pacheco affiliated with Paxum/Paydek to Rocket. Rocket was previously called Foundation Capital LLC. Exhibit F. Shvartsman also owns Foundation Card Services LLC ("Foundation Card"). During the 2019-2020 filing periods, Angel Pacheco was also a manager of Foundation Card with Shvartsman. Exhibit G.1; Exhibit G.2. Pacheco, and by extension Paxum, Paydek and ES Family Trust, have a connection to Shvartsman and Rocket. We believe this is potentially material.

Patrick, Stephen and I would like to discuss these and other issues further with you on Friday. Please kindly confirm receipt of this email and the 11 attachments.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Best, Phil

Phil Brewster
Brewster Law Firm LLC
560 Green Bay Road, Suite 402
Winnetka, Illinois 60093
www.brewsteradvisory.com [brewsteradvisory.com]
(847) 386-6514

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

230502 call

we're writing story about anton - us passport, whistleblower in the IRS WB program, waste of time, phone records from 2021, anton has phone # there, no privacy laws in russia

anton calling FSB in russia, they have him calling, anton sex traficking activity

smirnoff and him are very close

ES family trust

mattei - eastern european, trial record from romania, paxum on trial for fraud.

anton - he has properties on fisher island, he has 3

dot london

they talked to mosi last week

Matt Bernardini and matthew rosca

230504 call

An unknown family trust with connections The Trump Media merger

Orlando was CEO of DWAC. Approached by Moss and Litinsky regarding their severe financial problem created by Sen Warren blowing whistle on DWAC/BENE switchout.

He arranged it through Entoro.

SPAC acquiring Trump Media.

Talk about conflicts of interest.

Unusual and conflicts of interest.

Licensed

Registered broker.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trump Media is paying the brokerage firm, where Orlando is licensed at.

Salesperson commonly regarded as brokers.

Arranging for this money and taking a fee on it.

Trump Media agreed to pay a cash referral fee, equal to 3 percent of the loan, to Entoro Securities, according to a referral fee agreement provided by Wilkerson.

Entoro is a brokerage firm where Orlando has been a registered broker since 2021, according to a Financial Industry Regulatory Authority broker database.

 for help in finding referrals

In a referral fee agreement, Entoro

230508 emails

Drew:

We have not been able to locate basic registration information, let alone registration documents, for ES Family Trust that is related to Paxum or Anton. This is includes using Sayari, the global corporate entity search database. We can find no registration information or documents anywhere in the world.

Best, Phil

On May 8, 2023, at 9:28 AM, Harwell, Drew <Drew.Harwell@washpost.com> wrote:

Thanks. These are helpful. Still awaiting responses from the others and will keep you updated.

Apologies if these are in the files already, but have you all seen registration documents for ES Family Trust? Any details to be gleaned from it? Does Elena show up anywhere?

Drew Harwell

Washington Post

202.355.3475

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY