# Exhibit 26

| From: | Phil Brewster [philip.brewster@brewsteradvisory.com] |
|---|---|
| Sent: | 5/7/2023 10:04:44 AM |
| To: | Harwell, Drew [drew.harwell@washpost.com] |
| CC: | Patrick Mincey [pmincey@cshlaw.com]; Stephen Bell [sbell@cshlaw.com] |
| Subject: | Response to Request for Comment |

**CAUTION: EXTERNAL SENDER**

Drew:

We have reviewed the bullet points you provided on Friday. We propose the following changes in yellow.

• We're noting that the deal allowed Orlando to help coordinate a major loan into a company that his SPAC had not yet merged with and to have another one of his companies be rewarded for it, which Wilkerson's attorneys believe raised concerns for a potential conflict of interest.

• We're noting that Wilkerson's attorneys have questioned whether the deal involved red flags for potentially laundered money, though no criminal charges have been filed.

• We're noting that Postolnikov had filed a lawsuit in Chicago in 2021 against the anonymous owners of 11 different websites accusing him of fraud, tax evasion and other financial crimes in Russia, according to court filings, and that a circuit court judge in March of this year entered a default judgement ordering the websites to stop publishing false statements about Postolnikov.

*It is important readers know the website owners never responded to the suit.*

• We're noting that a TMTG attorney sent a brief email about the first $2 million loan in December 2021 to Donald Trump Jr. prior to his joining the TMTG Board, who confirmed receiving it, according to copies of the correspondence shared by Wilkerson.

*It is very important to note to readers that DJT Jr was not a director of TMTG at the time of the communication. This wasn't an attorney-client communication. We don't want to suggest that was the case.*

• We're noting that TMTG's chief executive, the former Republican congressman Devin Nunes, said in a lawsuit after the Guardian report that the entire story is fabricated and neither he nor the company's leaders had been involved in the transaction.

Nunes Complaint:

17. The Guardian Statements are materially false. The entire story is fabricated. Federal investigators never examined Trump Media for possible money laundering. There was never any criminal inquiry or investigation targeting TMTG.Federal prosecutors never examined or took a "special interest" in the two loans totaling $8m wired to TMTG. No "Russian connection" was "being examined by prosecutors in the US attorney's office for the southern district of New York". The $8m loans never "caused alarm" at Trump Media. The Guardian Statements are defamatory. They make Nunes, the CEO of Trump Media, appear odious, ridiculous and contemptible.

Any questions, let us know.

CONFIDENTIAL

Best, Phil

Phil Brewster
Brewster Law Firm LLC
560 Green Bay Road, Suite 402
Winnetka, Illinois 60093
www.brewsteradvisory.com [brewsteradvisory.com]
(847) 386-6514

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

CONFIDENTIAL

POST_23-cv-1535_0005157