# Exhibit 27

| From: | Harwell, Drew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DD2CC97456D44AF6AFAFD19CDA934EDF-HARWELLAM] |
|---|---|
| Sent: | 5/5/2023 9:31:53 AM |
| To: | Michael Ohlrogge [ohlrogge@nyu.edu] |
| Subject: | RE: Hi from Washington Post |
| Attachments: | 3a5f40a1-cf4d-4b0a-ac7c-f43d417b7eadEntoro Securities Invoice 2022.03.31 MW.pdf; ES Family Trust Email.pdf; Referral Fee Agreement Entoro Template 2022.01.06 (2).docx; Wilkerson Referral_Convert Note 2022_02_18 ES Trust $6M Addl Tranche.pdf |

Hey Michael,

There's another point from the files I'm hoping to spotlight. It's maybe not in your wheelhouse but would appreciate your guidance (or a reference to someone who might).

In a convertible promissory note document from late 2021 provided by Wilkerson, Trump Media leaders agreed to hand over shares of the company after its merger with DWAC in exchange for millions of dollars in loans at a time when Trump Media's other funding sources had stalled.

The document said the "outstanding principal amount" of the loan from an obscure entity, ES Family Trust, would be "automatically converted … into shares of Company Stock" after the merger.

The deal would've allowed a financial entity with no public profile to acquire a chunk of Trump's company, which may help give more evidence for why the SEC is spooked by the deal.Patrick Orlando had helped coordinate the money.

The promissory note, from Dec. 23, 2021, said ES Family Trust would lend the Trump company $2 million, with the option to give millions more. A wire transfer document dated from that day shows that $2 million was sent to Trump Media by Paxum Bank, a bank on the Caribbean island of Dominica. A separate wire transfer document, from February 2022, shows Trump Media being paid another $6 million by ES Family Trust.

No names, addresses or details are listed for ES Family Trust except for the name of a single trustee, Angel Pacheco. Pacheco's LinkedIn account says he has been a director at Paxum Bank Limited since 2019. His biography says he is based in south Florida and has "financial services and international payment expertise."

In January 2022, Trump Media agreed to pay a cash referral fee -- equal to 3 percent of the $8 million loan, or $240,000 -- to a Houston-based brokerage firm called Entoro Securities, according to a referral fee agreement and an Entoro invoice provided by Wilkerson.

The referral fee agreement names "Anton Postolnikov and affiliated entities" as "Introduced Parties" who participated in the deal. Postolnikov owns Paxum Bank.

Orlando has worked as a registered broker at Entoro since 2021, according to a listing in a Finra database. Orlando's LinkedIn profile says he has been managing director at Entoro since 2020.

So Paxum and this unknown trust are giving money to Trump Media for unknown reasons. And the deal allowed Orlando to help coordinate a major loan into a company that his SPAC had not yet merged with and to have another of his companies be rewarded for it.

Wilkerson's attorneys say this is a big conflict of interest. It also just seems weird. Right? Attached some of the documents.

If you're still with me, The Guardian, as you probably remember, reported last month that federal prosecutors in New York have been investigating whether the Trump Media payments violated money laundering statutes.

Paxum is quite interesting, too. After the Guardian's report, a firm representing Paxum and Postolnikov published a response in a small blog in Dominica, Nature Isle News, which claimed that Postolnikov had for two years "been the subject of false media smears that have originated in Russia, all to blackmail Anton into paying bitcoin to remove the stories from the internet."

POST_23-cv-1535_0006443

Postolnikov had filed a lawsuit in Chicago in 2021 against the anonymous owners of 11 different websites accusing him of fraud, tax evasion and other financial crimes in Russia. A circuit court judge in March 2023 ordered the websites to stop publishing false statements about Postolnikov, a judgment order shows.
-pol

The response said Postolnikov "has absolutely no relationship with any Putin allies" or "any person or entity sanctioned by the United States government" and said that he and Paxum deny they are "in any manner involved in 'money laundering' or loaning out Russian funds."

The response said Paxum would not comment on its customers' transactions and that "Paxum Bank's compliance department determines the source of funds for all such transactions to ensure that all Anti-Money Laundering regulations are adhered to, including verification of source of funds."

Postolnikov is the nephew of Alexander Smirnov, a former deputy justice minister in the Russian government who in 2021 became general director of the state-controlled maritime company Rosmorport. There is no evidence that Smirnov is involved in the deal.

Pornographic video streamers and explicit-content creators on websites such as OnlyFans and MyFreeCams use Paxum's payment system to help coordinate financial transactions by their viewers around the world, according to Paxum promotional materials.

In two "Suspicious Activity Reports" from 2017 leaked to the International Consortium of Investigative Journalists from the Treasury Department's division of financial crimes, known as FinCEN, investigators wrote that Paxum's role in adult entertainment financing, its offices in countries such as Belize and Venezuela, and the history of some of its transactions suggested it posed an increased risk for money laundering.

Anyway, would love to hear if anything jumps out to hear. Especially how unusual Orlando facilitating money into Trump Media, which he wasn't part of yet. Thanks much and let me know if I can help at all.

Drew Harwell
Washington Post
202.355.3475

---

**From:** Harwell, Drew
**Sent:** Tuesday, May 2, 2023 10:09 AM
**To:** Michael Ohlrogge <ohlrogge@nyu.edu>
**Subject:** RE: Hi from Washington Post

You're so right. I hadn't even thought of that. Very much so. Besides truthing, he's done very little to boost the company, which feels increasingly on life support. Certainly compared to the dreams of cable / streaming / web domination they'd proposed around the IPO. Once again, he's being restrained by the swamp.

Drew Harwell
Washington Post
202.355.3475

---

**From:** Michael Ohlrogge <ohlrogge@nyu.edu>
**Sent:** Monday, May 1, 2023 2:04 PM
**To:** Harwell, Drew <Drew.Harwell@washpost.com>
**Subject:** Re: Hi from Washington Post

Sure thing.  After we corresponded on your last story, I remarked that maybe the fact that the SPAC deal hasn't gone through has been a legal benefit to Trump, since if he is an officer of a public company it could open him up to new liability.  I also now think that it may be a political benefit to Trump that the SPAC deal hasn't gone through.  Based on some of the numbers you mention in this story, it seems quite likely that if the deal had gone through, the stock would have tanked in value (as in, gone well below $10), which would have at a minimum looked rather embarrassing for him politically.  With the deal on ice though, he is saved from that, since the redemption right continues to set a $10 per share floor for the stock price, and there is limited supply of shares, which tends to keep the price up.  (post-deal, a huge

CONFIDENTIAL

POST_23-cv-1535_0006444

number of new shares would have been available for sale on the market). With the SPAC deal not going through and Truth Social remaining private, Trump can always say that it would have been a great deal were it not for the meddling regulators with a vendetta against him.

On Mon, May 1, 2023 at 10:31 AM Harwell, Drew <Drew.Harwell@washpost.com> wrote:

It's a fascinating story. And we're still in the middle of it. Really appreciate you taking the time to help me understand this stuff. Please keep in touch.

Drew Harwell

Washington Post

202.355.3475

**From:** Michael Ohlrogge <ohlrogge@nyu.edu>
**Sent:** Saturday, April 29, 2023 7:29 AM
**To:** Harwell, Drew <Drew.Harwell@washpost.com>
**Subject:** Re: Hi from Washington Post

Cool! Very nice reporting. It was fun corresponding with you on your initial whistleblower piece and fun corresponding on this one too. I'm glad that you and the Post are able to pursue such rich and in-depth reporting as this.

On Sat, Apr 29, 2023 at 7:04 AM Harwell, Drew <Drew.Harwell@washpost.com> wrote:

Online now:
https://www.washingtonpost.com/technology/2023/04/29/truth-social-wilkerson-starbucks/

Thanks again.

Drew Harwell

Washington Post

202.355.3475

**From:** Michael Ohlrogge <ohlrogge@nyu.edu>
**Sent:** Friday, April 28, 2023 5:11 PM
**To:** Harwell, Drew
**Subject:** Re: Hi from Washington Post

Sure thing, I'm glad it's worked out for this to come together. I'll look forward to reading the article when it comes out.

On Fri, Apr 28, 2023 at 5:08 PM Harwell, Drew <Drew.Harwell@washpost.com> wrote:

Good idea. I had some small tangent paragraph there but I'm going to move it. The story's expected to publish at 7 a.m. and maybe be on the front page Sunday. So thanks again to you!

Drew Harwell

Washington Post

202.355.3475

CONFIDENTIAL

**From:** Michael Ohlrogge <ohlrogge@nyu.edu>
**Sent:** Friday, April 28, 2023 5:02 PM
**To:** Harwell, Drew <Drew.Harwell@washpost.com>
**Subject:** Re: Hi from Washington Post

I think this looks good.  I'm not quite sure what the intervening text is for the ellipses preceding "... Digital World's unpaid debts "  If there weren't any intervening text though, you could just write, "In other words, Digital World's unpaid debts ..." or "Therefore, Digital World's unpaid debts..." or something like that, since the "higher priority" quote that you added is in fact speaking to precisely the set of issues I am talking about.

On Fri, Apr 28, 2023 at 4:57 PM Harwell, Drew <Drew.Harwell@washpost.com> wrote:

Really glad you pointed that out, thanks! I'm trying to make it clearer here:

In its filing this week, Digital World said it had accrued more than $17 million in debts by the end of last year, up from $480,000 at the end of 2021, and that its cash on hand had dropped from more than $327,000 to about $989.

The SPAC also said it needed to complete the merger or seek further extensions by June 8 or its "existence will terminate," in which case it would attempt to return the money to shareholders. In a filing, the company said it "cannot assure shareholders that there will be sufficient funds" for the purpose of paying for its own liquidation costs or outstanding bills, and that the money in its trust account could "become subject to the claims of our creditors which would have higher priority than the claims of our public stockholders."

... Digital World's unpaid debts could end up rolling onto the small-time, Trump-loving investors if the deal falls apart, said Michael Ohlrogge, a law professor at New York University who researches SPACs.

"The vast majority of SPACs just don't rack up these kinds of expenses ... and the shareholders could be in some danger of getting pursued by the unpaid vendors," he said. "It could be an interesting and somewhat fitting end for Trump's SPAC: that it ends in failure and liquidation and sticks its shareholders — presumably many or most of whom are his political supporters — with the bill."

Thanks again!

Drew Harwell
Washington Post
202.355.3475

**From:** Michael Ohlrogge <ohlrogge@nyu.edu>
**Sent:** Friday, April 28, 2023 3:05 PM
**To:** Harwell, Drew <Drew.Harwell@washpost.com>
**Subject:** Re: Hi from Washington Post

Hi Drew,

Cool, sounds good.  As for the content you sent, it looks good with just a few comments:

1. Where you write: '"existence will terminate," and all of the money in its trust account would go toward tax obligations and dissolution costs. ...'

CONFIDENTIAL

POST_23-cv-1535_0006446

+ This is a bit unclear and may leave readers with the incorrect interpretation.  Most of the money in the trust is going to be returned to the shareholders, with just a tiny amount taken off the top to pay taxes and up to $100k of dissolution costs.  The text you've written now though makes it look like the shareholders aren't getting money, and instead the trust is just going to pay the taxes and dissolution costs.  (and for context, my point is that after the shareholders get that money distributed to them, unpaid vendors could seek to claw some of it back).

So, for instance, if you look at the filing that you cite, it says: "then our existence will terminate, **and we will distribute all amounts in the trust account** after deduction from the interest earned thereon amounts to pay tax obligations and up to $100,000 that may be used for our dissolution expenses." (emphasis added).  The "we will distribute all amounts" bit is referring to distributions to shareholders.  (admittedly the filing itself isn't super clear, but that's legal writing for you. . . ).

2. What you have for my quotes is generally fine.  To make it slightly more grammatically correct, where it is written: "somewhat fitting end for Trump's SPAC: that it ends in failure and liquidation and sticks **his** shareholders" (emphasis added).  I would change the "his shareholders" here to either "the shareholders" or "its shareholders" or something like that.  It's fairly true that it's Trump's SPAC, but it seems a bit odd to describe the shareholders as "his" shareholders.  (I know I probably wrote that originally, but it was in the context of an email I dashed off relatively quickly).

Also, I think it would probably be better grammatically to say "many or most of <u>whom</u>" instead of "many or most of which."

On Fri, Apr 28, 2023 at 2:25 PM Harwell, Drew <<u>Drew.Harwell@washpost.com</u>> wrote:

Hey Michael,

That's really kind of you. I'm passing this along to Will. He's been great to talk to. I think this story will run this weekend, and I'm hoping to include this from our conversation:

In its <u>filing</u> this week, Digital World said it had accrued more than $17 million in debts by the end of last year, up from $480,000 at the end of 2021, and that its cash on hand had dropped from more than $327,000 to less than $1,000.

The SPAC also said it needed to complete the merger or seek further extensions by June 8 or else its "existence will terminate," and all of the money in its trust account would go toward tax obligations and dissolution costs. …

Digital World's outstanding bills could end up rolling onto the small-time, Trump-loving investors if the deal falls apart, said Michael Ohlrogge, a law professor at New York University who researches SPACs.

"The vast majority of SPACs just don't rack up these kinds of expenses … and the shareholders could be in some danger of getting pursued by the unpaid vendors," he said. "It could be an interesting and somewhat fitting end for Trump's SPAC: that it ends in failure and liquidation and sticks his shareholders — presumably many or most of which are his political supporters — with the bill."

How's that sound? Will keep you posted. Thanks again.

Drew Harwell
Washington Post

CONFIDENTIAL

202.355.3475

**From:** Michael Ohlrogge <ohlrogge@nyu.edu>
**Sent:** Wednesday, April 26, 2023 6:02 PM
**To:** Harwell, Drew <Drew.Harwell@washpost.com>
**Subject:** Re: Hi from Washington Post

CAUTION: EXTERNAL SENDER

Hi Drew,

Good talking today.  If your whistleblower contact is wondering about things to do post-DWAC, he might want to think about going to law school.  There are whole law firms who specialize in representing whistleblowers, and of course there are government agencies for which such work is relevant.  Both firms and government agencies could potentially find his insider experience and perspective attractive.  And, while it's true that at a place like NYU Law, he'd need to have pretty good grades and test scores, I think that his unique experiences and perspectives could give him a leg up, both in terms of admissions and for scholarships.  Feel free to pass on this message to him, if you'd like.  He's welcome to get in touch with me if he thinks that might be interesting to explore.

--

Michael Ohlrogge, NYU Law
Faculty Profile [its.law.nyu.edu]

--

Michael Ohlrogge, NYU Law
Faculty Profile [its.law.nyu.edu]

--

Michael Ohlrogge, NYU Law
Faculty Profile [its.law.nyu.edu]

--

Michael Ohlrogge, NYU Law

CONFIDENTIAL

POST_23-cv-1535_0006448

Faculty Profile [its.law.nyu.edu]


--
Michael Ohlrogge, NYU Law
Faculty Profile [its.law.nyu.edu]

CONFIDENTIAL