# Exhibit 28

**From:**        Harwell, Drew [Drew.Harwell@washpost.com]
**Sent:**        5/13/2023 7:15:26 AM
**To:**          dnunes@tmtgcorp.com
**Subject:**     Re: Hi from Washington Post - DWAC / TMTG

Online now: https://www.washingtonpost.com/technology/2023/05/13/trump-truth-social-loan-questions/

Drew Harwell
Washington Post
202.355.3475

---

**From:** Harwell, Drew
**Sent:** Friday, May 12, 2023 2:47 PM
**To:** dnunes@tmtgcorp.com
**Subject:** FW: Hi from Washington Post - DWAC / TMTG

Hi Devin,

Still would like to talk about this. Please reach out anytime. Thanks.

Drew Harwell
Washington Post
202.355.3475

---

**From:** Harwell, Drew
**Sent:** Wednesday, May 10, 2023 6:05 PM
**To:** Shannon Devine <shannon.devine@mzgroup.us>
**Cc:** press@tmtgcorp.com; Phillip.Juhan@tmediatech.com
**Subject:** RE: Hi from Washington Post - DWAC / TMTG

Hi Shannon,

Still hoping to hear back on some of these questions.

Will Wilkerson said also that questions around the ES Family Trust money had fueled unease inside the company for months; that the executives had ultimately decided against giving it back, deeming it too critical to keeping the business afloat; and that by the time he was fired, Trump Media had roughly $12 million in its bank account. Is that accurate? Any concerns or context you can share?

Thanks again.

Drew Harwell
Washington Post
202.355.3475

---

**From:** Harwell, Drew
**Sent:** Friday, May 5, 2023 4:36 PM
**To:** Shannon Devine <shannon.devine@mzgroup.us>
**Cc:** press@tmtgcorp.com; Phillip.Juhan@tmediatech.com
**Subject:** Hi from Washington Post - DWAC / TMTG

Hi all,

CONFIDENTIAL

POST_23-cv-1535_0005237

We're working on a story about some investments into Trump Media and Technology Group that relies on internal company documents shared by the whistleblower Will Wilkerson and other reporting. Please let me know if you have any statements in response or concerns with the below. Please also ensure Mr. Nunes has an opportunity to review these points and weigh in if he'd like.

- We're noting that ES Family Trust is an obscure financial entity with connections to Paxum Bank, a bank in the Caribbean, and that it would gain a substantial stake in TMTG if its merger deal with Digital World Acquisition proceeds, according to a convertible promissory note document from December 2021.
- We're noting that ES Family Trust was listed in the document as having one named trustee, and the entity has no public profile. In exchange for the money, TMTG executives pledged that, following the merger, the trust's loan principal would be "automatically converted … into shares of Company Stock."
- We're noting that the arrangement could provide more detail as to why SEC regulators have yet to approve the TMTG merger and noting that DWAC said in an SEC filing [sec.gov] last month that it is cooperating with investigations by the SEC and the Department of Justice as well as an inquiry from the Financial Industry Regulatory Authority.
- We're noting that one expert told us the deal is highly unusual and rife with conflicts of interest. "This is definitely something that could cause problems" for DWAC, he said.
- Wilkerson said the deal was signed at a time when TMTG's other funding sources had stalled and that Orlando helped facilitate the $8 million in loans.
- We're citing from the promissory note document, from Dec. 23, 2021, that said ES Family Trust would lend the Trump company $2 million, with the option to give millions more, and which was signed by Wes Moss, a TMTG co-founder.
- We're citing from a Dec. 23 wire transfer document that shows that $2 million was sent to TMTG by Paxum Bank, and a separate wire transfer document, from February 2022, that shows TMTG being paid another $6 million by ES Family Trust.
- We're noting that no names, addresses or details were listed for ES Family Trust except for the name of a single trustee, Angel Pacheco, whose LinkedIn account says he has been a director at Paxum Bank Limited since 2019 and whose biography says he is based in south Florida and has "financial services and international payment expertise."
- We're citing a Jan. 2022 referral fee agreement and an invoice that shows TMTG agreeing to pay a cash referral fee — equal to 3 percent of the $8 million loan, or $240,000 — to Entoro Securities, and which names "Anton Postolnikov and affiliated entities" as "Introduced Parties" who participated in the deal.
- We're noting Orlando is a registered broker at Entoro, according to a database [brokercheck.finra.org] run by the Financial Industry Regulatory Authority, and that Orlando's LinkedIn profile says he has been a managing director there since 2020.
- We're noting that the deal allowed Orlando to help coordinate a major loan into a company that his SPAC had not yet merged with and to have another one of his companies be rewarded for it, which Wilkerson's attorneys argue is a conflict of interest.
- We're noting that DWAC did not tell investors about the $8 million in loans or Entoro's referral fee in its disclosure filings submitted to the SEC, which an expert told us could cause "big problems," given that the money and concerns over its origins could affect the value of its shares.
- We're noting that Wilkerson said TMTG executives at the time of the loans knew little about ES Family Trust and were unnerved by the sudden influx of cash.
- We're citing from a March 2022 email in which TMTG's chief financial officer Phillip Juhan sent an email to an executive at another firm run by Orlando, Benessere Investment Group, seeking the contact information for anyone at ES Family Trust and noting that they had only Pacheco's name more than a month after the money had been sent. We're noting that the Benessere executive responded only with an email address from Proton Mail.
- We're noting that Postolnikov owns Paxum Bank and is listed in online profiles as a "payment services solutions executive" based in Miami Beach.
- We're noting that on March 29, 2021, Postolnikov gave $30,000 to the Republican gubernatorial campaign of Florida Gov. Ron DeSantis, according to a contribution list [friendsofrondesantis.com] published last year by a political committee.
- We're noting that, a day later, Postolnikov filed to create a company named for a luxury complex on Fisher Island, according to Florida business records.
- We're noting that Miami-Dade property records show his company bought two waterfront condos: one, for $6 million, in April 2021, and another, for $7 million, in December 2021. We're noting also that he and his wife owned a third condo in the same complex, according to court and real estate records.
- We're noting that ES Family Trust has made no public statement about why it invested the money.
- We're noting that Wilkerson's attorneys have questioned whether the deal involved laundered money, though no criminal charges have been filed.
- We're noting that Postolnikov is the nephew of Alexander Smirnov, a former deputy justice minister in the Russian government who in 2021 became general director [en.portnews.ru] of the state-controlled maritime company Rosmorport.

CONFIDENTIAL

- We're noting that Postolnikov and his aunt, Smirnov's wife Elena Smirnova, previously worked together at Russia's National Bureau of Credit Histories, according to a 2016 investigation [dp.ru] by Delovoy Peterburg, a Russian business newspaper.
- We're noting that there is no evidence that Smirnov or Smirnova are involved in the TMTG deal.
- We're noting that the Guardian reported last month that federal prosecutors in New York have been investigating whether the TMTG payments violated money laundering statutes.
- We're noting that, after the Guardian's report, a blog in Dominica called the Nature Isle News published a response [natureisle.news] attributed to an unnamed firm representing Paxum and Postolnikov, which claimed that Postolnikov had for two years "been the subject of false media smears that have originated in Russia, all to blackmail Anton into paying bitcoin to remove the stories from the internet."
- We're noting that Postolnikov had filed a lawsuit in Chicago in 2021 against the anonymous owners of 11 different websites accusing him of fraud, tax evasion and other financial crimes in Russia, according to court filings, and that a circuit court judge in March of this year ordered the websites to stop publishing false statements about Postolnikov.
- We're noting that the Nature Isle News response said Postolnikov "has absolutely no relationship with any Putin allies" or "any person or entity sanctioned by the United States government," that he and Paxum deny they are "in any manner involved in 'money laundering' or loaning out Russian funds," that Paxum would not comment on its customers' transactions and that Paxum's compliance department "determines the source of funds for all such transactions to ensure that all Anti-Money Laundering regulations are adhered to."
- We're noting that pornographic video streamers and content creators on websites such as OnlyFans and MyFreeCams commonly use Paxum's payment system to help coordinate financial transactions between viewers and performers around the world, according to Paxum promotional materials.
- We're citing two "Suspicious Activity Reports" from 2017 from the Treasury Department's division of financial crimes, known as FinCEN, which were leaked to the International Consortium of Investigative Journalists and BuzzFeed News and then shared with accredited media, in which FinCEN investigators wrote that Paxum's role in adult entertainment financing and the history of some of its transactions suggested it posed an increased risk for money laundering.
- We're noting that it's unclear who in the company knew details about ES Family Trust and Paxum at the time of the loans.
- We're noting that a TMTG attorney sent a brief email about the first $2 million loan in December 2021 to Donald Trump Jr., who confirmed receiving it, according to copies of the correspondence shared by Wilkerson.
- We're noting that Nunes, TMTG's chief executive, said in a lawsuit after the Guardian report that neither he nor the company's leaders had been involved in the transaction.
- We're noting that Nunes has said in TV appearances that the SEC is delaying the merger's approval in an attempt to suffocate the company.
- We're noting that, after our last report, Trump 'truthed' that Truth Social "has become one of the most important 'Voices' in the Universe, because it is my Voice. … WHEN I TRUTH, IT GOES ALL OVER THE PLACE."

Our deadline is 4 p.m. EST on May 8. Thanks.

Drew Harwell
Washington Post
202.355.3475

CONFIDENTIAL

POST_23-cv-1535_0005239