# Exhibit 30

| | |
|---|---|
| **From:** | Harwell, Drew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DD2CC97456D44AF6AFAFD19CDA934EDF-HARWELLAM] |
| **Sent:** | 5/14/2023 4:29:46 PM |
| **To:** | Seibel, Mark [mark.seibel@washpost.com] |
| **Subject:** | Fw: Demand for Immediate Retraction of False and Defamatory Article |
| **Attachments:** | 23.05.14 TMTG to WaPo.pdf |

I have documentation to back all of this up.

Drew Harwell
Washington Post
202.355.3475

---

**From:** Scott Glabe <Scott.Glabe@tmediatech.com>
**Sent:** Sunday, May 14, 2023 2:31 PM
**To:** Buzbee, Sally
**Cc:** Harwell, Drew
**Subject:** Demand for Immediate Retraction of False and Defamatory Article

**CAUTION: EXTERNAL SENDER**

Ms. Buzbee,

On behalf of TMTG, please see attached.

Sincerely,
Scott

CONFIDENTIAL

POST_23-cv-1535_0007872