# Exhibit 31

| | |
|---|---|
| **From:** | Philip Brewster [philip.brewster@brewsteradvisory.com] |
| **Sent:** | 5/14/2023 8:09:09 PM |
| **To:** | Harwell, Drew [drew.harwell@washpost.com] |
| **CC:** | Patrick Mincey [pmincey@cshlaw.com]; Stephen Bell [sbell@cshlaw.com] |
| **Subject:** | Re: Demand for Immediate Retraction of False and Defamatory Article |

Drew:

We have reviewed the attached letter. Our initial reaction is straightforward. We standby the story. Washington Post can expect Will's complete cooperation in the defense of any future lawsuit.

Best, Phil


On May 14, 2023, at 4:58 PM, Harwell, Drew <Drew.Harwell@washpost.com> wrote:

Just making you all aware of this from TMTG.

Drew Harwell
Washington Post
202.355.3475


**From:** Scott Glabe <Scott.Glabe@tmediatech.com>
**Sent:** Sunday, May 14, 2023 2:31 PM
**To:** Buzbee, Sally
**Cc:** Harwell, Drew
**Subject:** Demand for Immediate Retraction of False and Defamatory Article

**CAUTION: EXTERNAL SENDER**

Ms. Buzbee,

On behalf of TMTG, please see attached.

Sincerely,
Scott
<23.05.14 TMTG to WaPo.pdf><23.05.14 TMTG to WaPo.pdf>

POST_23-cv-1535_0005250