# Exhibit 32

| From: | Phil Brewster [philip.brewster@brewsteradvisory.com] |
|---|---|
| Sent: | 5/16/2023 11:39:31 AM |
| To: | Harwell, Drew [drew.harwell@washpost.com] |
| CC: | Patrick Mincey [pmincey@cshlaw.com]; Stephen Bell [sbell@cshlaw.com] |
| Subject: | Entoro Invoice - Follow-Up |

**CAUTION: EXTERNAL SENDER**

Drew:

In follow-up to your question late yesterday, Will doesn't have knowledge whether payment was issued for the fee earned by Entoro Securities and placed on the balance sheet of TMTG as a liability. Juhan ordered Will to place the Entoro invoice into TMGT's Quick Book accounting system as a vendor expense, but instructed Will to withhold issuing payment until Juhan instructed him to do so. It is important to keep in mind that TMTG was carefully managing its cash on hand at that time and important vendors—like RightForge—were experience delays in payment for previously provided services. Delayed payment by TMTG to vendors was common place. Keep in mind, during Will's tenure at the company, no one challenged the validity of the Entoro invoice or whether it was earned, due and payable, including Juhan, and it was entered as a vendor expense in TMGT's Quick Book accounting system.

If there are further questions, please let us know.

Best, Phil

Phil Brewster
Brewster Law Firm LLC
560 Green Bay Road, Suite 402
Winnetka, Illinois 60093
www.brewsteradvisory.com [brewsteradvisory.com]
(847) 386-6514

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

CONFIDENTIAL