# Exhibit 33

# The Washington Post

1301 K STREET, N. W.
WASHINGTON, D.C. 20071

May 17, 2023

Trump Media and Technology Group
Sarasota, FL 34232

Dear TMTG,

I am responding to your May 14 letter to Sally Buzbee regarding our May 13 story, "Trust linked to porn-friendly bank could gain a stake in Trump's Truth Social." We have considered your demand that the story be retracted and have concluded that no such action is warranted. Following are responses to your bulleted assertions:

1.  The Entoro referral fee agreement and invoice confirms the $240,000 referral fee, billed to TMTG. The agreement also names Paxum Bank's Anton Postolnikov.

2.  Finra's database confirms Orlando's affiliation with Entoro, as does Orlando's LinkedIn profile.

3.  There is no mention of this fee in any SEC filings from DWAC or in any press releases by TMTG.

4.  There is similarly no mention in any filings or press releases of the ES Family Trust agreement. As noted in the story, SPAC experts we have interviewed have said such information is material to investors and should be disclosed.

5.  The article did not purport to establish a "relationship" between TMTG and Paxum Bank; it accurately reported Paxum Bank's role in this particular transaction as reflected in the cited documents.

As to your assertion that the article omits "material information" from DWAC's registration statement and other documents, we would be happy to consider your concerns if you would provide us with more specifics.

Sincerely,

*Lori Montgomery*

Lori Montgomery
Business Editor

CONFIDENTIAL