**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TRUMP MEDIA & TECHNOLOGY GROUP CORP.,

    Plaintiff,

v.

WP COMPANY LLC d/b/a The Washington Post,

    Defendant.

Case No: 8:23-cv-01535-TPB-AAS

/

**DECLARATION OF THOMAS G. HENTOFF IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Thomas G. Hentoff, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney admitted to practice before this Court and am a partner at the law firm of Williams & Connolly LLP. I am counsel for WP Company LLC, d/b/a The Washington Post ("The Post") in the above-captioned matter.

2. I submit this Declaration in support of The Post's Motion for Summary Judgment.

3. Exhibit A is a true and correct copy of an excerpt of Trump Media and Technology Group Corp.'s ("TMTG") Annual Report (Form 10-K) filed on April 1, 2024 with the Securities and Exchange Commission ("SEC"). This excerpt consists of the first page of the report, combined with an introductory note, and a certification page signed by TMTG's CEO at the time.

4. Exhibit B is a true and correct copy of a supplemental filing that Will Wilkerson's attorneys submitted to the SEC on September 28, 2022 in connection

with Wilkerson's TCR ("Tips, Complaints, and Referrals) form that was originally filed on August 28, 2022.

5.    Exhibit C is a true and correct copy of a transcript excerpt of Cameron Barr's February 9, 2026 deposition in this matter.

6.    Exhibit D is a true and correct copy of a transcript excerpt of Sally Buzbee's January 15, 2026 deposition in this matter.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed this 24th day of April 2026 in Washington, D.C.


By: /s/ *Thomas G. Hentoff*
      Thomas G. Hentoff

2