# EXHIBIT A

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## FORM 10-K

(Mark One)

X     ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2023

or

☐     TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from_____ to_____
Commission file number: 001-40779

# Trump Media & Technology Group Corp.

(Exact name of registrant as specified in its charter)

| Delaware | 85-4293042 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 401 N. Cattlemen Rd., Ste. 200 | 34232 |
| Sarasota, Florida | (Zip Code) |
| (Address of principal executive offices) | |

Registrant's telephone number, including area code: (941) 735-7346
Securities registered pursuant to Section 12(b) of the Act:

| Title of each class: | Trading Symbol(s) | Name of each exchange on which registered: |
|---|---|---|
| Common Stock, par value $0.0001 per share | DJT | The Nasdaq Stock Market LLC |
| Warrants, each exercisable for one share of Common Stock for $11.50 per share | DJTWW | The Nasdaq Stock Market LLC |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No X

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐   No X

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes X   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes X   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See definition of "large accelerated filer," "accelerated filer, "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer   X | Smaller reporting company   X |
| | Emerging growth company   X |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No X

The aggregate market value of the outstanding shares of the Digital World Acquisition Corp. (the registrant's predecessor) Class A common stock, other than shares held by persons who may be deemed affiliates of the registrant, computed by reference to the closing price for the Class A common stock on June 30, 2023, as reported on the Nasdaq Global Market was $361 million.

As of March 29, 2024, there were 136,700,583 shares of common stock, par value $0.0001 per share, issued and outstanding, excluding common stock being held in escrow pending a resolution of a dispute with certain shareholders that may result in the release of up to 4,667,033 shares of common stock.

**DOCUMENTS INCORPORATED BY REFERENCE**

None.

| PART I | | 10 |
| --- | --- | --- |
| Item 1. | Business | 10 |
| Item 1A. | Risk Factors. | 22 |
| Item 1B. | Unresolved Staff Comments | 68 |
| Item 1C. | Cybersecurity | 68 |
| Item 2. | Properties. | 70 |
| Item 3. | Legal Proceedings | 70 |
| Item 4. | Mine Safety Disclosures | 73 |
| | | |
| PART II | | 74 |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 74 |
| Item 6. | [Reserved] | 74 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 74 |
| Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 77 |
| Item 8. | Financial Statements and Supplementary Data | 77 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure. | 78 |
| Item 9A. | Controls and Procedures | 78 |
| Item 9B. | Other Information | 81 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 81 |
| | | |
| PART III | | 82 |
| Item 10. | Directors, Executive Officers and Corporate Governance | 82 |
| Item 11. | Executive Compensation | 91 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 95 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence. | 96 |
| Item 14. | Principal Accountant Fees and Services | 98 |
| | | |
| PART IV | | 100 |
| Item 15. | Exhibit and Financial Statement Schedules | 100 |
| Item 16. | Form 10-K Summary | 100 |

| PART I | | 10 |
| --- | --- | --- |
| Item 1. | Business | 10 |
| Item 1A. | Risk Factors. | 22 |
| Item 1B. | Unresolved Staff Comments | 68 |
| Item 1C. | Cybersecurity | 68 |
| Item 2. | Properties. | 70 |
| Item 3. | Legal Proceedings | 70 |
| Item 4. | Mine Safety Disclosures | 73 |
| | | |
| PART II | | 74 |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 74 |
| Item 6. | [Reserved] | 74 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 74 |
| Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 77 |
| Item 8. | Financial Statements and Supplementary Data | 77 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure. | 78 |
| Item 9A. | Controls and Procedures | 78 |
| Item 9B. | Other Information | 81 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 81 |

**Explanatory Note**

Trump Media & Technology Group Corp. (formerly known as Digital World Acquisition Corp. or "Digital World") was originally incorporated in December 2020 for the purpose of effecting a merger, capital stock exchange, asset acquisition, stock purchase, reorganization or similar business combination with one or more businesses. On September 8, 2021, Digital World consummated an initial public offering, after which its securities began trading on the Nasdaq Stock Market LLC ("Nasdaq"). On March 25, 2024 (the "Closing Date"), Digital World consummated the previously announced business combination pursuant to the Agreement and Plan of Merger dated as of October 20, 2021, as amended by that certain Amendment No. 1 to the Agreement and Plan of Merger, dated May 11, 2022, that certain Amendment No. 2 to the Agreement and Plan of Merger, dated August 8, 2023 and that certain Amendment No. 3 to the Agreement and Plan of Merger, dated September 29, 2023 (the "Merger Agreement"), by and among Digital World, Trump Media & Technology Group Corp, a Delaware corporation ("Private TMTG"), DWAC Merger Sub, Inc., a Delaware corporation ("Merger Sub"), ARC Global Investments II, LLC, a Delaware limited liability company ("ARC"), in the capacity as the representative of the stockholders of Digital World (which has been replaced and succeeded by RejuveTotal LLC, a New Mexico limited liability company effective as of March 14, 2024), and Private TMTG's General Counsel in his capacity as the representative of the stockholders of Private TMTG, with Private TMTG continuing as the surviving corporation and as a wholly owned subsidiary of Digital World. In connection with the Business Combination, the registrant changed its name from Digital World Acquisition Corp. to "Trump Media & Technology Group Corp" (hereinafter "TMTG" refers to the parent company, f/k/a Digital World). Following the Closing, TMTG changed the trading symbols for its Common Stock and Warrants on Nasdaq from "DWAC" and "DWACW" to "DJT" and "DJTWW," respectively. In connection with the Business Combination, Private TMTG changed its name to "TMTG Sub Inc."

This Annual Report on Form 10-K (this "Report") principally describes the business and operations of TMTG following the Business Combination, other than the audited consolidated financial statements for the years ended December 31, 2023 and December 31, 2022 and related Management's Discussion and Analysis of Financial Condition and Results of Operations of Digital World prior to the Business Combination. On April 1, 2024, we filed our Current Report on Form 8-K, which includes the audited consolidated financial statements of TMTG for the years ended December 31, 2023 and 2022 and related Management's Discussion and Analysis of Financial Condition and Results of Operations. Interested parties should refer to our Current Report on Form 8-K for more information.

As used in this Report, unless otherwise noted or the context otherwise requires:

- references to the "Company," "TMTG" "we," "us," "our" and similar terms refer to Trump Media & Technology Group Corp. (f/k/a Digital World Acquisition Corp) after the close of the Business Combination;

- **references to "Digital World" are to Digital World Acquisition Corp. prior to the close of the Business Combination; and**

- references to "Sponsor" are to ARC.

## CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Report contains forward-looking statements within the meaning of the federal securities laws regarding, among other things, the plans, strategies and prospects, both business and financial, of TMTG. These statements are based on the beliefs and assumptions of the management of TMTG. Although TMTG believes that its plans, intentions and expectations reflected in or suggested by these forward-looking statements are reasonable, TMTG cannot assure you that it will achieve or realize these plans, intentions or expectations. Forward-looking statements are inherently subject to numerous risks, uncertainties and assumptions. Generally, statements that are not historical facts, including statements concerning possible or assumed future actions, business strategies, events or results of operations, are forward-looking statements. These statements may be preceded by, followed by or include the words "aim," "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "would" or similar expressions, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements contained in this Report include, but are not limited to, statements about:

- **the ability of TMTG to realize the benefits from the Business Combination;**

- **the ability of TMTG to maintain the listing of TMTG Common Stock on Nasdaq;**

- **future financial performance following the Business Combination;**

3

Exhibit 31.1

CERTIFICATION OF THE PRINCIPAL EXECUTIVE OFFICER PURSUANT TO
RULE 13a-14(a) AND RULE 15d-14(a) UNDER THE
SECURITIES EXCHANGE ACT OF 1934, AS ADOPTED PURSUANT TO
SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002

I, Devin Nunes, certify that:

1. I have reviewed this Annual Report on Form 10-K of Trump Media & Technology Group Corp.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I am responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: April 1, 2024

By:   /s/ Devin Nunes
      Devin Nunes
      Chief Executive Officer
      (Principal Executive Officer)