# EXHIBIT B

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

Submission Number 16643-579-698-426 was submitted on Wednesday, September 28, 2022 at 04:09:56 PM EDT

This PDF was generated on Wednesday, September 28, 2022 at 04:10:07 PM EDT

Thank you for contacting the United States Securities and Exchange Commission.  This automated response confirms that your submission has been received successfully.  We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws.  Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process.  Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or non-existence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts.  Therefore, this may be the only response that you receive.  If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

## What is your complaint about?

Q: Please select the option that best describes your complaint.

A:  Other

Q: Is this supplemental information to a previous complaint?

A:  Yes

Q: What is the Submission Number of the previous complaint?

A:  16617-426-803-095

Q: In your own words, describe the conduct or situation you are complaining about.

A:  This TCR supplements the 28 August TCR of Will Wilkerson.

## Who are you complaining about?

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

Subject # 1

Q: Are you complaining about a person or a firm?
A:  Firm

Q: Firm Name
A:  DIGITAL WORLD ACQUISITION CORP.

Subject # 2

Q: Are you complaining about a person or a firm?
A:  Firm

Q: Firm Name
A:  BENESSERE CAPITAL ACQUISITION CORP.

Subject # 3

Q: Are you complaining about a person or a firm?
A:  Firm

Q: Firm Name
A:  Trump Media & Technology Group

Subject # 4

Q: Are you complaining about a person or a firm?
A:  Firm

Q: Firm Name

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

A:  OAK ROOT LLC

Subject # 5

Q: Are you complaining about a person or a firm?
A:  Firm

Q: Firm Name
A:  Paxum Bank

Subject # 6

Q: Are you complaining about a person or a firm?
A:  Person

Q: First Name
A:  Donald

Q: Middle Name
A:  J.

Q: Last Name
A:  Trump

Subject # 7

Q: Are you complaining about a person or a firm?
A:  Person

Q: First Name
A:  Devin

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

Q: Last Name

A: Nunes

Subject # 8

Q: Are you complaining about a person or a firm?

A: Firm

Q: Firm Name

A: ES Family Trust

Subject # 9

Q: Are you complaining about a person or a firm?

A: Firm

Q: Firm Name

A: The Reserve Trust Company

## About you

Submitter # 1

Q: Are you filing this tip under the SEC's whistleblower program?

A: Yes

Q: Are you an attorney filling out this form on behalf of an anonymous whistleblower client who is seeking an award?

A: Yes

Q: Attorney First Name

A: Patrick


Q: Attorney Last Name

A: Mincey


Q: Attorney Firm Name

A: Cranfill Sumner


Q: Attorney Street Address

A: 101 N. 3rd Street


Q: Attorney Address (Continued)

A: Suite 400


Q: Attorney City

A: Wilmington


Q: Attorney State / Province

A: NC


Q: Are documents or other information being submitted that could potentially identify the whistleblower?

A: Yes


Q: Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity.

A: Mr. Wilkerson is openly identifying himself as the whistleblower in this matter.

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

Q: Does the whistleblower want to be eligible to apply for a whistleblower award?

A: Yes


Q: 1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of the Department of Justice; the Securities and Exchange Commission; the Comptroller of the Currency; the Board of Governors of the Federal Reserve System; the Federal Deposit Insurance Corporation; the Office of Thrift Supervision; the Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?

A: No


Q: 2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. Section 78c(a)(52))?

A: No


Q: 3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal securities laws by an independent public accountant?

A: No


Q: 4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization?

A: No


Q: 5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?

A: No


Q: 6. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC; (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

by Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority?

A:  No

Q: 7. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?

A:  No

Q: 8. Did you acquire the information being provided to us from any person described in Questions 1 through 7?

A:  No

Q: I certify that I have reviewed this form for completeness and accuracy and that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I further certify that I have verified the identity of the whistleblower on whose behalf this form is being submitted by viewing the whistleblower's valid, unexpired government issued Identification (e.g., driver's license, passport) and will retain an original, signed copy of the Form TCR with the declaration signed by the whistleblower, in my records. I further certify that I have obtained the whistleblower's non-waiveable consent to provide the Commission with his or her original signed Form TCR upon request in the event that the Commission requests it due to concerns that the whistleblower may have knowingly and willfully made false, fictitious, or fraudulent statements or representations, or used any false writing or document knowing that the document contains any false, fictitious or fraudulent statement or entry; and that I consent to be legally obligated to do so within 7 calendar days of receiving such a request from the Commission.

A:  Agree

**Tips, Complaints, and Referrals**
Summary Page - Submitted Externally

## Documents

| Document Name | Document Type |
|---|---|
| Wilkerson - TMTG Convertible Note - ES Family Trust.msg | application/octet-stream |
| Wilkerson Referral_Email to McFall_Correction-Wires_9.27.22.pdf | application/pdf |
| Wilkerson Referral_Entoro Referral Fee.pdf | application/pdf |
| Wilkerson Referral_ES Family Trust Wire_ $2MM_122321.pdf | application/pdf |
| Wilkerson Referral_ES Family Trust Wire_ $6MM_21722.pdf | application/pdf |



Entoro Securities, LLC

333 West Loop North, Suite 333

Houston, TX 77024 US

713.823.2900

# INVOICE

BILL TO

Trump media and Technology Group (T Media Tech. LLC)

_____

| ACTIVITY | AMOUNT |
| --- | --- |
| Referral Fee Agreement: 3% of $8,000,000 | $240,000 |

_____

Entoro Securities, LLC          **BALANCE DUE:   $240,000**

Wells Fargo Bank, N.A.

c/o James C. Row

Account #9822502408

ABA Routing # 121000248

SWIFT: WFBIUS6S

| Date | Description | | Amount |
|---|---|---|---|
| Dec 23, 2021 | FEDWIRE CREDIT VIA: THE RESERVE TRUST CO/102007558 B/O: PAXUM BANK LIMITED ROSEAU, 050, DM REF: CHASE NYC/CTR/BNF=TRUMP MEDIA GROUP CORP. FORT LAUDERDALE FL 33316-111 0 US/AC-000000007152 RFB=O/B THE RE SERVE IMAD: 1223MMQFMPQX001802 TRN: 1074680357FF | Incoming wire transfer | $2,000,000.00 |

| Date | Description | Amount |
|---|---|---|
| 02/17 | Fedwire Credit Via: The Reserve Trust CO/102007558 B/O: Es Family Trust US Ref: Chase Nyc/Ctr/Bnf=Trump Media & Technology Group Fort Lauderdale FL 33 316-1110 US/Ac-000000007152 Rfb=O/B The Reserve Obi=Convertible Promis Sory Note 12/23/2 1 Bbi=/Ocmt/USD60 00000,/ Imad: 0217Mmqfmpqx000589 Trn: 0608500048Ff | 6,000,000.00 |



U.S. Securities and Exchange Commission

# NY10498 - Correction and Additional Information

**philip.brewster@brewsteradvisory.com**

NY10498 - Correction and Additional Information

| | |
|---|---|
| **Sent:** | Sep 27, 2022 5:26 PM |
| **Expires:** | Dec 26, 2022 6:26 PM |
| **From:** | philip.brewster@brewsteradvisory.com |
| **To:** | mcfalla@sec.gov |
| **Cc:** | |
| **Subject:** | NY10498 - Correction and Additional Information |

**Attachments:**    ✐ Wilkerson Referral_Entoro Referral Fee.pdf , ✐ Wilkerson Referral_ES Family Trust Wire_$6MM_2:17:22.pdf , ✐ Wilkerson Referral_ES Family Trust Wire_$2MM_12:23:21.pdf

Andy:

I wanted to clarify that Patrick Orlando did not personally receive a commission from the ES Family Trust -- that was paid to Entoro Securities (invoice attached) by TMTG. My apologies.

Additionally, I have attached the wires for the ES Family Trust payments. It appears the payments originated from the Reserve Trust (the only fintech company to have had a master account with the Federal Reserve allowing it to transfer money in the Fed system -- which it lost in June 2022 according to public reporting). Interestingly, the first payment also involves Paxum Bank (a Dominica-based financial institution).

Best, Phil

Secured by   This service is hosted by Zix on behalf of U.S. Securities and Exchange Commission Secure Email More Information