# EXHIBIT C

Cameron Barr
February 09, 2026

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CASE NO.: No. 8:23-cv-1535-TPB-AAS

TRUMP MEDIA & TECHNOLOGY
GROUP CORP.,

            PLAINTIFF,

vs.

WP COMPANY, LLC, d/b/a
THE WASHINGTON POST,

            DEFENDANT.
_____/

DEPOSITION OF CAMERON BARR

Pages 1 through 154
Video Conference

Monday, February 9, 2026
10:01 a.m. - 2:37 p.m.
US Legal Support, Inc. - via remote Zoom link

Stenographically Reported By:
DANA G. STURDEVANT, RPR
Registered Professional Reporter

Cameron Barr
February 09, 2026

APPEARANCES

On Behalf of the Plaintiff:
      BRITO, PLLC
      2121 Ponce de Leon Boulevard, Suite 650
      Coral Gables, FL 33134-5230
      Apiriou@britopllc.com
      Jgarcia@britopllc.com
      Icorp@britopllc.com
      BY: JALAINE GARCIA, ESQ., via Zoom
      BY: IAN MICHAEL CORP,  ESQ., via Zoom

On Behalf of the Defendant:
      WILLIAMS & CONNOLLY
      680 Maine Avenue SW
      Washington, DC 20024
      202.434.5000
      Thentoff@wc.com
      Creid@wc.com
      BY: THOMAS G. HENTOFF, ESQ., via Zoom
      BY: CAT REID, ESQ., via Zoom

Also Present:
      Mary Scott, Legal Videographer
      Zach Czerenda, US Tech
      Jim McLaughlin, Washington Post
      Sarah Rehberg, Trump Media & Technology Group

Cameron Barr
February 09, 2026

INDEX OF PROCEEDINGS

Page

Deposition of CAMERON BARR

Direct Examination by Mr. Corp                               5

Certificate of Oath                                        151
Certificate of Reporter                                    152
Read and Sign Letter                                       153
Errata Sheet                                               154

EXHIBITS

Number          Description                                  Page

Exhibit 1       Washington Post produced -                   73
                Bates Number 11

Exhibit 2       Bates Number 20 through 25                   83

Exhibit 3       Bates Number 1-10                            87

Exhibit 4       Interrogatory Questions                      94

Exhibit 5       Bates Numbers 7873 and 7874                 101

Exhibit 6       Second Amended Complaint                    105

Exhibit 7       Bates Number 7872                           119

Exhibit 8       E-mail Bates Number 7951                    122

Exhibit 9       Bates Numbers 10799-10801                   129

Exhibit 10      Privilege Log                               138

Cameron Barr
February 09, 2026

Deposition taken before Dana G. Sturdevant, Registered Professional Reporter, and Notary Public in and for the State of Florida at Large in the above cause.

*****

THE VIDEOGRAPHER:  Good morning.  We are now on the record.  The time is 10:01 a.m. on Monday, February 9th, 2026.  This is the video recorded proceeding of Cameron Barr, in the matter of Trump Media & Technology Group Corp. versus WP Company, LLC, in Case Number 8:23-cv-1535.

This proceeding is being held via Zoom.  My name is Mary Scott.  I'm the videographer.  The court reporter is Dana Sturdevant.  Would counsel please state their appearance for the record, after which time the court reporter will swear in the witness.

MR. CORP:  Good morning.  This is Ian Corp, along with my colleague Jalaine Garcia and our client representative Ms. Sarah Rehberg here on behalf of the plaintiff, truth -- Trump Media & Technology Group.

MR. HENTOFF:  So this is Tom Hentoff with Williams & Connolly.  I'm representing the Washington Post and the witness.  And with me is Jim McLaughlin with the Washington Post and my colleague Cat Reid.  And pursuant to Rule 30E, the witness will review the deposition transcript once it's available.

Cameron Barr
February 09, 2026

THE REPORTER:  Okay.  Sir, could you raise your right hand, please?

THE WITNESS:  (Complies.)

THE REPORTER:  Do you solemnly swear that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  I do.

THE REPORTER:  Thank you.

DIRECT EXAMINATION

BY MR. CORP:

Q.   Good morning, sir.  Can you please state your full name?

A.   My name is Cameron Barr.

Q.   Good morning, Mr. Barr.  My name is Ian Corp.  I'm one of the attorneys representing Trump Media & Technology Group Corp.  How are you?

A.   I'm well.  How are you?

Q.   I'm doing well, sir.  Thank you very much.

A.   Okay.

Q.   So throughout this depo I'm going to refer to Trump -- I'm sorry, Trump Media as TMTG.  I'll refer to the Washington Post as the Post or WaPo interchangeably.  Is that all right with you?

A.   That's fine.

Q.   Okay.  Have you ever given a deposition before,

Cameron Barr
February 09, 2026

who see the story through, who seek comment from people who are written about in the article with -- you know, sometimes they're called "no surprises" e-mails or letters that are presented before publication.  That's a little bit of the distinction between a research and investigation.

Q.   So then with that in mind, let me just go back to the other two articles that -- that we discussed, and I'll just ask you two quick questions about them.

Did you participate in the investigation, if any, of the October 15th, 2022 article that I showed you and was identified as Exhibit 1?

A.   I did not participate in any investigation related to that October 2022 story.

Q.   Same question now for the April 29th, 2023 article I showed you that was identified as Exhibit 2?

A.   I did not participate in any investigation with regard to Exhibit 2.

Q.   Did you participate in the investigation, if any, of this article that we've identified as Exhibit 3?

A.   I did not participate in any investigation related to this article from May of '23.

Q.   Okay.  Without going into detail, which I will address with you later, did you have any involvement in editing this article?

A.   So now we're back to Category 1.  So this is a -- an

Cameron Barr
February 09, 2026

article that I likely would have read.  I have no specific memory of doing so, but because it's investigative, it concerns a presidential candidate, it relies on a whistleblower, this is exactly the kind of story I would have been asked to read and likely did, but I can't tell you for sure that I did it, so...

Q.   When did you first become aware of this article? And when I say the "article," I mean in any form: Conceptually as an idea, a draft, at the time of publication, et cetera?

A.   I have no specific memory of when I first became aware of this.

Q.   Just so I may make sure that we're on the same page, Mr. Barr, is it your testimony that you don't specifically recall editing this article or is it that you don't recall any work that you did on this article, if any?

A.   Both.  I don't recall editing or working on this article before publication.  I don't even recall reading it before publication.

Q.   Without going into specifics as to the contents, at any time while this article was being drafted, edited, or being prepared for publication, did you communicate with Drew Harwell about it?

A.   I think the answer to that can be a categorical no, because I do think it's the kind of article that I would have

Cameron Barr
February 09, 2026

ERRATA SHEET
DO NOT WRITE ON THE TRANSCRIPT - ENTER CHANGES ON THIS PAGE
IN RE:   TMTG, Corp. V. WP Company, LLC
CAMERON BARR
USLS Job No: 7067402
TAKEN Monday, February 9, 2026

Page No.   Line No.      Change              Reason

**Please see attached.**

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

17 March 2026
Date                              CAMERON BARR