# EXHIBIT D

UNITED STATES DIZSTRICT COURT

MIDDLE DISTRICT OF FLORIDA

Tampa Division

- - - - - - - - - - - - - - - - x

TRUMP MEDIA & TECHNOLOGY       :

GROUP CORP.,                   :

            Plaintiff,      :        Case No.

      vs.                      :   8:23-cv-1535-TPB-AAS

WP COMPANY, LLC,               :

d/b/a The Washington Post,  :

            Defendant.      :

- - - - - - - - - - - - - - - - x


CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION

SALLY BUZBEE


Thursday, January 15, 2026


Reported by:  SUSAN ASHE, CER

Job No.:  7043105-PM

Sally Buzbee   Confidential
January 15, 2026

Videotaped deposition of SALLY BUZBEE, taken on behalf of the Plaintiff, beginning at 2:27 p.m. Eastern Standard Time, on Thursday, January 15, 2026, at the law offices WILLIAMS & CONNOLLY LLP, 680 Maine Avenue, Southwest, Washington, D.C., before Susan Ashe, Certified Electronic Reporter and a Notary Public for the District of Columbia.

APPEARANCE OF COUNSEL:

    On behalf of the Plaintiff:

        BRITO, PLLC

        BY:  ALEJANDRO BRITO, ESQ.

        BY:  JALAINE GARCIA, ESQ.

        BY:  IAN MICHAEL CORP, ESQ. (Via Zoom)

        2121 Ponce de Leon Boulevard

        Suite 650

        Miami, Florida  33134

        (305) 614-4071

        abrito@britopllc.com

        jgarcia@britopllc.com

        icorp@britopllc.com




    On behalf of the Defendant and the Witness:

        WILLIAMS & CONNOLLY LLP

        BY:  THOMAS G. HENTOFF, ESQ.

        BY:  CAT A. REID, ESQ.

        680 Maine Avenue, Southwest

        Washington, D.C.  20024

        (202) 434-5000

        thentoff@wc.com

        creid@wc.com

ALSO PRESENT:

          JAMES A. McLAUGHLIN, ESQ.

          The Washington Post


          JACK LANGER

          Trump Media & Technology Group Corp.

          Corporate Representative


          ADAM NUDELMAN, Videographer

Sally Buzbee    Confidential
January 15, 2026

CONTENTS

THE WITNESS

Sally Buzbee

   BY MS. GARCIA                                              8

   BY MR. HENTOFF                                           110


                           EXHIBITS

BUZBEE

Exhibit No.                                             Marked

Exhibit 1    Policies and Standards Document

             POST_23-cv-1535_0001602

             through -613                                   21

Exhibit 2    "Trust linked to porn-friendly

             bank could gain a stake in

             Trump's Truth Social"                          64

Exhibit 3    Email Correspondence

             POST_23-cv-1535_0007872                        65

Exhibit 4    May 14, 2023 Correspondence

             POST_23-cv-1535_0007873

             and -874                                       67

Exhibit 5    Email Correspondence

             POST_23-cv-1535_0010788

             through -790                                   68

Exhibit 6    Email Correspondence

             POST-23-cv-1535_0010791                        69

```
                        EXHIBITS (Continued)

    BUZBEE

    Exhibit No.                                      Marked

    Exhibit 7    Email Correspondence

                 POST_23-cv-1535_0007956                  74

    Exhibit 8    May 17, 2023 Correspondence

                 POST_23-cv-1535_0007957                  75

    Exhibit 9    Email Correspondence

                 POST_23-cv-1535_0007951                  87

    Exhibit 10   Email Communication

                 POST_23-cv-1535_0007964

                 and -965                                 93
```

(REPORTER'S NOTE:  All quotations from exhibits are reflected in the manner in which they were read into the record and do not necessarily denote an exact quote from the document.)

Sally Buzbee   Confidential
January 15, 2026

THURSDAY, JANUARY 15, 2026;

2:27 P.M. EASTERN STANDARD TIME

--o0o--

VIDEOGRAPHER:  This is Media Unit No. 1 in the videotaped deposition of Sally Buzbee in the matter of Trump Media & Technology Group Corp. versus WP Company, LLC, d/b/a The Washington Post, in the U.S. District Court for the Middle District of Florida, Tampa Division, Case No. 8:23-cv-1535-TPB-AAS.

Today's date is January 15, 2026.  Time on the record is 2:27 p.m.

Videographer today is Adam Nudelman, representing U.S. Legal.

This deposition is taking place at Williams & Connolly, 680 Maine Avenue, Washington, D.C. 20024.

Would all attorneys present please identify themselves, state whom they represent, beginning with the party noticing the proceeding.

MS. GARCIA:  Good afternoon. Jalaine Garcia for the Plaintiff.

MR. BRITO:  Good afternoon.

Sally Buzbee    Confidential
January 15, 2026

Alejandro Brito, on behalf of the Plaintiff.

MR. HENTOFF:  Good afternoon. Thomas Hentoff, representing The Washington Post and the witness.

With me is Jim McLaughlin, of The Washington Post, and my colleague Cat Reid.

I'll also say, pursuant to Rule 30(e), the witness will review the deposition transcript.

VIDEOGRAPHER:  The court reporter today is Susan Ashe, also with U.S. Legal.

We'll now administer the oath and can proceed.

Whereupon,

SALLY BUZBEE

having been first duly sworn, was examined and testified as follows:

MS. GARCIA:  Thank you.

EXAMINATION

BY MS. GARCIA:

Q.   Can you please state your name.

A.   Sally Buzbee.

Sally Buzbee   Confidential
January 15, 2026

A.   I think I answered, I can't recollect for certain.

Q.   Originally, I had asked the entire notice. That's why I --

A.   Sorry.

Q.   -- wanted clarification.

Okay.  Let me show you....

MS. GARCIA:  I'm going to show her the article.

MR. HENTOFF:  Yeah, thanks.

MS. GARCIA:  And we're at No. 2.

(Whereupon, Buzbee Exhibit 2 was marked for identification.)

Q.   Do you recognize that article?

A.   Yes, I recognize this article.

MS. GARCIA:  And just for purposes of the record, Exhibit 2 is the May 13, 2023 article.

Q.   Do you recall seeing the article before it was published?

A.   I don't recollect if I saw this article before it was published.

Q.   Do you recall knowing that this article was going to be published before it was published?

A.   I don't recollect whether I knew this

Sally Buzbee   Confidential
January 15, 2026

article would be published before it was published.

Q.   Do you recall if there were -- there was going to be a story about Trump Media before this article was published?

A.   I don't recollect if I knew there was -- be this specific article about Trump Media before it was published.

Q.   Do you recall if any articles about Trump Media were being published in 2023?

A.   I remember that we published articles on Trump Media in this general time period.

Q.   Okay.  Do you recall seeing this article before this lawsuit?

A.   I recollect reading this article before --

I don't know the exact date this lawsuit was filed.  So I want to be clear about that.  I don't have -- I don't know that in my head.

But I recollect reading this article at some point in the past.

Q.   Okay.

MS. GARCIA:  Tom, I'm going to show her the bottom of -7872.

MR. HENTOFF:  Okay.

(Whereupon, Buzbee Exhibit 3 was marked for identification.)

Sally Buzbee   Confidential
January 15, 2026

DEPONENT'S SIGNATURE

Please be advised I have read the foregoing deposition, pages 1 through 114, inclusive.  I hereby state there are:

(Check one)

_____ No corrections

_____X_____ Corrections per attached

_____

SALLY BUZBEE

( X ) Reading and signing was requested.

(    ) Reading and signing was waived.

(    ) Reading and signing was not requested.

Should the signature of the witness not be affixed to the deposition, the witness shall not have availed herself of the opportunity to sign or the signature has been waived.

--oOo--

ERRATA SHEET **Please see attached**

NAME OF CASE:  Trump Media & Technology Group

Corp. v. WP Company, Inc.

DATE OF DEPOSITION:  January 15, 2026

NAME OF WITNESS:  SALLY BUZBEE

Reason Codes:

1:  To clarify the record.

2:  To conform to the facts.

3:  To correct transcription error.

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

*Sally S. Buzbee*                    Feb 19, 2026

SALLY BUZBEE                                DATE

Sally Buzbee    Confidential
January 15, 2026

DECLARATION UNDER PENALTY OF PERJURY

I am the witness in the foregoing deposition.

I have read the foregoing deposition or have had read to me the foregoing deposition, and having made such changes and corrections as I desired, I certify that the same is true in my own knowledge.

I hereby declare under penalty of perjury that the foregoing is true and correct.

In witness whereof, I hereby subscribe my name this _19_ day of _February_, 2026.

_Sally S. Buzbee_

SALLY BUZBEE

SALLY BUZBEE                                              DATE

**<u>Errata Sheet for the Deposition of Sally Buzbee</u>**

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 65 | 6 | "be" should be "would be" | Misspoke |
| 66 | 16 | "request" should be "recall" | Misspoke |
| 73 | 1 | "she" should be "he" | Misspoke |
| 83 | 22 | "Unpublished" should be "Unpublish" | Transcription error |
| 96 | 11 | "request" should be "recall" | Misspoke |