**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

|  |  |
|---|---|
| TRUMP MEDIA & TECHNOLOGY GROUP CORP., <br><br> Plaintiff, <br><br> v. <br><br> WP COMPANY, LLC, <br> d/b/a The Washington Post, <br><br> Defendant. | Case No. 8:23-cv-1535-TPB-AAS |

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL**
**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, TRUMP MEDIA & TECHNOLOGY GROUP CORP. ("Plaintiff" or "TMTG"), by and through its undersigned counsel and pursuant to Local Rule 1.11 and the Stipulated Protective Order [DE 91], hereby moves this Court to seal Plaintiff's Motion for Partial Summary Judgment and its accompanying exhibits. In support, Plaintiff states as follows:

**I.      Identification of Documents To Be Sealed**

TMTG seeks leave to file under seal Plaintiff's Motion for Partial Summary Judgment ("Motion") together with all exhibits (Exhibits A through R) attached to the Motion, which consist of the deposition transcripts of numerous witnesses,

including third-party witnesses, and numerous other documents the parties have designated as Confidential under the Stipulated Protective Order.

## II.     Reason That Filing Each Item Is Necessary

Filing the unredacted material is necessary because the Court must review the relevant deposition testimony and related exhibits to resolve Plaintiff's Motion for Partial Summary Judgment. Without the unredacted material, the Court cannot fully assess the basis and record evidence supporting the Motion or the issues presented for summary judgment.

## III.    Reason That Sealing Each Item Is Necessary

Sealing is necessary because public disclosure of the unredacted material would reveal allegedly confidential and privileged information, including deposition testimony, internal business information, and non-party communications, the parties have designated as such under the Stipulated Protective Order [DE 91]. Public filing would undermine the confidentiality interests preserved by the Stipulated Protective Order and could disclose information the parties and affected non-parties have treated as confidential during discovery.

## IV.    No Less Restrictive Alternative Is Available.

A less restrictive alternative is unavailable for the unredacted filing. The Motion quotes from, summarizes, and relies on confidential deposition testimony

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

and exhibits throughout. Redacting those materials from the filing would obscure substantial portions of the Motion and impair the Court's ability to review the complete summary judgment record.

## V.     Statement of Proposed Duration / Retrieval of Sealed Items

In accordance with Local Rule 1.11(e), TMTG proposes that the seal remain in place for ninety (90) days after the case is closed and all appeals are exhausted, and shall be subject to renewal by appropriate motion.

Each exhibit has been filed as an electronic copy, and, thus, there are no tangible items the parties wish to be sealed.

The following non-parties may have an interest in establishing or maintaining the seal:

James Row
c/o Maura Burke
Pierson Ferdinand LLP
112 French Street
Wilmington, DE 19801
maura.burke@pierfer.com
Tel: (267) 702-3912

Philip S. Brewster, Esq.
Brewster Law Firm LLC
560 Green Bay Road, Suite 402
Winnetka, Illinois 60093
philip.brewster@brewsteradvisory.com
Tel: (847) 386-6514

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

Patrick M. Mincey, Esq.
Stephen J. Bell, Esq.
Mincey Bell
Affiliated, Cranfill Summer LLP
2001 K. Street NW, Suite 240 North Tower
Washington, DC 20006
mincey@minceybell.com
bell@minceybell.com
Tel: (771) 210-1998

Will Wilkerson, c/o Phillip Brewster, Patrick M. Miney, and Stephen J. Bell, *see supra.*

Patrick Orlando
c/o Adam L. Schwartz, Esq.
Vedder Price
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
aschwartz@vederprice.com
Tel: (786) 741-3240

## VI.    Legal Authority

"Although a district court has 'supervisory power over its own records and files,' it must use this power responsibly to balance the public's right of access against interests favoring confidentiality." *Mondello v. ICF Technology, Inc., et al.,* 2025 WL 4051193, at * 1 (M.D. Fla. May 28, 2025) (citing *Nixon v. Warner Commc'ns, Inc.,* 435 U.S. 589, 597-99 (1987)). The "public's right to access judicial records may be overcome by a showing of good cause by the party seeking protection." *Mobile Shelter Sys. USA Inc. v. Grate Pallet Solutions, LLC,* 2011 WL 5357843, at *2 (M.D. Fla. Nov. 1, 2011). Here, the unredacted deposition testimony

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071

of the parties' witnesses and third party witnesses, as well as the exhibits to the Motion were designated "Confidential" by the parties under the Stipulated Protective Order. Public filing of those materials would disclose the very information that the parties have designated as confidential and would risk undermining the protections afforded by the Stipulated Protective Order. TMTG therefore respectfully submits that good cause exists for this narrow sealing request, particularly because no less restrictive alternative is adequate for the portions at issue.

## VII.  Conclusion

WHEREFORE, Plaintiff respectfully requests that the Court enter an order permitting Plaintiff to file its Motion for Partial Summary Judgment and its accompanying exhibits under seal, and that these documents remain sealed in accordance with Local Rule 1.11.

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with counsel for Defendant concerning the relief requested herein, who indicated that Defendant does not oppose the relief sought.

5

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

Dated: April 24, 2026             Respectfully submitted,

                                     **BRITO, PLLC**
*Counsel for Plaintiff*
2121 Ponce de Leon Boulevard
Suite 650
Miami, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
     **ALEJANDRO BRITO**
     Florida Bar No. 098442
     Primary: abrito@britopllc.com
     Secondary: apiriou@britopllc.com
     **JALAINE GARCIA**
     Florida Bar No. 58632
     Primary: jgarcia@britopllc.com
     **IAN MICHAEL CORP**
     Florida Bar No. 1010943
     Primary: icorp@britopllc.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed

on April 24, 2026 through the Court's CM/ECF electronic filing system upon:

Carol J. Locicero, Esq.
Linda Riedemann Norbut, Esq.
Thomas & LoCicero, PL
601 South Blvd
Tampa, FL 33606-2629
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

Thomas G. Hentoff, Esq.
Nicholas G. Gamse, Esq.
Williams & Connolly
680 Maine Avenue S.W.
Washington, DC 20024
thentoff@wc.com
ngamse@wc.com
*Counsel for Defendant*

By: /s/ *Alejandro Brito*

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071