**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TRUMP MEDIA & TECHNOLOGY GROUP CORP.,

    Plaintiff,

v.                                                              Case No: 8:23-cv-01535-TPB-AAS

WP COMPANY LLC d/b/a The Washington Post,

    Defendant.

_____/

**JOINT MOTION FOR CONTINUANCE WITH**
**INCORPORATED MEMORANDUM OF LAW**

Defendant WP Company LLC ("The Post") and Plaintiff Trump Media & Technology Group Corp. ("TMTG," and together with The Post, the "Parties") hereby respectfully request that the Court modify the Case Management and Scheduling Order (ECF No. 88, the "Order") to provide a one-month continuance of the trial term from the August 2026 trial term to the September 2026 trial term under Federal Rule of Civil Procedure 16 and Local Rule 3.08.  The Parties also seek a related modification of the date for the Pretrial Conference under the Order from July 13, 2026 to a convenient date for the Court in August 2026.

**MEMORANDUM OF LAW**

The grounds for the requested continuance and modification are as follows:

1.      TMTG filed its initial complaint in this action on May 20, 2023 in state court in Florida.  ECF No. 1-2.  The action was removed to this Court on July 10, 2023.  ECF No. 1.

2.     TMTG filed the operative complaint, its Second Amended Complaint, on January 13, 2025.  ECF No. 70.

3.     On June 6, 2025, the Court denied The Post's motion to dismiss TMTG's Second Amended Complaint, and on June 19, 2025, the Court entered the operative Case Management and Scheduling Order.  ECF No. 88.

4.     On November 19, 2025, the Court extended The Post's expert disclosure deadline to January 15, 2026 and TMTG's rebuttal expert disclosure to February 12, 2026.  ECF No. 132.  There was no change to the August 2026 trial ready date.

5.     On March 2, 2026, the Court extended the discovery deadline to March 13, 2026 to allow the Parties to complete certain outstanding depositions. ECF No. 150.  The Court subsequently extended the deadline for Parties to complete outstanding depositions to March 31, 2026.  ECF No. 188.

6.     On March 20, 2026, the Court extended the deadlines for the Parties to file any summary judgment, *Daubert*, or other dispositive motions to April 24, 2026.  ECF No. 188.  Again, at this time, there was no change to the August 2026 trial ready date.

7.     On April 24, 2026, the Parties served motions for summary judgment and *Daubert* motions.  *See* ECF Nos. 211, 217, 218, 220, 221.  Briefing of these motions will be complete by May 29, 2026.

8.     Counsel for TMTG and The Post have since conferred in good faith and have agreed to jointly request a one-month continuance of the trial term and

2

a modification of the date of the Pretrial conference to allow the Court adequate time to consider the Parties' pending motions for summary judgment before the Court and the Parties expend significant resources to prepare for trial.

9.     Accordingly, the Parties request the modifications to the Order identified in the following table:

|  | Current Date | Proposed Date |
|---|---|---|
| Date of Pretrial Conference | July 13, 2026 | A date of the Court's choosing in August 2026 |
| Trial Term | August 2026 | September 2026 |

10.    The Federal Rule of Civil Procedure 16(b)(4) permits the modification of a case management and scheduling order upon a showing of "good cause." Similarly, under Rule 6(b)(1), for any act that "must be done within a specified time," a court may extend that deadline "for good cause."

11.    Pursuant to Local Rule 3.08, the Court may continue a trial date provided that the clients for both parties consent to such a continuance.  They do.

12.    Good cause exists here for the continuance and related modification of the Order that the Parties seek.  The requested continuance and modification of the Order will ensure the efficient use of judicial and litigation resources.  Both Parties have filed motions for summary judgment.  The Parties' motions will either dispose of the action entirely or substantially narrow issues in the case if granted. For this reason, ensuring the Court has ample time to resolve these motions before

3

trial will ensure that neither the Court nor the Parties expend resources on trial preparation activities that may prove unnecessary.

13.    In addition, the requested continuance and modification of the Order will not substantially delay the resolution of this action.  If this case proceeds to trial, even with the proposed continuance, the trial will be completed approximately twenty months after TMTG filed the operative complaint.

WHEREFORE, TMTG and The Post respectfully request this Court continue the trial from the August 2026 term to the September 2026 term and modify the Order to extend the date of the Pretrial Conference to a date of the Court's choosing in August 2026.

## LOCAL RULE 3.01(g) CERTIFICATION

Under Local Rule 3.01(g), undersigned counsel certify that the Parties conferred over email on May 22, 2026, regarding the relief requested in this motion.  The Parties agree to the requested relief and jointly submit this motion.

## LOCAL RULE 3.08(b) CERTIFICATION

Under Local Rule 3.08, undersigned counsel certify that TMTG and The Post consent to continuing the trial term and the case management deadlines as set forth herein.

Dated: May 28, 2026

BRITO, PLLC

/s/ *Alejandro Brito*
ALEJANDRO BRITO (FBN 098442)
JALAINE GARCIA (FBN 058632)
IAN MICHAEL CORP (FBN 1010943)
2121 Ponce de Leon Boulevard, Suite 650
Coral Gables, FL 33134
Tel: (305) 614-4071
Fax: (305) 440-4385
abrito@britopllc.com
jgarcia@britopllc.com
icorp@britopllc.com

*Counsel for Plaintiff*

WILLIAMS & CONNOLLY LLP

/s/ *Thomas G. Hentoff*
Thomas G. Hentoff (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
Claire R. Cahill (*pro hac vice*)
Samuel M. Lazerwitz (*pro hac vice*)
Isabelle Jensen Beaton (*pro hac vice*)
Catherine A. Reid (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC  20024
Telephone: (202) 434-5000
Facsimile: (202) 480-8371
thentoff@wc.com
ngamse@wc.com
ccahill@wc.com
slazerwitz@wc.com
ibeaton@wc.com
creid@wc.com

THOMAS & LoCICERO PL

/s/ *Carol Jean LoCicero*
Carol Jean LoCicero (FBN 603030)
Linda R. Norbut (FBN 1011401)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2026, I electronically filed a true and correct copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notice of the filing to the email address of all counsel of record.

*/s/ Carol Jean LoCicero*
*Counsel for Defendant*