# EXHIBIT P

# Chat with Phillip Juhan

7/16/2021 9:46:21 AM - 6/17/2022 3:14:59 PM

**Export Details:**

Device Name   Will's iPad

Device ID     00008101-001431220C89001E

Backup Date   Monday, August 8, 2022 3:47 PM

Backup Directory E:\Wilkerson\iPad\00008101-001431220C89001E\00008101-001431220C89001E

iOS           15.3.1

Current Time Zone (UTC-05:00) Eastern Time (US & Canada)

Created with   iExplorer v4.5.0.0

**Participants:**

+███████████Phillip Juhan



Friday, July 16, 2021

Are you available or on a flight? — 9:46 AM

Want to setup vendor "invoice" email - separate but just like "receipts" — 9:58 AM

Also I may need help to auto forward to acctg — 9:59 AM

I will set that up today. Also got your email about Nick Merrick. Do you know if he accepted the position? I have his bday and SSN and will email that you shortly, not sure about his city of residence. — 10:41 AM

Nick has not given firm yes yet. — 11:01 AM

👍

He's a really good guy, and would be a logical fit for this position. — 11:02 AM



Δπ EXHIBIT 6

Deponent_____

Date_____Rptr._____

WWW.DEPOBOOKPRODUCTS.COM



Wednesday, July 28, 2021

thelastpariah@gmail.com

6:14 PM

Eric - Chase Bank  Fernande...

Thursday, August 12, 2021

**Any word on Maniac?**   7:46 PM

**I wrote them using the form on their webpage. Didn't see any additional contact details.**   7:47 PM

**Ok hope we hear back tomorrow**   7:48 PM

**Thx!**   7:48 PM

**I hope so too, thanks!**   7:48 PM

Thursday, August 26, 2021

**Keep me posted on mtg - I can swing up to 2nd floor whenever ready**   11:02 AM

**Cool** ⬛   11:02 AM

**https://worldstarhiphop.com/videos/video-c.php?v=wshh0p869O6Y453Qz13X**   1:54 PM

Tuesday, September 7, 2021

**Hey, I wanted to pay these today since we couldn't get to them Friday. Do these payments look good to you?**   9:51 AM

SolTech - $27,850.00 paid via wire

Withum - $6,695.00 paid via wire

Lori Heyer - $4,000.00 paid via wire

9:51 AM

I'll review and get back to you

10:39 AM

Great, thanks!

10:47 AM

I just sent email approval

11:11 AM

Fantastic thanks

11:12 AM

11:17 AM

Lori Heyer - Lawyer.vcf

When we get the $450 Sept PP East inv —> we should send to invoices w a note to read "replaces prior inv # 40-220-000083"

1:32 PM

That was prior $300 Sept inv

1:33 PM

This was Platinums response to my request: Unfortunately I am not able to generate a revised invoice. The reason for the multiple invoices is that there was the additional parker added after the monthly invoices were generated. Providing that any adds/ cancels are submitted to me prior to the invoice run on the 15th of the month all charges would be reflected on one invoice.

1:54 PM



Ok.  Pls send the $550 to invoices w note...
- $100 already expensed
- $300 already booked
*so only record incremental $150 for addl pass (Billy Boozer)

2:01 PM

Ok thanks    2:29 PM

Wednesday, September 8, 2021

We have text updates for the presentation. How do you want us to get them fixed? We have them in a word doc with all the needed fixes.    12:17 PM

Pls email to Dan Buckley and copy me.  Thx Will!    12:24 PM

Just spoke with Dan and we are going to make typo fixes and stuff at the very end, we can do it on our end.    12:32 PM

They only have an annual billing option from what I can tell. It'll be $468.00. Does that seem reasonable for you?    4:46 PM

It does. But let me ask Wes first    4:57 PM

Ok cool    4:57 PM

Wes said he'll login and source it this evening    4:59 PM

Awesome, thanks    5:01 PM

Thursday, September 9, 2021

I'm on the Zoom call now, will call you later.    10:48 AM

No need to call back - I'm good    10:52 AM



Thanks                                          10:52 AM

Can u pull DJTs Twitter followers over time?   Wes would like to    11:09 AM
have bar graph in deck that show the ramp up

I'll have to see if I can find that data        11:09 AM

Just a heads up, Nelson Mullins is going to send us an invoice.    1:47 PM
Andy gave them the "Andy guarantee" for quick payment. As soon
as I receive I will send over to you to input and approve.

Sent you the invoice                            2:12 PM

Reviewing now                                   2:21 PM

Thank you!                                      2:27 PM

                                                3:52 PM

FYI, Chase rejected these two wires even after Andy spoke with    3:52 PM
them. I am going to try and re-issue.

Friday, September 10, 2021

                                                10:02 AM
Hey, I'm on a plane flying back to RDU, I will call you once I'm back
home.



Ok. Fyi still having trouble validating the IHRT # 128M users...???

10:03 AM

The numbers are ambiguous, I think it's a combo between terrestrial and digital.

12:04 PM

Can you text me the name of the agency

2:58 PM

Tanner, Ballew and Maloof

2:59 PM

Thanks, would've never guessed that given that I could barely hear the guy.

2:59 PM

I have 3:00 pm call w PorchLight
Can you resend the DocuSign?
Thx!

3:00 PM

Yup, sending it over now.

3:00 PM

FYI CKH AP inbox is now receiving submissions from you and me.

3:54 PM

Monday, September 13, 2021

Spoke with Esther, those parking emails went to their quarantine, but they received them. They are now processing them.

1:36 PM

Good.  Thanks for handling!
Going forward - email needs to come from us unless we clear the vendor w CKH first.  Thx again!

1:57 PM

Tuesday, September 21, 2021

Good luck today!   Incredible team - best product - you guys are gonna kill it!

7:42 AM



👍

Thanks! The meeting is tomorrow, will keep you posted.    11:14 AM

Wednesday, September 22, 2021

When you have a moment, can you log into your Zoom account and update your email to your tmediatech email address?    11:43 AM

12:08 PM

Thursday, September 23, 2021

Nelson Mullins wants to be removed from the public deck for now. Is there another provider like CKH that we can put in place of them?    11:13 AM

Let me think about that...    11:19 AM

Ok thanks    11:19 AM

👍
I'll call you in 5-10 minutes    12:36 PM

Cool - just want clarify that the $1,000 is the price of the call option - or is it consideration for the biz asserts    12:44 PM

Assets    12:44 PM

👍
That's a Lori question. You can ask her for clarification.    12:45 PM



Do you happen to have a PowerPoint version of the deck that had Billy and Adam on the personnel page instead of Andy and Wes?    5:24 PM

Yes    5:25 PM

If you could email it to me that would be great, thanks. Andy wants to make a few changes to the deck, such as removing Nelson Mullins, and to that personnel page.    5:26 PM

👍    5:28 PM

I'm in an Uber, will call back once I have privacy.

I'm actually driving home. Dan Buckley is going to email you the PowerPoint version that includes Billy and Josh.    5:36 PM

Ok cool, thanks!    5:36 PM

Friday, September 24, 2021

👍

Also, I paid the weekly maid service fee of $130 through Zelle today.    2:21 PM

Wednesday, September 29, 2021

5:48 PM

Thursday, October 7, 2021

Do you have a copy of your NDA?    5:07 PM

Just emailed    5:11 PM



Thank you! — 5:19 PM

You're welcome — 5:26 PM

Friday, October 8, 2021

Can we do 12:30?
I forgot I have a 1:00 already scheduled. — 11:53 AM

Could we do 1:30 or 1:45? — 11:54 AM

Ok - let's shoot for 1:30 but I may need a little more time on my prior call — 11:56 AM

👍 All good, thanks! — 11:57 AM

Call u in 5 mins — 1:34 PM

thelastpariah@gmail.com
Sounds good, thanks — 1:34 PM

Saturday, October 9, 2021

👍 I uploaded the LOI and Board Consents in Withums root folder. The Board Consent still needs Wes' and DJTs signatures, and you may have to convey that it will be fully executed at the signing of the DA. — 10:54 AM

Gotcha!  Thanks Will - you're awesome! — 11:18 AM

Anytime, have a great rest of your weekend! — 11:18 AM

You too! — 11:21 AM

Thursday, October 14, 2021

I'm riding with Wes
5:49 PM

Friday, October 15, 2021

GM Will!   FYI - I'm reviewing my tax forms w my CPA this morning. I'll be in late to office.  Can you make sure Chris P is taken care of? Thx!
7:19 AM

 👍 Yes, absolutely
7:20 AM

I'll be there in 15 mins
Let's knock out payments then if you are available...
10:16 AM

Sounds good, they still haven't added my reimbursements.
10:21 AM

Saturday, October 16, 2021

4:29 PM

Got the invite

👍 Great, let me know if there is anything else that you need from my end.
4:30 PM

Monday, October 18, 2021

https://www.hyatt.com/en-US/hotel/florida/hyatt-centric-las-olas-fort-lauderdale/fllct
2:42 PM

Tuesday, October 19, 2021

Want to make sure I'm prepared tomorrow...
Is there anything in particular you need from me or need me to bring with me for the signing?

Pls ask Andy as well...
Thx!!
9:54 AM



I don't think so, let me double check with Andy.    9:55 AM

No - what happened    9:55 AM

By the way, you heard about the data loss on Alpha right?    9:55 AM

Wednesday, October 20, 2021

[Number Unknown]

For the 1:30 call, it's all positive. They just want to be heard and loved.    9:39 AM

[Number Unknown]

For the 1:30 call, it's all positive. They just want to be heard and loved.    9:39 AM

[Number Unknown]

They voted unanimously to approve the merger.    9:39 AM

[Number Unknown]

They voted unanimously to approve the merger.    9:39 AM

I got it. Had to remove the keyboard and reconnect it. Working now. Thx!    12:27 PM

Awesome    12:40 PM

We're in the lobby    8:36 PM

Y'all ready to go?    8:36 PM

I think Wes just told Andy he needs 10 mins    8:37 PM



8:37 PM
Ok, I'll be down in 10

Thursday, October 21, 2021

Are we having 90.io mtg at 11:00? I'm still on plane.    10:47 AM

No    10:47 AM

Love that price!    10:47 AM

We're at $18.40    10:47 AM

I see $20    10:47 AM

Crazy volume too    10:48 AM

CNBC has been blocking coverage all morning. Now they finally had to talk about it. 155 million shares traded. Institutions are out.    10:48 AM

Love it!    10:48 AM

Friday, October 22, 2021

11:12 AM
R1 Strategies - In Quickbooks - Paid 25,000 via wire transfer.

Sunday, October 24, 2021

Talked to Wes - he does NOT want to post the larger deck to the EF Hutton data room.    9:06 PM



Sounds good, we are all going to chat about it tomorrow before uploading anything.    9:22 PM

Monday, October 25, 2021

9:53 AM

Docusign has been sent out.

Did you want to do vendor payments today, or wait till you're back in the office? Whatever you prefer.    10:15 AM

I'm also going to email Nico about onboarding Scott St John, and will CC you on that.    10:16 AM

Let's pay today. I'll call you shortly    10:22 AM

Can you send an NDA to colaneri? Not sure we have that on file.    10:22 AM

So we do the mutual NDA or the 5 million dollar penalty one?    10:24 AM

*Should    10:25 AM

Send the $5M - don't think he'll object.    10:25 AM

I've signed the MZ agreement. Can u send to Ted H for counter sign?    10:26 AM

It was sent to him simultaneously    10:27 AM

Awesome thx!    10:27 AM



Josh said Wednesday or Thursday would be best.

11:36 AM

3:46 PM

Friday, October 29, 2021

1:54 PM

Did we get Colaneri's NDA.

I don't think he ever signed it. Last I saw is that one party signed it.

1:55 PM

Monday, November 1, 2021

3:40 PM

voicemail-895.m4a

Can you Eric and find out which wires he's referring to here?

3:40 PM

*call Eric

3:40 PM

Yeah ill call him now.

3:42 PM

Left a voicemail for him, I didn't see any transfers from Friday that have been cancelled.

3:47 PM

Ok good. Thx!

3:51 PM



Ana said she never received the 5,000 signing bonus stipulated in her employment agreement. She will likely chat with you about it today if you're still at the office, and we can discuss tomorrow.    5:21 PM

I emailed CKH.  Payroll should cut that check net if WH tax.    5:30 PM

Domus u hear back from Eric Fernandes    5:31 PM

Yes, he said he approved the transactions and they went through today. We're all good    5:32 PM

Can u be on 7 pm "all hands" EF Hutton call?    6:51 PM

I'm on a flight right now, let me see if I can access via Wi-Fi.    6:52 PM

Not critical but good to have u if possible    6:53 PM

Do you have the link?    6:53 PM

Just forwarded in outlook    6:54 PM

Thanks    6:54 PM

Don't think it's going to work, please fill me in later.    7:03 PM

Will do    7:15 PM

Sunday, November 7, 2021

GM Will!   Call ya round 10:00 am.
Does that work for you?    8:35 AM

Page 15

Yup, sounds great. Thanks!

8:38 AM

One thing I didn't do was have Josh approve the tech invoices, got a little overwhelmed on Friday scanning those employment agreements. Let's discuss this morning about those.

8:57 AM

Monday, November 15, 2021

Called re: Rivero Mestre
Need UAV to auth RM to release their confirmation to Withum

9:52 AM

Friday, November 19, 2021

Pls send zoom to...
Patrick and David

12:03 PM

What time?

12:03 PM

2:30

12:03 PM

Can you send me invite for the 2:30 call?

2:25 PM

Yes

2:25 PM

Sent

2:26 PM

Tuesday, November 23, 2021

Can u send zoom invite for 11 am for me, Andy, Wes, Patrick Walsh and David CHENE at Kennedy Lewis

9:23 AM

Yes, I'll be in the office momentarily and will send it out then.

9:24 AM



Green light pls send                                                    9:43 AM

Monday, November 29, 2021

They're off the phone now, come back in.                               11:45 AM

Thursday, December 2, 2021

                                                                        2:59 PM

I ran out for lunch.  Dialing in to call now

                                                        Cool            3:00 PM

Monday, December 6, 2021

https://www.cnbc.com/2021/12/06/gop-rep-devin-nunes-resigns-          5:14 PM
from-congress-to-become-ceo-of-trumps-media-company.html

Tuesday, December 7, 2021

Hey, I hope you're feeling better. I want to inform CKH of the HR      10:33 AM
teams last days so they can mark it in ADP. Should I reach out to
Esther, or somebody else?

Email Esther and Yvette                                                10:44 AM

                                                Great, thanks!         10:44 AM

TY!                                                                    10:44 AM

Wednesday, December 8, 2021

For the health plans, it's 50% employer contribution regardless of    4:49 PM
whether the employee selects the bronze, silver, or gold plan? Is
that correct?

Correct                                                                4:50 PM

                                                Ok thanks.             4:50 PM

Thursday, December 9, 2021

https://opensea.io/assets/0xbc4ca0eda7647a8ab7c2061c2e118a18a936f13d/4162?ref=0x37c203151de0e1a4e9ab6b8ff1417141c7b462c6    10:44 AM

https://opensea.io/HodlHudge    10:45 AM

Friday, December 10, 2021

https://www.shortablestocks.com/?DWAC    10:12 AM

Tuesday, December 21, 2021

How you feeling?   Hope you get well fast and can enjoy the holidays?    9:35 AM

Thanks for checking in. I'm feeling like crap. Slept for most of yesterday. Still have a temperature, fatigue, ache, and cough. Fortunately fever has gone down, and chills are mostly gone. I had to cancel my trip out to California and am not leaving the house till after the new year. How's everything on your end?    9:41 AM

Hate to hear that - I know you were looking forward to Disney w your daughter.  Things are good here - don't worry bout that. Take care of yourself and get well.  We miss you and need you at full strength in January.  Get rest and get well!    9:45 AM

9:47 AM

Yeah he mentioned that.  Get well my friend!    10:34 AM

Thank you!!    11:10 AM

Wednesday, December 22, 2021

Was just returning your call, nothing important.    3:47 PM

Page 18



I'm in a mtg. If you're just calling me back - I'm good. Don't worry bout that.    3:48 PM

All good, thanks    3:48 PM

Tuesday, December 28, 2021

10:26 AM

Yo! Can you make some pmts w me this morning?

Yes, can we do it at 11 AM?    10:27 AM

Perfect    10:27 AM

I'll call u then    10:27 AM

Great, thanks    10:27 AM

Thursday, December 30, 2021

+1 404-960-9774

Can you place the Davis note in the Bridge Fin folder in Master Directory    4:13 PM

We're still waiting on Marty's signature. Once he's signed it, I'll add it in.    4:35 PM

Do you know the strike price / conversion price of the Davis note? 25?    4:58 PM

$25    5:01 PM

Thx!    5:01 PM

I'll send you the note to review, still waiting on Martys signature.    5:02 PM

Monday, January 10, 2022

When does Ft Lauderdale lease end?  Let's discuss when you get in and settled.

9:41 AM

It's month to month as far as I'm aware. Not sure what the notice period is.

9:42 AM

👍

9:56 AM

Flight was delayed again, I should be in closer to 11.

https://www.benicerestaurants.com/

3:42 PM

https://flipboard.com/video/sun-sentinel/5fd839dabb

3:47 PM

Friday, January 14, 2022

Pls call me when you're settled.  Need your help on audit related project.

8:43 AM

I tried calling, I have a meeting at 11 AM today but am free otherwise.

9:36 AM

Sorry - on a call
Call you back

9:38 AM

No worries, all good

9:45 AM

10:20 call

10:15 AM

Cool ■

10:15 AM

Is TBM $898.45 set to auto draft on 1/22?

11:16 AM



Hey Will!  We're you able to get the Withum engagement letter for Lori?    5:40 PM

Yup, we had it in our directory    5:40 PM

No worries if not.  I can get it Monday.    5:40 PM

So Lori has it?    5:41 PM

Yes, I emailed it to her    5:41 PM

Fantastic! Hope you have an amazing weekend with your family!    5:41 PM

Thank you! Have a great weekend with your family as well!    5:53 PM

Wednesday, January 26, 2022

https://www.ryan.com/about-ryan/leadership/brint-ryan/    1:31 PM

Thx    1:34 PM

Monday, January 31, 2022

https://www.wsbtv.com/news/local/atlanta/gas-leak-shuts-down-roads-midtown-atlanta/QD5QMFPEFRBQFIWOKK6454GCQ4/    6:45 PM

This is the reason for all of this backup out here    6:45 PM

Ahh!    6:46 PM

Plus the light is out    6:46 PM



Friday, February 4, 2022

FYI - I sent Walsh the wire instructions but my version has old name. Can you update next week w new name on acct.

4:29 PM

👍 I just emailed you the updated instructions.

5:04 PM

Wednesday, February 16, 2022

6:10 PM

Thursday, February 17, 2022

Pls invite

3:01 PM

Friday, February 18, 2022

9:43 AM

Pls invite to

Added

9:48 AM

4:26 PM

Saturday, February 19, 2022

👍 Thanks for grabbing food for the office!

12:18 PM

Wednesday, February 23, 2022

GM! Nico sent invite for acctg call call last night. So no need to send this morning. Thx!

7:19 AM





Mentioned it yesterday — 4:52 PM

On Fridays call — 4:52 PM

There was a call on Friday? I'm confused. — 4:53 PM

Tech update. I thought you were on but of course you were on the plane. Sorry! — 4:56 PM

I'll take the dial in if you have it — 4:56 PM

Happy to join — 4:57 PM

**Sunday, March 6, 2022**

GM! Yesterday's call was a bit of a scramble. Tech team sent dial in last minute. It ended quickly. Wes asked if you can send invites going forward. This is a standing daily call w tech and business leadership. I'll call you after 9 am w addl details. Thx! — 8:33 AM

Sounds great, thanks. I'll also send out those docusigns this morning. — 8:36 AM

**Friday, March 11, 2022**

BJ Lawson.vcf — 4:19 PM



4:19 PM

Thx    4:19 PM

Monday, March 14, 2022

Hey, Mike McMullen is asking for the TMediaTech EIN. When you have a moment could you send it to him?    3:53 PM

I'm in flight right now, will land in about 25 mins and then heading into the office.    3:54 PM

Call me when u can    3:54 PM

Will do once I'm off the plane    3:55 PM

ETA 5:30    5:02 PM

Tuesday, March 15, 2022

7:39 PM



Getting ready to let go.
Look at your Gmail for the 2nd msg to Truth Tech regarding 7,500 follow cap. So now I can't follow anyone but also can't even read the Truth Threads because I need to follow more        !! I'm sure there are many that will simply quit and not waste their time.

7:39 PM

From a personal contact

7:40 PM

Interesting

7:41 PM

Wednesday, March 16, 2022

12:58 PM

FILE_4483.pdf

Wednesday, March 23, 2022

Can u add this name to platform today...

8:38 AM

For sure, and please remind me when I'm in the office

8:39 AM

Monday, March 21, 2022

Tomorrow morning - can you send Zoom invite for 2 pm for me Devin Tucker and Haley?  Thx

10:20 PM

Absolutely, thanks

10:21 PM

Tammy Deraney

4:52 PM



th_____gmail____

@TammyDeraney exists. Both are now approved    4:57 PM

Friday, March 25, 2022

GM Will!   Please ACH your exp reimbursement and email me details. Thx!    10:09 AM

Great, thank you!    10:10 AM

Also just so you have my schedule for next week: I'll be working from home on Monday and Tuesday, flying up to NYC Tuesday night and staying through Friday.    10:11 AM

Ok. Let me know when is best for you to pay bills next week.    10:12 AM

I can probably do so Friday morning before I head to the airport. I will keep you posted.    10:12 AM

Saturday, March 26, 2022

Call you in a few    11:25 AM

4d88dfbe5fb200a4.mov    12:06 PM

Here's the video. I'm going to try and locate when she said this.    12:06 PM



https://www.reuters.com/article/uk-factcheck-pelosi-2017-video-misleadin/fact-check-2017-video-shows-nancy-pelosi-talking-about-republicans-using-wrap-up-smear-tactic-idUSKBN2A52UB  12:06 PM

That context is helpful - thx man!  12:25 PM

Wednesday, March 30, 2022

5:38 PM

Pastis in the Village

Thank you!  5:38 PM

Friday, April 1, 2022

10:55 AM

On a call

When you get a chance, can you add the following to Truth? @Mlevyrussell
No rush - can wait till Monday  7:53 PM

Friday, April 8, 2022

3:23 PM

Ready to try again

Thursday, April 14, 2022

2:40 PM

3:30 work?

👍
It may be closer to 4 if that's ok  2:41 PM

Thanks I'll let you know when I'm ready  2:43 PM

I'm ready now or at 3:30  3:24 PM



Monday, April 18, 2022

Hey, are you available for the call with the SVOD guys at 3 PM today? Peter has worked on subscription modeling, churn, etc and we would love your input.    12:09 PM

tough today and tomorrow bc reviewing financials for S4 - just got them from DWAC    12:16 PM

👍 All good ☐ As the week progresses let me know what works best for you and we'll figure out a day/time.    12:21 PM

Wednesday, April 20, 2022

Hey, hope all is well! Did you have some time tomorrow to chat with the SVOD team?    1:11 PM

Next week is better bc
Still going through 400 pg S-4
Trying to get all comments back by end of this week    1:14 PM

👍 All good, thanks ☐    1:25 PM

👍 I sent the updated Moss note to you and Devin for signature. I know you're swamped, just wanted to let you know.    4:33 PM

Thursday, April 21, 2022

Has anyone informed Jason Rush (Rushtech) that we are leaving Atlanta? Not sure if we are utilizing his services in Sarasota.    1:06 PM

Don't think so    1:17 PM

Saturday, April 23, 2022

Hey, I reviewed the chronology. I sent an email to you and Scott that this needs to be presented to Andy for his approval. There are a lot of things that I have no knowledge of that only Andy would know.    11:24 AM

Understood - thanks Will!    12:03 PM

Monday, April 25, 2022

Twitter shares jump 5% on reports that it's ready to accept Elon Musk's bid    7:51 AM

https://www.cnbc.com/2022/04/25/twitter-shares-jump-5percent-on-reports-that-its-ready-to-accept-elon-musks-bid.html?_source=iosappshare%7Ccom.apple.UIKit.activity.Message    7:51 AM

Yeah I saw this - let's talk when your in office.    8:06 AM

Cool, my plane takes off in 20 mins. See ya soon.    8:06 AM

Tuesday, April 26, 2022



11:58 AM

11:58 AM

11:59 AM

Thursday, April 28, 2022

8:05 PM

I'm done w pmt confirms in QBs

👍 Great, thank you!!

8:06 PM

👍 I'll touch base with you in the morning before I begin payments

8:07 PM

Friday, April 29, 2022

From Haley...

Phillip - hope you are well. See you at 10 am. Scott's synopsis of deal points was very helpful.

Gentle reminder on our latest invoice. Thank you.

See you at 10 am.

9:38 AM

Which invoice is he referring to?

9:39 AM

Not sure - are any open?

9:39 AM

👍 I don't believe so. I will check momentarily and let you know

9:40 AM



The last invoice we have from them (Invoice 2343567) we attempted to pay on 04/14. The wire transfer was rejected. I will try re-issuing this payment today.

9:49 AM

9:49 AM

Pls let Haley know
Thx

9:50 AM

Will do, I'll shoot him an email. Thanks.

9:50 AM

Pls also include in your email to me listing all batches pmts.  Thx

9:51 AM

Of course, anything that goes out today will be on the list.

9:53 AM

You the man!

9:53 AM

Do you approve to pay David Bernhardt- Bernhardt Law, PLLC - $13,365.00?

10:26 AM

Let's get 1st approval from Scott on that - similar to Northwall

10:37 AM

Cool, I'll shoot him an email with the invoice for his approval and CC you on that.

10:38 AM



Nelson Mullins wire has been paid successfully FYI.

10:38 AM

Hey gentlemen. Confirming you have everything you need to process payment of invoice 0257? Please confirm at your convenience.

11:09 AM

From Josh at Right Forge

257 was in Northwalls tech approval email. I will nudge him again on that email.

11:11 AM

Northwall approved both large Rumble and Rightforge invoices. Paying both would place us over our daily limit. Im going to pay Rightforge today and defer Rumble to next week, sound good?

12:03 PM

All payments for this week are out, sent you the email recap of everything that was paid. If you still want me to pay UAV today, email me with the confirmation to pay and I will take care of it.

12:25 PM

Can u remind me what Intrado Digital does - is it our newswire

3:52 PM

They have the globe news wire we use for releases

3:53 PM

Monday, May 2, 2022

Nick and I are at Sweet Greens, want anything?

12:40 PM

No thx - brown baggin it

12:42 PM

Cool

12:42 PM

Page 33

Friday, May 6, 2022



I'll call you in 5 mins

10:12 AM

Northwalls notes seeking credit memo from RF but did not reference the oldest invoice # (18?). Can you get me the oldest $300K open invoice #

10:14 AM



Sure once I'm in the office I'll do that. Forgot my keycard today so I'm heading back to pick it up

10:16 AM

Invoice 182, dated 03/10

10:32 AM

I was able to increase our wire daily limit to 500K daily, would you like me just to pay Rumble through Wire today?

10:46 AM

Yes - for invoices approved by Northwall

10:46 AM



He approved Rumble last week, and it was deferred due to the limit being hit. So I will go ahead and pay, thanks.

10:47 AM



So for the checking account, Eric says the new account documents he sent on Wednesday are the ones we are suppose to submit. I still have the signature card we signed, so I'm just going to send that back to him.

10:59 AM

Would be great if we can get it open and functional today

11:04 AM

He says once he gets the documents back its a few minutes to open the account. I'm doing that now.

11:05 AM



Any update on ACH limit — 11:07 AM

He says that takes 24 hours. We were pre-approved for wire which is why the bump to 500k was instantaneous. — 11:09 AM

So 24 hrs and we should have $500K ACH limit too? — 11:15 AM

I believe so. He said it's an automated process. I'll get more clarity on that. — 11:15 AM

Once the subordinate account is open, can you send me a new account information sheet on TMTG letterhead – similar to what you sent me in the past for the parent account — 11:49 AM

Eric says he's almost done setting up the new account — 12:33 PM

12:42 PM

Looks like the new account is set up — 1:22 PM

1:22 PM

2:50 PM

Page 35



thelastpariah@gmail.com

2:51 PM

👍 Transfer has been made   2:51 PM

Can u bring my water bottle w you pls   3:28 PM

Got it in my backpack   3:28 PM

Need our EIN   4:33 PM

4:34 PM

4:35 PM

21.04.09 TMG SS-4.pdf

What's our company phone #   4:45 PM

800.798.5754   4:46 PM

Sunday, May 8, 2022

12:03 PM

Did u pay yuge Saturday

👍 I paid them this morning   12:03 PM



You should see their payment already debited on our statement — 12:04 PM

It looks like Esther and Mike got rolled off chase in the transition, I'll work with them on Monday to get back on. — 12:05 PM

As a reminder, I'll be working from home tomorrow and will back in ATL on Tuesday for the remainder of the week. — 12:07 PM

Tuesday, May 10, 2022

https://twitter.com/columbiabugle/status/1524089553291825154?s=21&t=hO1xFPSYtBj9hjDVo-XHLw — 2:45 PM

Video in link — 2:45 PM

Friday, May 13, 2022

I'll send you rep letter in 30 mins - neeed on TMTG letterhead — 11:47 AM

Ok thanks — 11:47 AM

voicemail-986.m4a — 12:28 PM

Can you call them in route to airport? — 12:28 PM

Let me call Eric. He texted me earlier regarding some activity questions — 12:29 PM



It looks like all transactions went through this week, except for the one Eric texted me about (Applied Ops). He didn't answer I will follow    12:32 PM

Is the filing still on track for today?    3:45 PM

It'll be game time decision tonight.    Could spill over the weekend    3:48 PM

Cool, good luck!    4:02 PM

Monday, May 16, 2022

Hey, did you need help with anything today?    10:19 AM

Turning to the S-1 filing now.  So just keep working on documentation in QBs for Q1 entries...    10:21 AM

Will do, and thanks for all of your hard work and diligence getting the S-4 over the finish line    10:23 AM

Did the board end up voting on the resolutions?    10:24 AM

Not yet.  I don't think Scott has sent them yet.    10:27 AM

When are you in FL next week    7:24 AM

And where r u staying    7:24 AM

https://www.artovationhotel.com/    7:59 AM

It's a Marriott property    7:59 AM



I'll be there the 23rd-25th   8:11 AM

Can u talk   10:44 AM

4:44 PM

FYI this was Eric's response to me today there were two payments that did through, applied ops and traction control   4:44 PM

Let's check tomorrow and discuss whether to resend these payments   4:44 PM

Ok.  FYI Eric said he'll release the $8800 for applied ops   4:48 PM

👍   4:48 PM

Ok, let's check tomorrow and see if it is.

Wednesday, May 18, 2022

9:19 AM

Good morning, it looks like these two transactions have still not moved. Would you like me to re-issue them?   9:19 AM

Pls talk to Eric before you reissue the $8800 one.  He texted me late yesterday afternoon that he was going to release it.   9:20 AM



Ok, I'll touch base with him now and see if we can get this cleared up. I'll let you know what he says. — 9:22 AM

I'm booking flight and hotel for FL next week.  What's the billing zip code for our corp debit cards? — 11:02 AM

33316 — 11:06 AM

Anything left for us to do to remove Andy from acct? And detach UAV acct from TMTG? — 11:08 AM

I don't believe so, the accounts are already detached and we submitted the paperwork to Eric to remove him as a signer. I'll follow up with Eric. — 11:11 AM

What time is call with Nico? — 1:04 PM

3 pm est — 1:04 PM

Ok thanks — 1:04 PM

Will you be on it — 1:05 PM

That's the plan — 1:05 PM

We're between meetings at the moment — 1:05 PM

Great! — 1:05 PM



Called Chase Fraud today, they said we need to re-send Applied Ops. The other one is in transit.    4:18 PM

Eric confirmed that Andy is removed    4:29 PM

Thursday, May 19, 2022

Lewis and Scott St. John wrote you an email about Savanah, and they are very concerned about losing her. If you have a moment, would you be able to consider the requests and respond to the email?    11:27 AM

My view is we all discuss in person next week.  My preference is lock her up w long term contract next week.  May not need extension bc her contract doesn't term till 5/28.    12:06 PM

Ok, thanks!    12:07 PM

Pls relay to SVOD team    12:08 PM

Will do    12:08 PM

Can you send Northwall the open it invoices today or early tomorrow    2:10 PM

Yes I will do so later today    2:11 PM

Are we doing payments this week same as I've been doing them?    6:00 PM

Let's touch base in morning before I give green light.    6:53 PM

Sounds good ☐    6:54 PM

Friday, May 20, 2022

Hey, how did you want to handle payments today?   9:49 AM

I'm recording last week's pmts in QB now.  Once I'm done, I'll give you green light to pay this week's.  Does that work w your schedule today?   9:51 AM

Yes, I'm standing by for your approval to pay. I'm still waiting for Northwall to return the tech invoices, I'm also going to re-issue the Applied Ops payment today as well.   9:53 AM

Ok - can you send reminder request email to Northwall?
And please check bank acct to ensure Applied Ops didn't process this week - if not then reissue pmt   9:54 AM

Thx!

Will do on both points. I sent Northwall the ACE invoices, but do I have your approval to pay those?   9:55 AM

Not yet.  I want to review those first   9:58 AM

Ok thanks   9:58 AM

Pls send the traction control email when u can   10:40 AM

I'm writing it now, thanks   10:40 AM

10:41 AM

Do you approve to pay Borgers?   1:40 PM

Page 42



FYI, It looks like Pepes entry was duplicated. I'm only paying $916.16.

2:25 PM

I'll delete the dup entry

2:26 PM

Monday, May 23, 2022

Jack was trying to order laptops from Costco and they cancelled the order. Did you get any alerts?

12:05 PM

I got an alert Friday for $11K Best Buy that I approved after confirming w Northwall

12:12 PM

Ok thanks. They're trying to order laptops and the orders keep getting cancelled.

12:13 PM

What's your eta at office

12:13 PM

Landing in 5 mins

12:13 PM

You?

12:13 PM

I'm here

12:13 PM

Cool, see ya soon

12:13 PM



Thursday, May 26, 2022

For payments tomorrow, were you thinking of doing it the same way as we've been doing?    3:28 PM

Yes - it's working well.  Let's make sure we discuss any questionable items.    3:37 PM

Cool, I'll give you a ring in the morning before I start so we can go over any questions. Thanks!    4:09 PM

Friday, May 27, 2022

Good morning, from looking at the vendor list this morning, here are a couple that I would like your approval on to pay:

Scalar
Scavino (Hudson Digital)
Russell (Magnolia)    9:21 AM

You can pay Scavino and Russell. But hold off on scalar    9:23 AM

Ok thanks. I'm still waiting for Northwall to turn the tech invoices, but I'm going to get started on reimbursements in the meantime.    9:23 AM

Savanah issued her invoice for June, should I pay in this cycle or wait till next week?    10:48 AM

Let's pay next week    10:49 AM

Ok thanks.    10:49 AM

We can pay 6/1    10:49 AM



Next Wednesday    10:49 AM

Sounds good, thanks!    10:50 AM

Can u share Peter North's contact    12:12 PM

12:13 PM

Sorry for the format, only had it in Signal.    12:13 PM

Monday, May 30, 2022

Hope you're having a great weekend!
Are u in Atlanta Tuesday    11:01 AM

Yes, I'll be in the ATL office late Tuesday morning.    11:10 AM

11:11 AM

Having a great weekend, hope yours is going well! Went to Flying
Biscuit Raleigh this morning.    11:11 AM



Wednesday, June 1, 2022

Did we change address on Chase acct yet?     9:13 AM

Not yet. Still Cohens office     9:13 AM

Can you update that today?     9:14 AM

To Sarasota     9:15 AM

Yes, I'll try to see if we can do it from the online portal, you may have to do it on your account. If I can't figure it out I'll call Eric today.     9:16 AM

1:44 PM

Done     1:44 PM

2:21 PM

FILE_0679.pdf



Teresa Hardy.vcf

2:23 PM

Friday, June 3, 2022

Good morning, I'm starting with payments and reimbursements, I'll let you know if I have any questions.

9:20 AM

9:27 AM

Do you approve Colaneri's hours?

9:27 AM

Yes

9:35 AM

Ok thanks

9:36 AM

Have we paid Savannah for her June invoice?

11:57 AM

Yes, it was paid today along with her expenses.

11:58 AM

I see now thx

11:59 AM

What's Entoro by the way?

11:59 AM

PO broker of the ES note                                    12:12 PM

Ah ok ⬜                                                     12:12 PM

Monday, June 6, 2022

Good morning Will!                                          9:02 AM
Just wanna confirm something... In your payments email Friday you
noted that our payment to Nelson Mullins was ACH. Is that
correct? We've only wired in the past.

👍
Yes, I switched them to ACH                                 9:03 AM

👍
Still haven't received the debit card by the way. I'm updating    9:04 AM
vendors using your card for the time being.

New relic pmt declined - can you look into it?             10:51 AM

For the ATL parking, should I just use my personal card for this    2:24 PM
month?

That'll work                                               2:28 PM

Ok thanks                                                  2:36 PM

👍
Also I was thinking about the large outlay of hotels in July of 2021    2:46 PM
for me, a significant portion of that was Vlad when we put him at
the Canopy. We got him the most expense room there for several
weeks.

Hey, I don't have a card with a large enough credit line to absorb    3:26 PM
the Twilio charge

The one I do is not allowing me to enter it.    3:26 PM

Disregard, I got it to work. Please note that the Twilio bill is over 15k going on my personal card.    3:28 PM

Ok    3:32 PM

Tuesday, June 7, 2022

Forwarded you the Cloudflare invoice, in that same email thread Northwall approved to pay on May 10th.    11:52 AM

Thursday, June 9, 2022

https://www.youtube.com/watch?v=uNNeVu8wUak    10:35 AM

Thx!    10:47 AM

Friday, June 10, 2022

GM! Can you check to see what your debit card limit is currently?    8:39 AM

Is there a way for me to see that online?    8:40 AM

Not sure. Eric texted me few days back that he raised my limit to max $25K. But he didn't respond to my text question about your new card limit.    8:48 AM

I texted him about it, will let you know. Is there a specific urgency for this?    8:48 AM

No. I just want to know our limits for risk Mgt. Can you confirm limit is daily spend limit or some other parameter?    8:51 AM

👍

Yes absolutely. I will be getting to payments late morning/early afternoon today.    8:52 AM

He raised it to 25k per your request — 9:20 AM

Is that a DAILY spending limit? — 9:23 AM

I believe so, just asked him for clarification. — 9:23 AM

His response: Yes. Credit cards have monthly limits debit cards have daily limits. I'm a much bigger fan of swiping a credit card that I am a debit card — 9:24 AM

Are we paying Scalar - $27,000 for convertible note valuation? — 12:40 PM

Yes — 12:49 PM

Thanks — 12:52 PM

I'm a little confused about SolTech and the open invoices, Northwall has approved them. Can you take a look at them when you have a moment and let me know if you approve to pay them as well. — 1:02 PM

Yes but will take some time bc I'm on another call — 1:41 PM

No worries, we hit our daily transfer limit so it'll have to wait anyways. — 2:07 PM

Eric says that Chase can't provide us with a letter, and referred us to Sunbiz. — 2:08 PM

https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=TRUMPMEDIATECHNOLOGYGROUP%20F220000023900&aggregateId=forp-f22000002390-e05d1087-0994-4cd9-b31e-91e39a24d511&searchTerm=Trump%20Media&listNameOrder=TRUMPMEDIATECHNOLOGYGROUP%20F220000023900

2:21 PM

FEIN is visible when searching for the company on Sunbiz

2:21 PM

Friday, June 17, 2022

Hey, are you coming into the office today?

9:57 AM

No. I have dentist appt at noon. Working from home.

9:58 AM

Are you making pmt today?

9:58 AM

👍

Yes, I was going to start. Looks like Northwall still hasn't sent back the tech invoices, so I was going to begin with reimbursements, and the legal bills that Glabe approved and sent in.

10:01 AM

Was there any clarity about what's happening with office equipment in ATL while you were down there this week?

10:02 AM

Northwall is gonna make a call.  I suggested we should use a moving company bc of all the monitors.

10:03 AM

Agreed

10:04 AM

Can you discuss options w him next week while you're in FL?

10:04 AM



> Yes, I'll talk with Northwall and Jack about it. Seems like Jack is taking over a lot of operational logistics, which is fine by me.
> 10:05 AM

> Yeah - Jack is doing a lot for Northwall in Sarasota
> 10:06 AM

> Frees you up for SVOD
> 10:06 AM

> Yup, that's perfect
> 10:06 AM

> And of course still helping you
> 10:06 AM

> We need to connect on biz plan Monday.
> 10:07 AM

> Can you add placeholder for a section on IT/server solutions? Let's fold in the analysis/conclusion on top three options
> 10:08 AM

> Sure, and the SVOD team is close to presenting a comprehensive IT vendor analysis with pricing and timelines, pros/cons, etc. We were hoping to do that next week with you and Northwall.
> 10:10 AM

> Perfect - that analysis should be a section in the SVOD biz plan
> 10:11 AM

> I believe the best strategy is to present you and Northwall the 4 vendors that we have vetted along with their cost and timeline. We will give our recommendation of which we believe is the best option, and then once there is consensus with you guys we can put them in the biz plan.
> 10:13 AM

> Unless you prefer to have them all in there for comparative purposes?
> 10:14 AM

Yes - I want them all in for now.  We may cull, but let's start w including all for comparative analysis.  And we'll present logic for our conclusion - ie why we picked who we picked.

10:16 AM

Sounds good, I will start populating them in there.

10:17 AM

Just some placeholders for now.  You can populate once fully baked.

10:18 AM

Great, thank you!

10:19 AM

When you have some time, can you review SolTech in Quickbooks. We have several open invoices, and the "Open" amount does not match the open invoice total. Before I pay any of these I wanted you to take a look. Northwall had approved 4 invoices from them last week, and I wanted you to give your stamp approval before proceeding.

10:21 AM

Yes - that's a great flag!   I bet CKH misapplied a recent pmt.  I'll revert

10:22 AM

Great, thank you!

10:23 AM

What's up?

3:02 PM

Brex is asking if I own 25% of TMTG, I say I don't, and the asks who does. I don't have DJTs SSN, etc.

3:03 PM

Wanted to get your thoughts on how I should proceed.

3:03 PM

What's your birthdate?

3:10 PM



Found it. Submitted the application, its now under review. Should be 2-3 business days to hear back from them.

3:14 PM