# EXHIBIT Q

Document Produced in Native Format



**Δπ EXHIBIT _1_**

Deponent_____

Date_____Rptr._____

WWW.DEPOBOOKPRODUCTS.COM

Confidential

TMTG104128



**TM&TG**
**Transaction Report**
As of 06.30.24

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount | Entoro Securities |
|------|------------------|-----|------|------------------|---------|-------|--------|-------------------|
| 06/03/2022 | Bill | | Entoro Securities | Referral fee agreement 3% of $8,000,000.00 | 2000 Prepaid Expense | Accounts Payable (A/P) | 240,000.00 | 240,000 |
| 12/31/2022 | Journal Entry | Audit-AJE Q42022 | Entoro Securities | | 2000 Prepaid Expense | -Split- | -180,000.00 | (180,000) |
| 6/30/2024 | Journal Entry | AJE11 Prepaid Exp | Entoro Securities | | 2000 Prepaid Expense | Accounts Payable (A/P) | -60,000.00 | (60,000) |



TMTG104128 (excerpt - Entoro entries)