**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

|  |  |
|---|---|
| TRUMP MEDIA & TECHNOLOGY GROUP CORP., <br><br> Plaintiff, <br><br> v. <br><br> WP COMPANY, LLC, <br> d/b/a The Washington Post, <br><br> Defendant. | Case No. 8:23-cv-1535-TPB-AAS |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, TRUMP MEDIA & TECHNOLOGY GROUP CORP., by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment in a Civil Case entered in this action on July 17, 2026 (ECF No. 258), and from the Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Partial Summary Judgment entered on July 16, 2026 (ECF No. 257), together with the endorsed order entered July 2, 2026 (ECF No. 255), and from each and every part thereof. This appeal is taken pursuant to 28 U.S.C. § 1291 and Rules 3 and 4 of the Federal Rules of Appellate Procedure. The judgment appealed from is a final decision disposing of all claims as to all parties.

Dated: July 29, 2026

Respectfully submitted,

**BRITO, PLLC**
*Counsel for Plaintiff*
2121 Ponce de Leon Boulevard
Suite 650
Miami, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
　　**ALEJANDRO BRITO**
　　Florida Bar No. 098442
　　Primary: abrito@britopllc.com
　　Secondary: apiriou@britopllc.com
　　**JALAINE GARCIA**
　　Florida Bar No. 58632
　　Primary: jgarcia@britopllc.com
　　**IAN MICHAEL CORP**
　　Florida Bar No. 1010943
　　Primary: icorp@britopllc.com

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed

on July 29, 2026 through the Court's CM/ECF electronic filing system upon:

Carol J. Locicero, Esq.
Linda Riedemann Norbut, Esq.
Thomas & LoCicero, PL
601 South Blvd.
Tampa, FL 33606-2629
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

Thomas G. Hentoff, Esq.
Nicholas G. Gamse, Esq.
Williams & Connolly
680 Maine Avenue S.W.
Washington, DC 20024
thentoff@wc.com
ngamse@wc.com
*Counsel for Defendant*

By: /s/ *Alejandro Brito*

BRITO, PLLC
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071