**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TRUMP MEDIA & TECHNOLOGY GROUP CORP.,

    Plaintiff,

v.

                                    Case No: 8:23-cv-01535-TPB-AAS

WP COMPANY LLC d/b/a The Washington Post,

    Defendant.

_____/

**NOTICE OF APPEAL**

NOTICE is hereby given that Defendant WP Company LLC cross-appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment entered on July 17, 2026 ("Judgment") (ECF No. 258), from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment, and from any and all adverse orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based, including the order terminating Defendant's motion for sanctions (Dkt. No. 257).

Pursuant to Rule 4(a)(4) of the Federal Rules of Appellate Procedure, this notice of appeal shall become effective upon the District Court's entry of an order disposing of Defendant's Motion for Reconsideration Under Rules 59(e) and 60(b) of the Order Terminating Its Motion For Discovery Sanctions (Dkt. No. 262), which was filed on August 10, 2026, within 28 days of entry of the Judgment.

Dated: August 11, 2026

THOMAS & LoCICERO PL

*/s/ Carol Jean LoCicero*
Carol Jean LoCicero (FBN 603030)
Linda R. Norbut (FBN 1011401)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

*Counsel for Defendant*

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

*/s/ Thomas G. Hentoff*
Thomas G. Hentoff (*pro hac vice*)
Nicholas G. Gamse (*pro hac vice*)
Claire R. Cahill (*pro hac vice*)
Samuel M. Lazerwitz (*pro hac vice*)
Isabelle Jensen Beaton (*pro hac vice*)
Catherine A. Reid (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC  20024
Telephone: (202) 434-5000
Facsimile: (202) 480-8371
thentoff@wc.com
ngamse@wc.com
ccahill@wc.com
slazerwitz@wc.com
ibeaton@wc.com
creid@wc.com

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 11, 2026, I electronically filed a true and correct copy of the foregoing notice with the Clerk of Court using the CM/ECF system, which will send notice of the filing to the email addresses of all counsel of record.

<u>/s/ Thomas G. Hentoff</u>
Thomas G. Hentoff
*Counsel for Defendant*